CASE NO. _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GREGORY JOHNSON,
Plaintiff

SCANNED
and Emailed
10/18/22   ST   7/2 pages
date   initials   No.

CIVIL ACTION

V.

DATE: OCTOBER 17TH, 2022

1. ANGEL QUIROS, Commissioner
2. NICK RODRIGUEZ, District Administrator
3. SANTIAGO, Director \Security Division
4. ROBERT MARTIN, Warden
5. FOOTE, Deputy Warden
6. OLES, Deputy Warden
7. KATHERINE IOZZIA, Counselor Supervisor \ADA Coordinator
8. MICHAEL CAMPBELL, Counselor
9. ANTHONY JUSSEAUME, Lieutenant \Unit manager
10. DALEY, Officer
11. PEARSON, Lieutenant
12. AMMONS, Counselor Supervisor
13. IRRIZARY, Lieutenant
14. KONIECKO, Lieutenant
15. PEAU, Lieutenant \Unit manager
16. NICOLAS POULIN, Officer
17. SPOTTEN, Officer\ FOI Liaison
18. KING, Counselor \"ARC" or Grievance Coordinator
19. JOHN DOE #1, Facility Plummer
20. JOHN DOE #2, Facility Engineer
21. DANIEL YESU, Psychologist
22. GERARD G. GAGNE, Psychiatrist
23. INGRID FEDER, MD
24. CHENA MCPHERSON, APRN

JURY TRIAL DEMANDED

1 of 12

25. KARA PHILLIPS, Nursing Supervisor
26. MICHAEL MC DONALD, Head Nurse
27. KAYLA LOZADA, RN
28. JANINE BRENNAN, RN\HSAR Coordinator
29. CARLEY CANN-MCGREGOR, RN
30. JAMIE QUESNAL, RN
31. MELISSA KEEGAN, RN
32. JESSIE JUSSEAUME, RN
33. GISELA BALLABANI, RN
34. JOHN DOE#3, OD
35. JANE DOE#1, Dentist
36. KRISTEN SHEA, RCOO
37. KIMBERLY ST. PIERRE, RCOO
38. ANN-MARY ONWUAZOR, Medical Records Supervisor
39. BYRON KENNEDY, Chief MD
40. ROBERT RICHESON, Chief MD
41. JOHNNY C. WRIGHT, Chief MD
42. CARY FRESTON, MD
43. CARSON WRIGHT, MD\ Investigator
44. CRAIG BURNS, Chief Psychiatrist
45. KOCIENDA, Chief Psychologist
46. LALITHA PIERI, Psychologist
47. BARBARA KIMBLE-GOODMAN, APRN
48. HELENA MORRIS, APRN
49. MILNA ROSARIO, LCSW
50. WILLIAM GILLIAND, LCSW
51. JONATHAN NIXON, CSW
52. KUMEH BESTMAN, LCSW
53. VIVIAN MARTELL, RN
54. JANETT MARKLAND-WHITE, RN
55. HENRY MUSHI, Head Nurse
56. ROBERT BONETTI, RN
57. JOSHUA APUZZO, RN

58. ADAM CUMMINGS, Head Nurse
59. ANTHONY PERRONE, RN
60. HEIDI WHITELEY, RN
61. GINA BURNS, RN
62. NICOLE RING, RN
63. GLORIA, RN
64. TAWANNA FURTICK, Nursing Supervisor
65. NIKIA HENDERSON, Nursing Supervisor
66. JEAN CAPLAN, APRN
67. AKINA RICHARDS, APRN
68. MICHELLE WALSH, ADA Coordinator \ Captain
69. COLLEEN GALLAGHER, Disability Rights Coordinator \ Director
70. OMPRAKASH PILLAI, MD
71. FRANCESCO LUPIS, MD
72. CUEVAS, Dentist
73. JAMES SMYTH, DD
74. MALETZ, MD \ Consultant
75. ALVAREZ, Gym-Coordinator
76. ROSALEE WALKER, RN \ HSAR Coordinator
77. LISA CANDELARO, RN
78. LASHONDA EPP, RN
79. SENGCHANH VILAYVONG, RN
80. JERICKA BAEZ, RN
81. ERIC WATTS, RN
82. JULIO RODRIGUEZ, RN \ Medical Records Clerk
83. MAISHA MCFADDEN, RN
84. SHERRY PICKETT, RN
85. CECILLIA DIVINE, RN
86. ROBERT DEVEAU, Dietician
87. SCOTT HASTIE, Food Services Director
88. THOMAS WINTON, Kitchen Supervisor
89. OLIVER, Head Kitchen Supervisor
90. STEPANIAN, Kitchen Supervisor
91. BENNETT, ARC \ Counselor

92. KRISTINE BARONE, Warden
93. DOUGHERTY, Warden
94. DAMIAN DORAN, Deputy Warden
95. OGANDO, Deputy Warden
96. MALDONADO, Deputy Warden
97. JOHNSON, Deputy Warden
98. MASSE, Captain
99. FLEMING, Captain
100. DISTASI, Captain
101. MCKENZIE, Counselor Supervisor
102. SANTANA, Counselor Supervisor
103. STANLEY, Counselor Supervisor
104. ZAYAS, Lieutenant
105. BUJNICKI, Lieutenant
106. BETANCES, Lieutenant
107. MATTHEWS, Lieutenant
108. BERTRAND, Lieutenant
109. SANTIAGO, Lieutenant
110. FELIZ, Lieutenant
111. GONZALEZ, Officer
112. REID, Officer
113. RIDDICK, Officer
114. DOYLE, Officer
115. ROBLEDO, Officer
116. REEVES, FOI Liaison Counselor
117. JOHN DOE #4, Officer
118. ANGELA MAIORANA, Counselor

Defendants

ALL DEFENDANTS ARE SUED IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITIES

## STATEMENT OF FACT

I. Plaintiff has diagnosed with Post Traumatic Stress Disorder, Bipolar, Anxiety, Depression, Narcisstic Disorder, Anti-Social Disorder and Hallucination.

II. Plaintiff has diagnosed with Physical disabilities and is currently wheel-chair bound. He is unable to Pivot\ Stand at all.

III. Plaintiff has diagnosed with degenerative disc, Bulge disc, Pinched-Nerve, Arthritis and severe Back Injuries.

IV. Plaintiff has two (2) Injured Hands from Tightened-Hand Cuffs, and nerve issues.

V. Plaintiff has diagnosed with Urinary Incontinence\ Retention, and Bowel Incontinence. He has ORDERS for Foley-Catheter, Straight-Catheterization and TWO(2) Persons Assistance, and several Assistive Devices.

VI. Plaintiff has diagnosed with a cyst on his kidney, Neurogenic Bladder and \or Compression of Bladder.

VII. Plaintiff has diagnosed with Hemorrhoids in his rectal-area.

VIII. Plaintiff has diagnosed with an ARTIFACT (abnormal beat) of his heart (asided with intermittent chest pain)

IX. Plaintiff has diagnosed with a cyst in his nasal-passage (asided with allergies \sinusitis.) He also has diagnosed with Hypertension [High Blood Pressure]

X. Plaintiff has ORDER for a medical mattress. He has a Medical mattress [FOAM-CORE] that exacerbates his injuries that Need to ~~swap~~ ~~change~~ for a Softer mattress.

XI. Plaintiff has an ORDER for a Therapeutic Diet, consists of NITRATE-FREE, LACTOSE-FREE, SOY-FREE HIGH-PROTEIN, etc.

XII.   Plaintiff has diagnosed with Nutrients-deficiencies and \or Vitamin-D deficiency.

XIII.   Plaintiff has diagnosed with Glaucoma and Pterygium and has a Left injured-eye.

XIV.   Plaintiff has diagnosed with Teeth sensitivity and has cavities that need dental care

XV.   Plaintiff is unable to access the unit handicapped shower; Propel \maneuver wheel chair To and From Programs, Medical services, mental services Unit (S) and \or To the A&P Room for his Hospital appointments, etc.

XVI.   Plaintiff has Affiliation with Jewish-**Religion** \Israelite, but unable to Participate due to the lack of CNA Help

XVII.   Plaintiff has several Profiles with Inmates and staff and \or should be separated from several individuals.

XVIII.   Plaintiff has several Items, such as, Photo Albums (two), Tams, Books, etc that are Illegally confiscated.

XIX.   Plaintiff has several un-resolved ADA issues that Need to be addressed.

<u>EXHAUSTION</u>

1. Plaintiff is currently on "GRIEVANCE RESTRICTION". He is <u>only</u> allowed to file one(1) Grievance Per month, which he did every month.
- Lie Administrative Remedies \ A.D 9.6, Inmate Administrative Remedy]
- The BAN \ RESTRICTION WILL EXPIRE AROUND 2023.
- He exhausted Level 1,2 and 3 for the ones he was allowed to file.

2. Plaintiff's Attempts TO EXHAUST The medical Grievance system available were Obstructed by Janine Brennan and Rosalee Walker who are defendants in this civil action.
- Some of these Medical Grievances Concerning medical \ mental health issues were sent to Doc-Health services unit and never returned, while others were done in Compliance with PLRA.
- Several requests were made via Letters to the appropriate staff [Director Colleen Gallagher, RCOO Kristen Shea, RCOO Kimberly St. Pierre and RCOO Jennifer Cruz] to resolve the issue(s) Concerning these grievances, but they never Fixed the issue(s).
- Plaintiff then filed Level 2 and 3 grievances. Same RESULT.
- According to Dir. Gallagher "She's still investigating some of the issues stated in these grievances."
- Administrative Remedies (9.6) and Health services Administrative Remedies (HSAR)(8.9) are not alike
- Being that most of Plaintiff's issues are medical issues, they're Purposely holding on to them to Prevent EXHAUSTION and\or to DODGE making RESPONSES.

   Plaintiff also filed a TEMPORARY INJUNCTION IN NEW BRITAIN SUPE-RIOR COURT TO GET PRISON OFFICIALS TO RETURN THESE DOCUMENTS AND THEIR ATTACHMENTS.
   WHEREFORE Plaintiff "Filings" and "Attempts At Filing" should be considered COMPLETION OF EXHAUSTION. (G.3)    1 OF 12

CIVIL COMPLAINT
( Introduction )

1. The Plaintiff, Gregory Johnson a Post Conviction Prisoner brings this civil action Pursuant to U.S.C. § 1983 Because the Defendants have knowingly subjected him to Conditions of Confinement that: 1) have exacerbated his serious mental illness, serious medical illness and Physical disabilities; (2) deprived him of Several **Assistive Devices** and\or **Equipments**, Accommodations; and discriminated against him in violation of Americans with Disabilities Act, 42 U.S.C. § 12101 et, seq., Section 504 of the Rehabilitation Act of 1973 and Connecticut General Statutes § 46a-58 (a); and in violation of his rights to be free from Cruel and Unusual Punishment under the Eighth and Fourteenth Amendments to the United States Constitution, And in violation of his rights to Freedom of Speech, to Practice his religion and to Peaceful Protest under the First Amendment to the United States Constitution.

2. The basis of his Complaint is that the Defendants Acts in Concert while subjecting him to inhumane conditions; Stripping him of Several assistive devices \equipments; depriving him of adequate mental \medical treatment; and Placing his life in danger, etc. Then they make \create False documents to Cover up their action. *(SEE LEGAL CLAIMS]
PAGE 109, PARAGRAGHS 563 - 570

8 of 12

## JURISDICTION AND VENUE

1. This Court has Jurisdiction over the subject matter of this action under 28 U.S.C. section 1331 (Federal Question Jurisdiction), and 1343, 42 U.S.C. sections 1983 and 1988, as well as the Eighth, Fourteenth and First Amendments to the United States Constitution. This court also has supplemental Jurisdiction under the state Law claims pursuant to 28 U.S.C. section 1367a.

2. Plaintiff brings these claims under 42 U.S.C. section 1983 to redress deprivation under color of state Law of rights secured by the constitution of the United States. Plaintiff also brings these claims under the omnibus crime control and safe streets Act of 1968, which provides a private cause of Action; and 28 U.S.C. Section 1343(a)(3), which confers the District Court with original Jurisdiction over a civil action authorized by Law commenced by any person to redress the deprivation of any right secured by the Constitution of the United States providing for the equal rights of citizens within the Jurisdiction of the United States.

" Venue is proper in this court pursuant to 28 U.S.C. Section 1391(b), in as much as the causes of action set forth herein have arisen and occurred in this Judicial district and because the Defendants are subject to this court's Personal Jurisdiction; Under 28 U.S.C, section 2201 and 2202, This court is authorized to grant Declaratory and Injunctive Relief.

: FACTS COMMON TO ALL COUNTS

:" Connecticut Law requires the Department of Correction "Doc" to provide Inmates with reasonable accommodation to ADA needs.

. Doc Policies and procedures purportedly permit Inmates to

be housed in safe environment \ humane condition and to notify Its staff of incident(s).

6. Doc Policies and Procedures requires that when an Inmate becomes sick or has medical issue(s) to sign up for sick call or to inform the appropriate staff, etc.

## PARTIES

I. Gregory Johnson ("Johnson" or "Plaintiff" herein after) is the Plaintiff in this Civil matter. He is a Prisoner who presently resides within the Connecticut Department of Corrections "Doc." During the time in question he was and is resided at the "Corrigan" Correctional Center and at the "MacDougall" Correctional Institution. He is now Living at MacDougall, Located at 1153 East Street South. Suffield, CT 06080.

II. Defendant Angel Quiros ("Quiros") is the Commissioner of Connecticut Department of Correction ("CT Doc \ Doc"). Defendant Quiros currently has immediate Custody over the Plaintiff. He is a Policy Maker for the State of CT Doc and tasked with the administration and control of Doc. facilities and their operation. Defendant Quiros Is Well aware of the Plaintiff's conditions of Confinement, but did nothing to resolve these issues.

III. Defendant Nick Rodriguez ("Rodriguez") is the District Administrator "DIA" for the district(s) where these Violations occurred. Defendant Rodriguez Is responsible for ALL Level Two Grievances. (Responses) and Is the Supervisor for several of the wardens who are defendants in this matter. He is well aware of Prison officials action and Plaintiff's conditions of Confinement.

IV. Defendants #3 through #11B mentioned herein are employees of Doc. \ or were \ are retained by Doc during the time when Plaintiff was Placed in the Conditions of Confinement set forth

in this complaint.

V. The defendants who are Mental Health staff ("MH") have the responsibility to provide mental health care and treatment to Prisoners who are confined in Doc's Facilities. At all relevant times he\she was acting within the scope of his\her employment. Each MH staff was acting under the color of state law.

VI. The defendants who are Medical services staff ("MS") have the responsibility to provide medical care and treatment to Prisoners who are confined in Doc's Facilities. At all relevant times he\she was acting within the scope of his\her employment. Each MS staff was acting under the color of state law.

VII. The defendants who are Region Chief operation officer (s) ("RCoo") have the responsibility to supervise the APRN's, nurses and\or the medical staff \mental health staff into performing their official duties, and the enforcement of the policies. At all relevant times the RCoo's were acting within the scope of their employment and under the color of state law.

VIII. The defendants who are Correctional officers "C\o", such as: Wardens, Deputy Wardens "DW", captains, Counselor Supervisors "C\s", Lieutenants "Lt's" and officers have the responsibility to create and enforce policies, train and supervise persons working at Doc Facilities, and for the custody and care of Prisoners confined at Doc Facilities, etc. At all relevant times they were acting within the scope of their employment and under the color of state law.

IX. The defendants who are persons of the Doc Food services are responsible for providing Prisoners with an adequate and balance diet (3x) daily, (7) days per week; overseeing, coordinating and providing Technical supervision to each Facility and nutritious food to Prisoners. At all relevant times the defendants[ Director of

Food Services, Dietician and Kitchen supervisors. I were acting within the scope of their employment and under the color of State Law.

x. The defendants who are Engineers at both Doc Facilities mentioned herein, also known as maintenance-Workers are responsible for repairing broken-pipes, doors, etc. and lor Performing maintenance Service where their service is needed. At all relevant times they were acting within the scope of their employment and under the color of State Law.

☐ ALL OF THE DEFENDANTS WERE\ARE EMPLOYED OR RETAINED BY THE DEPARTMENT OF CORRECTIONS FOR THE PURPOSES SET FORTH IN THIS COMPLAINT (OR WERE \ARE CONTRACTED FOR THE PURPOSES MENTIONED HEREIN. THEY ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES.

☒ At ALL TIMES HEREIN MENTIONED THE DEFENDANT, DEPARTMENT OF CORRECTIONS (D.O.C.'s the DEPARTMENT) IS and WAS A DEPARTMENT OF THE STATE RESPONSIBLE FOR THE CONFINEMENT AND HOUSING OF PRETRIAL DETAINEES AND CONVICTED OFFENDERS WITHIN CONSTITUTIONAL PARAMETERS, SUED IN AN OFFICIAL CAPACITY.

FACTS [Part 1]    Pages 1-48

1. Around September 2019, Plaintiff was transferred to Corrigan-Radgowski Correctional Center ("Corrigan") from Garner Correctional Institution ("Garner").

2. Shortly after transferring to Corrigan, a Doctor name Gerard B. Gagne discontinued multiple psyche-medications that I was taking. This was done based on bias and dis-like he had towards me. He documented it as october 2019, but it was done september 2019.

3. Plaintiff found this out after going to the med-line/and nurses told him that his meds were "D\C" and that he should write to Mental Health Services ("Mrs\w\H"). I did, but to no avail. Several grievances were filed concerning my meds unsuccessfully.

4. AFTER weeks of being "cold-turkey" without these medications and complaining to the appropriate staff about his action I was called down to the Mental Health Unit Crm\T, where I met face to face with Dr. Gagne.

5. As soon as Plaintiff enters his office in the back of the medical unit he recognized me and I recognized him. Dr. Gagne said Thats who I thought you were, "Gregory"! He then told me to have a seat directing me to the chair

NOTE: Dr. Gagne and Plaintiff have a bad report-dated back to 2016 at Northern Correctional Institution ("Northern")

- Dr Gagne is gay and he dresses Loud. several Inmates would make jokes about his dressed e\sexual-preference and involve me in these jokes and/or comments- he then had picked out my voice and since then holds grudges.

- I made numerous requests via Letters to Dr. Craig Burns, Dr. Kocienda, Dir. Gallagher, Rccc Shea, Rccc St. Pierre and filed complaints with Udn. Martin about Dr. Gagnes action, but to no avail.

- During my stay at Corrigan I only saw Dr. Gagne one time in a proper mH setting. He made several tours of the infirmary, but wouldn't stop to talk to me. I also saw him one morning touring with my clinician (Michelle) and skipped them but they kept

Behind a large glass-window inside the infirmary.

8. On or about February 16, 2021, Plaintiff was on Behavioral Observation Status ("BOS") in the Infirmary out of concern smear-ing fecal-matter. DW Rote was talking to me. I looked out my window and saw Dr Gagne in the vicinity. At no time Dr. Gagne talked to me about/wrote in his notes that he did.

9. Later that day, Plaintiff was transferred to McDougall Correctional Institution ("McDougall"). Prior to the transfer, nurse name Kane Phillips assisted me undressing/dressing for the trip. She reiterated what DW Rote and DW Investigator told me about the "fresh start," he spoke to me earlier about.

10. Plaintiff was not Assessed by Dr Gagne or anyone else Prior to the transfer, but was taken of BOS (CLEARANCE) Plaintiff spoke to several staff (including Dr. Gallagher) about it and made several attempts to be placed back on BOS that was ignored. one clinician unit staff Rosario held me "Johnson," its 2:30pm I dont want to do any paper work Just chill out-

11. After speaking to Captain District who was then a lieuten-ant and have a female officer name Bennett called MHU to get back on BOS Plaintiff tied a noose around his neck and to a bed-frame and began Choking out himself.

12. Said Dr Gerard G. Gagne was the on-call doctor that night. He was notified about the incident and he then placed me back on BOS/Suicide-watch/etc. I was still having suicidal/homicidal thoughts (ideation) Like I was Prior to him taking me off BOS.

13. Except for an injection/shot no MH treatment was administered during these Periods of hard time (Psychotic episodes). Plaintiff has racing thoughts, insomnia, hearing voices, depression Anxiety, etc but no MH treatment was considered.

14. Several nurses who work on second-shift (3pm-11pm) and know me knew that something was wrong with me. They sent messages to the MH unit about my behavior. But to no avail.

15. On February 17, 2021, APRN Barbara Kimble-Goodman took me off BOS. APRN Goodman did not evaluate me. She spoke with me by my rearrdoor going. Then on or about February 16, 2021, I saw him from

~~(THEN)~~ According to her she spoke, to Dr Gagne and decided to clear me

16. Around November 2019, I was housed in the Fox housing unit at corrigan on the bottom tier on single-cell status.

17. During this Period I was using a cane and wheel chair [for long distance] and\or on special occasions, due to my disability.

18. Not long after living on the bottom tier Prison officials moved me to the top tier. I asked multiple times not to move to the top tier, but was ignored.

19. I spoke to Lieutenant Peau, who is the unit manager for fox unit about the move to the top tier. I also informed him about my disability, and about the need for an adequate mattress.

20. Lt. Peau and officers in Fox unit told me that, Per medical \ Nursing supervisor Kara Phillips I can manage to go up and down the stairs and that it was good for me [EXERCIZE] ON few instances I fell.

21. After I got moved to the top tier the Pain in my feet \ legs, back and hips exacerbated. It was difficult for me on a daily basis.

22. Around September 2019, upon transferring to corrigan from Garner Correctional Institution ["Garner"], I was issued a mattress. It was used, but was pretty much in a good shape.

23. About six-weeks or less the mattress got Flat and lumpy from me sleeping on it and\or shaking it up to make it Fluffy.

24. I made numerous complaints to Prison officials and to medical staff to swap it out or for them to provide me with a mattress \ medical-custom made.

25. While sleeping and\or sitting on this mattress It caused muscle spasm, numbness, tingling, stiffness in back, etc. and increased my pain in Lower Extremities.

26. In June 2020, I spoke to Deputy Warden Nunez, who recommended me to ADA Coordinator Iozzia. I also filed a Requests for Reasonable Accommodations, asking for a medical mattress to resolve the issue.

27. DW Nunez got transferred back to Cheshire and the ball was dropped. I then complained to DW oles and Warden Robert Martin about the need for an adequate mattress, and about Living on the top tier.

28. Both Parties told me to let my unit manager deals with the housing issue, and to keep on writing to the ADA coordinator about the mattress I seek. I did, but these issues were never resolved.

29. During my stay at Garner and Corrigan, I had an order for wheel chair. I used this wheel chair for long-distance, such as, trips to the medical clinic, visits, etc., but on several occasions the wheel chair was never there nor any assistance (made available.)

30. I had to Propel myself on these trips, which are usually long and tiresome, because of the lack of nursing Assistance\certified nursing Assistants ["CNA"].

31. The Wheel chair was eventually taken away Leaving me to walk to the medical clinic \visit-room, etc. This occurred around February 2021.

32. I complained to medical staff [including Kara Phillips] about my difficulty Propelling myself on these long-distance trips, and about me experiencing an increase in my Pain-level, but to no avail.

4

33. Between April 2021 and May 2021, I wrote several inmate Request Forms to medical services about sharpe pain in the bottom of my feet, muscle spasm, numbness, tingling in feet\legs and back, and stiffness in back. I also spoke to several nurses who visited Fox housing unit about said issues (and was told that am on the sick-call List)

34. After placed on the "sick call List" multiple nurses assessed me on different occasions. They then placed me on the "Doctor's List" but each time they placed me on the List to be seen by a Doctor someone took my name from off the List and \or I was never seen by a medical doctor. (This would be my assigned Provider.

35. Between September 2019 and February 16, 2021, Doctor Ingrid Feder was assigned as my Provider. Several nurses told me that my name was on her List to be seen and\or that they have sent her FLAGS\ALERTS messages, but they dont know why she hasn't seen me yet.

36. On or about September 08, 2020, I declared a Hunger strike, because I felt that I wasn't receiving adequate medical treatment for my medical complaints, such as: Neurology, urology, ophthalmology, physical therapy, pain management, and for mental health treatment, Dental care

37. Around June\July 2021, I began noticing change in my urination and toileting. Several hours would pass and I don't urinate. I would have urges, but was unable to urinate and\or when I do it took a long time. sometime I don't urinate at all or struggle, discharging little droplet while I would have trouble with bowel-movement and\or diarrhea, etc. I was doing both un-controllably.

38. On September 12, 2020, while I was yet on a hunger strike officer Nicolas Poulin approached me as I was getting ready to leave my cell (in Fox housing unit) to participate in recreation\ showers and phone-calls period.     5

39. Officer Poulin specifically told me that because I was abstaining from \fluids I was not allowed to come out my cell because it would jeopardize the safety and security of the facility.

40. Several witnesses heard and saw Officer Poulin when he came to my cell door saying this. Three of these witnesses [ Earl Thompson, Vernon Vassell and Marondo Massup] gave sworn statements in three AFFADAVITS; but these statements (among others) were removed from my property at a later date.

41. During a disagreement on officer Poulins per- ception / interpretation of the Policy concerning who are allowed to participate in recreation, he called a "code" and had me placed in a restrictive housing unit for exercizing my right to a peaceful protest [i.e. hunger strike]. [Note: he was used to do this.]

42. On September 12,2020 Through September 16,2020, I was not provided with adequate drinking water in the restrictive housing unit, due to broken pipe and/ or rusty water [in RHU]. Nor was any given to me by staff.

43. Several nurses were aware of it and provided me with water when they passed out medications; but correctional officers would tell me that They're not my maid and/or I should Plea guilty to my discipli- any report/ ticket so I could return to my housing unit where I have drinking water.

44. On or about 9-16-20, assessment was done and nurses diagnosed me with dehydration. I was then admitted to the facility medical infirmary and was given IV fluids, but it soon stop by staff.

45. Around 9-18-20, I was sent to Backus Hospital for dehydration, where treatment was administered.

46. During my stay in RHU at Corrigan I was not allowed to have my cane inside my cell, because of that facility's policy. Nor inside the Infirmary.

47. I made complaints to Prison officials about my cane. Both medical staff and prison guards told me that they can't change the policy or directive. Only the commissioner can revise the policy concerning my cane.

48. I have few incidents \ instances falling and \ or struggling without my cane. In one of these incidents \ Instances I fell and hit my head on the bed, and hurt my back. I then experienced drastic changes in daily activities

49. On or about September 25, 2020, I loss sensation in my lower extremeties and was unable to urinate and \ or was wetting my bed and my self un-controllably.

50. Dr. Feder assessed me and sent me to Backus Hospital via ambulance \ Emergency Department ["ED"].

51. At the Hospital I was diagnosed with Incontinence \ Retention after over 900 cc of urine was withdrawn from my bladder; and a Foley catheter was placed in, (to assist with my urination)

52. Prior to me losing sensation in my lower extremities and retaining, I complained to medical staff about a back injury and asked to see Neurology and Physical Therapy "P." to resolve my feet issues, EMG, etc. but was ignored.

53. After I saw Dr. Feder and complained about my back \ feet injuries she refused to send me to see Neurology \ PT, etc. She also delayed Urology visit.

54. My visits at Backus Hospital were never to see a Neurologist and \ or PT. Backus Hospital doesn't have a Neurologist an Dr. Feder was aware of this. Yet she sent me there on 9-25-20 and 10-14-20 though she knew the treatment for my back \ feet would take for me to go to Uconn.

7

55. My back \ Feet injuries exacerbated to the point where I am unable to pivot or stand at all and am now wheelchair bound. due to the lack of treatment

56. On or about 9-10-20, I was given a medical mattress [ FOAM CORE ]. Prison officials [ Warden Martin and Nursing supervisor Kara Phillips ] issued me this mattress, but lied to me about [it] They told me that: 1) they were waiting for ADA Coordinator supervisor \ Director Colleen Gallagher to "approve it"; 2) It was ordered and as soon as it comes they will let me know; and 3) It will meet my medical needs / ADA Accommodation (s).

57. After sleeping on this mattress for couple weeks it increased my back pain, muscle spasm, numbness, tingling and stiffness in my back. It also caused soreness in my feet \ legs, hips, etc.

58. While I was in the Infirmary at Corrigan, Dr. Feder examined it and said "it was too hard and that it would only make matters worse." she then told Kara Phillips to move me from the room that I was in [ sleeping on this mattress ] to a medical bed. Note: said mattress re-issued

59. One day while I was out for recreation in the medical Infirmary the mattress was kept by the nursing station. (Leaning up against a wall.) I heard another Inmate who had the mattress before me telling the CNA [?] "there goes my old mattress, etc". After speaking with both Inmates I learned from them that said mattress was not new like what Wdn. Martin \ RN Phillips told me. I also learned from this Inmate who the mattress was issued to that It caused him soreness, pain muscle spasm, numbness and tingling like it did to me.

60. After I got transferred to MacDougall and was discharged from the Infirmary said mattress was re-issued to me. my requests to have it changed and \ issued a [ soft mattress ], such as: a Derby Pinnacle "mattress were ignored. Note: Doc Provided this mattress To several Inmates but not to me

8

61. On October 18, 2020, I complained to nurse "Melissa" Keegan about Pain and Swelling in my Testicles.

62. Melissa notified Dr. Feder via Flag\Alert and\or by telephone about my complaints. Dr. Feder told her to have me cover my testicles with a warm "wet" wash-cloth that Melissa gave me. This did not help in any way and I made further complaints. I also complained to nurse Kayla Lozada about the same issue and she told me that "warm cloth over-swollen testicles actually works. Its an old-school remedy, etc." No treatment was administered for my pain.

63. On October 23, 2020, I complained to nurse Cecily Athenian about the pain and swelling in my testicles and she collected urine that tested Possitive for "UTI" NITRATES\LEUKOCYTES etc. she then reported it to her supervisor and sent a Flag\Alert to Dr. Feder, but she again ignored it, Leaving me in pain un-treated.

64. On October 30, 2020, two nurses [Alex and mike] changed the Foley that was placed in on 9-25-20. They then collected urine to send to the outside Lab for testings, but this was not done due to the time it was collected. They collected the urine at around 10:00 pm on a Friday, knowing specimens only pick up twice at Corrigan on weekdays [tues & thur.]. So it wasn't Sent out. The "UTI" could've detected earlier but Females Refused

65. The foley that they placed in on 10-30-20 was in-ade-quate [short\thick, etc.] NOT like the original one which [French 18\long, etc.] that they took out. They then removed it, because of the issues I was having with it.

66. On or about November 3, 2020, during Third-Shift [12:00 Am 8:00 Am] A nurse by the name of "Kayla" Lozada spoke to me at Length trying to convince me to accept condoms or Briefs\Diapers rather than a Foley-catheter. I specifically told her that I Need back my Foley in (t assist emptying my bladder— q but she insisted to do this.

67. Later that day Kayla <u>twisted</u> what I said to her and <u>Lied</u> to APRN "chena" McPherson that I wish to accept condoms or Briefs \ Diapers rather than have my Foley place back in. [Not knowing that chena was gonna come talk to me in Person about this decision orchestrated by Kayla. <u>Note: Kayla and female nurses planned it</u>

68. After speaking to chena that morning she told me that I have an order for a Foley catheter and if I wish to have it placed back in she'd let them put it back in. I told her yes I. want back my Foley. <u>I also told APRN McpHerson that certain female Nurses were discriminating</u>

69. Kayla was not happy about it. So she stomped out of the room, but later that day she accompanied by a nurse name steve placed back a foley in.

70. During the Procedure both Kayla and steve left my room [where the procedure was taking place], one after the other, in search of stuff they need for the foley Placement / Procedure.

71. Neither Kayla or steve followed Protocols \ ethics. —steve never changed his gloves, while Kayla only changed one of hers. She then put on the surgical gloves over the glove she had on [without sanitizing her hand(s)] and carried on with the procedure.

72. During the procedure the Foley and\or the Bag that contains the urine fell from off my bed. Kayla picked it up from the side of the bed with the catheter (Hose) Partially on the ground then inserted it in my Penis. I complained about this action to both nurses, but to no avail. <u>I also reported it to nursing supervisor (s) and RCa</u>

73. On November 3, 2020, I began experiencing severe Pain, different from the Pain I had on 10-18-20 through 11-03-2i I was feeling a burning sensation in my Penis, urethra, anal \ rectum asided with cramps, etc. I also was still feeling pain in my testicles, and the swelling was still there, etc.

74. On November 6, 2020, Dr. Feder toured the infirmary accom panied by Nursing Supervisor "Kara" Phillips. I complained to both of them about my symptoms and the Nurses' Action.

10

75. On 11-06-20, my Foley's Bag was filled with urine, but nurses refused to empty it, due to my complaints. Kara had to empty it. Dr. Feder then asked her to collect a sample (urine) for Lab testing(s). This (date) was also a Friday so it never went out (like the first).

76. Because of overbearing pain I asked Dr. Feder to have them remove the foley, but she refused. By this time I was now feeling pain in my bladder, and my urine was "murky" with spots of blood, etc. and pain-level increased.

77. Later that day I removed my foley, by deflating the catheter. I asked nurse Carley Cann and other nurses to take it out, but was told that "they didn't have an order from my Provider [Dr. Feder] to do so. So they couldn't do it, etc". However, staff instructed me on how to do it.

78. On November 8, 2020, Kayla entered my room by herself and told me that later that night she would place back my foley in, due to my continuation of Incontinence\Retention. I was very "skeptical" about it, because of previous actions. Nevertheless, I allowed it because she again Lied to me. Saying "the Doctor told her to do it". I later found out that Kayla did not have an order from a medical Doctor to place back my foley in and that her intention was Malicious.

79. After she placed back my foley-catheter in, I began to have an increase in my pain. While she was placing in the foley I was bleeding from my Penis into the catheter\Foley's Bag.
- seeing it and me cringing in pain she began to smile, wearing a "smirk" all through the procedure.

80. I asked her to remove it, but she didn't. She left it in for around seventy-five minutes. Only after continuous protest\complaints she removed it. I was traumatized by it.

81. I reported her action to Nursing Supervisor Kara Phillips, APRN Chena McPherson, and wrote letters to Director "Colleen" Gallagher and Regional Chief Operation Officer "Rca "Kristen" Shea. I also seek to file criminal charges against Kayla for assault\battery, but to no avail. According to Colleen a report is made with the Nursing Board about it. (ie Kayla's action)

11

82. Around November ___ 2020, I was tested Possitive for the Urinary Tract Infection "UTI' and placed on antibiotics for seven days, but wasn't given it in completion of the (7) days. I began receiving the antibiotics about three or four days after the order was made. For this reason I didn't get the full-dosage so it gotten worse.

83. AFTER the "treatment" administered in short, I made numerous complaints to medical staff about the symptoms I was still having, and requested to see urology for the continuous incontinence\retention, the pain in my bladder urethra, testicles, penis, anal\rectum and cramps, etc. but had to wait weeks without a foley./Proper treatment.

84. During this Period my body gotten weak asided with nausea, headaches, blood-clots \tissues in urine and I struggled with my urination.

85. Between November 17, 2020 and December 31, 2020, several female nurses who works in the Infirmary at Corrigan refused to place back my foley in. One of them by the name of "carley" cann who works at least five days per week in the Infirmary, told me that "she didn't go to meds-school to empty "Poop." and to look at "Pecker's and that "they have male nurses to place in Foleys"... etc.

86. I went without a foley catheter for this Period of time until a Provider ordered straight-catheterization\ self-catheterization, but the said female nurses and\or Carley refused to administer straight-catheterization and Protested against me, saying, Male-nurses should do it.

87. I filed numerous complaints with Nursing supervisor Kara Phillips, Rcoo Kristen Shea, Rcoo Kimberly St. Pierre [who replaced Shea], Warden Robert Martin, Dw Foote, Dw Oles and with The commission on Human Rights and Opportunities for discrimination. I also filed complaints with The Nursing Board and Temporary Injunction\Restraining order in New Britain Superior court concerning these actions, but the Problem was never resolved. As a result of their action I suffered severely going without treatment\ Nursing assistance     12

88. On November 24, 2020, I saw urology at Uconn Health Center. The urologist ordered \ recommended "measurement" and "diary" of my Input \ Output. He also assessed me and "checked" my Prostrate and ruled out that it was the reason or cause for my incontinence \ retention.

89. On or about October 14, 2020, a Doctor at Backus Hospital examined my Prostrate. He also assessed me and ruled out cancer or swelling of Prostrate to be the cause of my incontinence \ retention.

90. Dr. Ingrid Feder and Doctors at Doc central office were aware of this health information and <u>knew</u> that my incontinence \ retention was related to <u>nerve</u>, but took months to get me adequate treatment.

91. On January 26, 2021, I saw orthospine at Uconn Health Center. The Doctors at Doc central office believed that my incontinence \ retention related to a compression of the Bladder. After reviewing my MRI's, X-rays, etc, and assessing me, APRN Shantay Wells ruled it out and recommended EMG \ Nerve conduct or Nerve study. She also asked for me to come back and see her, but this didn't happen. Nor was any attempt made to resolve the issue,

92. Between November 6, 2020 and December 14, 2020, my Provider [Dr. Feder] did not see me, nor visit the Infirmary. It was around the same time that I filed complaints with the Nursing Board and with Prison officials (including Doctors \ Supervisors at Doc-central office) against her for failing to provide me with reasonable adequate medical care. She retaliated against me and decided NOT to see me.

93. According to nurses, "Dr Feder said she hurt her back and was having difficulty climbing the stairs etc." <u>Note</u>: there are two elevators at Corrigan. One of them is right by the Infirmary. While neither was broken.

94. During this Period, APRN chena mcphenson refused to see me. she told me that "she didn't want to get involve with

13

up with urology, neurology and orthopedics as my chief complaints.

99. Dr. Feder made ORDER for my Foley catheter to be placed back in; but because of continuous protest nurses refused to put it back in. Another APRN Tara Hood had to left York CI and came to Corrigan to see this through. She re-ordered it and medical staff deliberately ordered the "wrong size" Foley-catheter from the Pharmacy \ manufactor. APRN Hood had to send someone over to York CI to get one. Even then it still wasn't done.

100. During the wait for a Foley-catheter, nurses "Carley-Cann-McGregor", "Jamie" Quesnal told me more than one time that they were waiting for Mark, steve or mike \ male-nurse (s) to come over to do it, etc. During the wait I suffered in pain, wet myself \ beddings. etc. and became very ILL / NAUSEATE (asided with abdominal cramps)

101. After a Foley-catheter was inserted Carley, Jamie and other or "certain nurses" continued to refuse me assistance with it. They would allow it to fill and unempty it occasionally. Another issue with it was they never properly inserted it or the "size-fourteen" was too small.

102. Around January 14\15, 2021, two nurses (Cecily and James) assisted me to the toilet, where a potty-seat was fastened onto. Due to constipation or hard-stool, as I was using the toilet urine began spraying from the portion of catheter that was inside my penis. I reported it to Cecily who told me that she mentioned it to the supervisor (Kara), and that she sent a FLAG \ALERT message to my provider (Dr. Ingrid Feder) about it.

103. Around January 15\16, 2021, the Foley-catheter fell out from my penis as I was transferring to my bed from the wheelchair. Jamie Quesnal secured it, but failed to document it. However she told me that Kara Phillips is aware of it and most-likely one will be placed back in, etc., BUT IT WON'T BE BY HER. IT'S A MALE-NURSE (S) JOB.

Dr. Feder's mess"...Let her clean it up!" She also told me that "You (Johnson) are Dr. Feder's Patient not hers", and that she will see me if she chooses".

95. Several nurses who work in the Infirmary tour on more than one occasion accompanying APRN Chena McPherson witnessed the above. One of them (Jessie Jusseaume) was heard by me speaking to chena about my complaints. Chena told her "Let someone else deal with it, Am not touching him.

96. I decided to have a one and one conversation with APRN McPherson concerning her action and\or attitude. At that time, I asked her about a Viviane McPherson who is demised. She replied that we are not supposed to be in the same facility due to her relationship with Viviane McPherson and the rumors concerning her death. I immediately made a complaint via CN 9601, Inmate Request Form and hand-delivered it to RN Jamie Quesnal who gave it to Kara Phillips or her supervisor, and\or noted it in my medical records.

97. Said Chena McPherson used to work at McDougall Correctional Institution Prior to my Transfer there and was (still is) a member of the Jamaican-West Indian Community. She is very close to APRN Akina Richards and other Jamaicans who hold grudges towards me. When I had the one and one conversa- with her she admitted to me that "she heard it through the grape vine (referring to this community) about me knowing who is responsible or involved in Viviane's death. Since then her (Chena) demeanor changed towards me, and she decided not to administer further treatment.

18. On or about December 14, 2020, I spoke to Dr. Feder via telephone. She was next door at Radgowski C.I when we spoke. Kara Phillips came and got me from my Room to make this happen. Dr. Feder and I discussed several medical issues at Length. I specifically asked her about a follow

14

104. Plaintiff contracted UTI, due to the improper insertion of the size-fourteen and\or the lack of nursing assistance. I began to feel a burning sensation in my penis and pain in testicles (_NOT_ like previous symptoms mentioned earlier in this complaint). This was caused by urine leakage that went back into urinary-tract, etc, which medical staff tried to cover up, making me the "villain".

105. When I spoke to Dr. Feder via telephone conversation, she ordered Plaintiff a walker to prevent further muscular-atrophies, due to the lack of exercize.

_Note:_ Plaintiff was (still is) unable to pivot or stand at all due to back injuries \ feet issues. The walker that Dr. Feder ~~ordered~~ was for my upper extremities and feet. She wanted me to have it while I was awaited PT that she ~~Believed~~ delay due to covid pandemic. Prior to the order for a walker, Dr. Feder assessed me and saw that the strength in (2) upper extremities was emaciating to the point where she had to order two-persons assistance with my transferring \ showering, and that the wait for PT could be very long.

106. Said walker became an issue when I got transferred to MacDougall Correctional Institution ("MacDougall") in February 2021. Plaintiff was stripped of his walker and\or wasn't given ~~one~~ \ foley to meet his ADA needs \ atrophies. While his complaints to Kara Phillips, ADA Coordinator, C\S Iozzia, DW Foote, DW Oles, Director Gallagher and Warden Martin were ignored. Plaintiff also made several complaints to RCOO Kimberly St. Pierre and the above parties mentioned herein about the Foley-catheter issue(s).

_Note:_ These complaints were made both verbally and via letters \ Inmate Request Forms, Requests for Reasonable Accommodations to the parties mentioned herein, between October 2020 and February 2021. He also made complaints to staff at MacDougall concerning the walker \ foley for them to correct it, but to no avail. Not long after the order for a walker \ UTI, I spoke

16

To: Kara Phillips, Michael McDonald, Rcoo St Pierre, Lt Jusseaume, Warden Martin and Deputy Wardens Foote and Oles, via Inmate Request Forms (and verbally when they tour the Infirmary) They had officers removed several responses From my room that were in Brown envelopes.

107. On February 14, 2021, a nurse by the name of Heather assessed me, due to my complaints \symptoms. I had a Fever and was struggling with my urination without a foley. she then called the ONCALL Doctor, Who was Dr. Omprakash Pillai to get an ORDER For a straight-Catheterization, but he refused to order it.

108. Later that day, Heather called a Second ONCALL Doctor who Permitted it. She administered straight-Catheterization and collect urine that was tested Possitive for STAPHYLOCOCCUS and SAPROPHYTICUS___, she then sent me to Backus Hospital\Emergency Department "ED".

109. On my way to Backus Hospital Via Ambulance, I spoke with the Paramedic about the UTI. He told me that if "It" would've stayed a Week or more It's Possible could've killed me.

110. Several nurses REFUSED me the antibiotics that I was supposed to get, Leading to an exacerbation of my health. They then tried to Cover it up and\or blamed me for not accepting treatment.

111. Two days Later [2-16-21]. I got transferred to Macdougall from corrigan. According to Prison officials\medical staff the transfer to macdougall is for medical reasons.

112. At Corrigan's medical Infirmary only one certified Nursing Assistant "CNA" is available and this was effecting and\or depriving me of health care, because I have an ORDER for two-Persons Nursing assistance and couldn't get that help. Nurses were complaining that I was becoming "A Burden". I was too heavy to Lift, transfer, etc. They also were saying that I was too high-maintenance. They even

17

attempted to use a Hoyer-Lift to Lift me from bed to wheel chair \ shower chair, etc., As it was Ordered by chena

113. The CNA works 8:30 \ 8:45 Am Through to 2:30pm [Mondays — Fridays] and is off on National holidays. Sometime they have Institutional Lockdown where there is no Movement. During This Period He. stayed in his housing unit, Leaving nurses to do the extra work. I had to deal with this alot of times and go without showering or the assistance I need.

114. When Kayla Lozada, spoke to me about accepting Condoms or Briefs \ Diapers over my Foley, It was a Part of a "Plan" to kick me out of the Infirmary so I could go back to Fox unit, where the CNA lived. The Plan was to have him assist me there. so she schemed to get me give up my foley for This, because at corrigan am not allowed to have a foley in in a General Population unit. **Plus** I was getting into a lot of arguments with the nurses \ MH Staff and officers. Note: Part of the reason for these arguments is\was lack of mental health treatment. on my medications this rarely happens.

115. Between November 2020 and February 2021, I spoke to Kara Phillips and several Prison officials concerning a transfer out of corrigan to elsewhere. Kara told me that she spoke to Rcoo Shea [who was her Boss at that time] and Rcoo St. Pierre about the issue and they are \ were trying to get me somewhere where I can be in an appropriate Infirmary, but MacDougall's refusing to accept me and that they were adamant in their decision.

116. MacDougall is the only Facility With an appropriate Medical Infirmary that can \ could Facilitates my needs, but they were refusing me a transfer to there to get the care I need. Because of this I had to stay at Corrigan where I was sexual assaulted, Living there with the TRAUMA of the Incident and \or the PROTEST of the nurses.

18

117. On November 13, 2020, Plaintiff got into an argument with Carley Cann over Medical Appeal Forms that I requested. I have several medical grievances that "Janine" Brennan Rejected \ Returned without Disposition that I wanted to Appeal before the time to Appeal them expire. Because Janine didn't attach these forms I tried to get carley to Provide me with them, but she was giving me the runarounds. Not just her, but other nurses were doing the same. [To Prevent me from exhausting my Remedies, etc]

118. During this argument I called her a "Bitch" and a correctional officer name. Daly, who was in the vicinity heard it. After I secured in my room, Daly and the Unit manager, Lieutenant Jusseaume came to my room and Confronted me about it. Note: A request to Preserve video Footage of the Incident is made.

119. While I was inside my bed in the Infirmary, both Daly and Jusseaume entered my room. Lt. Jusseaume stood in the door-way blocking a camera that located across from my room. While Daly came to my bedside. He (Daly) took out a catheter from his shirt. He then held me down before Pushing it into my rectum. While he was doing this Jusseaume was cheering him on. He said to Daly "show this Piece of Crap who is the BITCH!"

120. Prior to this action, Carley and Daly were inside a medical room \ triage talking while I was yet out for recreation. In this room \ triage they keep medical equipments \ medications, etc. I can't be sure if she gave it [catheter] to Daly, but I know that's where It came from [right before he stuck it up my ass.]

121. Lt. Jusseaume is "Jessie" Jusseaume's husband. She (Jessie is also a nurse who works in the Infirmary. Jusseaume is the unitmanager of Restrictive Housing Unit "RHU" Infirmary. Both Lt. Jusseaume and Daly and me have ongoing issues over policy \ unit Rules and nursing care, etc. They were holding grudges towards Plaintiff. Plus Carley was Daly's "sweet-heart" and Friend of Jessie

122. This is why they entered my room on 11-13-2020 and Daly held me down. 19 SAB Officer Daly held me

down and stuck the catheter into my rectum. I was unable to get him off of me, due to the position he held me in and/or because of my disability and atrophies.

123. Several items were knocked over and from off my table. These furnitures, equipments, papers, etc. were lying on the floor along with the soiled beddings [sheets\blankets] from assault. My boxer\diaper were containing DNA evidence and were also on the floor, but they were removed by prison officials and/or by tierman (worker), who they instructed to clean up my room.

124. On 11-13-2020, at the beginning of the second-shift as nurse Dawn was touring I stopped her and reported the incident to her. I also asked her for a phone call to speak with the Connecticut State Police "CSP" but didn't get it. I also reported the incident to two Head-nurses [Mark and Mike] and to Mental Health staff. They told me that "shift supervisor(s) are aware of it."

125. At around 5⁰⁰ pm, Lieutenant Pearson came to the unit and was talking to medical staff. As I was talking to one of them about the sexual assault he interjected into the conversation saying; "Don't worry about it. I'll take care of it!"

126. During recreation period, Lt. Pearson re-visited the unit with several officers, who appear to be trainees. He then came to my room door, acting as if he was offering me recreation and I was refusing. He had the key in the door. This is un-common, ONLY nurses come inside my cell [possibly with an officer in the vicinity] to assist me with my transfer from bed to wheel chair.

127. Prior to **this**, I asked Lt. Pearson for a phone call to call CSP, but he refused me one. This is why he returned to prevent me from participating in recreation because he knew that I was gonna call CSP during

my recreation to report the sexual assault. Therefore, he stopped me from doing this, and no phone call was afforded me thereafter by prison officials.

128. Later that night, during PM-medication, I held on to a cup of medications [Pills] that the nurse gave me. I did it simply because I wanted to get my complaints\requests on tape before they sweep it under the rug.

129. Lt. Pearson and several officers showed up. They weren't recording it so I kept the cup for over half an hour before giving it back. During this period they began recording it with hand-held camera that has audio. I made multiple requests for a RAPE kit to be done, phone call to CSP and for them to collect clothings\beddings that contained my DNA, but none of these requests were met.

130. Lt. Pearson instructed his staff to cuff and remove me from my room. They then placed me in another room (In the Infirmary) on Behavioral observation status "BOS."

131. They placed me in this "BOS-cell" and conducted a control-strip search on my person. I was held partially in mid-air by officers while my clothings were removed piece by piece. The hand-cuff was tightened on my left wrist, causing pinched-nerve, and I was placed on a regular-mattress that was flat.

132. I made several complaints to medical staff about my conditions and symptoms while I was on BOS. My left wrist was swollen (somewhat), sored, numbed asided with tingle and sharpe pain along the side of my hand\forearm-through to my neck. I also loss sensation in two of my fingers and palm. To this date, am still having the same issues with my left hand.

21

133. Several nurses are covering up my injuries by making false notes in my medical records. One of these nurses is Carley. She wrote the opposite, and refused to let the CNA (help) me with property the date I was called down to the property-room for my property. She also told Officer McGregor, who is her boyfriend \ husband not to push my wheel chair, nor to help me when he came to escort me down to the property-room. NOTE: from the Medical unit to property-room is a very, very long distance. I also had an ORDER for help for long-distance trips.

134. AFTER I returned from the property-room, I started experiencing an increase of my pain. I complained about it [to medical staff] and an ORDER for a "splint" (brace) was made, but one was not given to me until months later at Macdaygall.

135. On November 19, 2020, I got off Bus and made a phone call to the CSP about the sexual assault incident, occurred on November 13, 2020.

136. Later that night two Police officers came inside my room about the incident, but decided to interview me in the day room, where there is \ was no privacy at all. I made numerous requests to these officers to be interviewed in a private-area \ room, but to no avail. One of these officers told me, quote: "this is their house. I can't tell them what to do!" We then sat in the day room.

137. During the interview, correctional officer Gagnon (Fe) interjected couple times into the conversation, sticking up for her co-workers. NOTE: she was an officer who worked regularly in the medical unit while I was there, and on one occasion she refused to open my (room door) on or about 9-23-20 for Dr. Feder to assess me. As my statement was reading back to me, Prisoners were shouting out "faggot" and other derogatory words to me. This was very embarrassing and humiliating to me, and also pain-stak

22

138. Several days after the Police interviews a Prisoner who is from New London told me about a bar where Police officers and Correctional officers frequent, and that he saw the officer who did the interview in this bar with correctional officers. I also heard from officer Mckenna that there is such a bar by that name and he knew the Police officer who did the direct interview.

139. The relationship between the Police officer(s) and the Prison officials led to an improper investigation into the Sexual assault complaint. Or the influence and respect that they have for each other impacted so much on "it" they failed in carrying out their official duties as Law enforcement agents. This bothered me so much th I don't trust neither Police or correction officers, [after seeing how they handled the investigation.]

140. Between November 2020 & February 2021, I made several requests to mental health staff at Corrigan to obtain some kind of treatment for the emotional distress \Paranoia\ and the Post Traumatic Stress Disorder, etc. that I was having from the Sexual assault incident, but did not receive any treatment at all.

141. I spoke to several Mental Health Clinicians and to Dr. Daniel Yesu. I also wrote several Inmate Request Forms to Mental Health that went missing and\or Un-answered. My assigned Clinician [Michelle] toured th Medical Unit Weekly, but refused to speak with me because of her relationship with Lt. Jusseaume, Lt. Pearson and C\O Daley.

142. In December 2020, I filed a Temporary Injunction in New Britain Superior court concerning my medica and mental Health Issues / Prison Conditions. I filled a a Special Request Form "SRF" and signed it for postage fee to be deducted from my Inmate Account. I gave the

23

signed SRF and the Legal document to michael
campbell, who is the unit counselor. for him to take care
of it. It was addressed to state Marshal charles Dingle
for him to serve civil-summon on the defendants or
their Attorney [Attorney General].

143. After some time went by I called Mr. Dingle to find
out from him if he received it, but he told me no. I
called him again from macdougall and he still never
received it. I also did follow up at macdougall on it.
Counselor Reeves sent email(s) to corrigan concerning
the missing document.

144. While I was still housed at corrigan, I reported the
Counselor's (campbell) action to his supervisors [C\s
Ammons and C\s Iozzia], but nothing was done to
remedy the issue. Nor was any action taken against
Counselor. campbell.

145. Prior to filing the Legal document with New Britain
superior court Counselor Campbell made copies of it for
me and said something to me about it but I never
~~took~~ Note of it. nor did it registered until Later when
it went missing and the mail-handler told me to
check with campbell... and that he [campbell] should
manup about what he did, etc.

146. Because of this action my Temporary Injunction
was never served upon the defendants, and\or a
Judge never get to make a decision on it. Nor
did I get the Relief I seek.

147. On December 14, 2020, Dr. Yesu assessed me concern-
ing my mental Health issues. I told him about my
symptoms, such as: racing thoughts, night-mares, flash back
depressed moods\ anxiety, self-destruction; easily agitate
irritability, hostility, hallucination, difficulty sleeping, etc
I also told him that I wish to get back on my psych
medications, and that my Inmate Request Forms are
going missing OR un-answered.

24

148. some of the important things I told him weren't documented in his notes. He deliberately took them out so that his recommendation for medication(s) would not meet the criteria for Psyche-meds.

149. During the meeting with Dr. Yesu I learned from him that one Janine Brennan is responsible for mental health requests and that she is Dr. Gagne's Assistant. Janine was known to me as the Health Grievance coordinator, but not Dr. Gagne's Assistant. I thought that there were two (2) Janines.

150. On December , 2020, said Janine entered my room and shoved a pile of papers in my chest saying, "Here, you put them in the wrong Box" [ie mail-Box] These Papers were Inmate Request Forms/complaints dated              . I gave them to nurses [Melissa, Dawn, James] other nurses] for them to drop them into the appropriate mail-Boxes, located in the medical Infirmary, but they were Placed in the wrong Boxes, [Medical Grievances Box], Which Janine has access to key for.

151. Janine held on to my legal documents [medical requests and complaints] for weeks and/or days until Dr. Yesu confronted her about it. she was highly upset about my complaint to him concerning missing un-answered Requests [only because the nurses who I gave them to to drop in appropriate mail-Boxes witness to it she RETURNED them on 12- 2020. A nurse by the name of Jessie Jusseaume was present in my rm when Janine barged her way into my room with the Pile of Papers.

152. Janine threw out several other Inmate Request Form that I wrote and/or hand-delivered to her and other nurses. This has been going on from around November 2019 through to December 2020. She also threw o

25

several medical grievances. These grievances went missing while they were in her care. One in particular, filed 9-06-2020. I gave it to Nursing Supervisor Kara Phillips, who gave it to Janine. I filed it while I was yet in Fox Unit. Kara told me that Janine received it, etc. AFTER it went missing I filed two(2) grievances against Kara Phillips and Janine Brennan concerning the missing grievance, because I wasn't sure which one of them threw it out. Only after I filed a complaint and other grievances concerning the issues surrounding my missing grievance(s), the need for a medical \ Grievance mail-box in the medical unit and nurses' action with Rcoo Shea \ Rcoo St. Pierre Kara threw Janine under the bus saying "I want no part in that" (ie Janine's action). She even told me to write to Rcoo St. Pierre concerning this issue.

153. In September 2020, when I got admitted to the medical Infirmary at corrigan there wasn't no mail-box for medical Requests or medical \ Health Grievances. Nurses and \or officers were collectin Inmate Request Forms and Health Grievances.

154. I complained to medical supervisors \ staff and filed a complaint with the warden's office about the need fo both mail-boxes. Per Directive "each housing unit must have Mail-Boxes, etc." I asked prison officials; enforce the Policy, Because nurses would collect Inmate Requests and Leave them un-protected or set them on the counter by their station and officers get a hole of them, read them and use the information therein to their advantage. My Request was granted and mail boxes insta

155. AFTER the mail-Boxes were installed several nurses retaliated against me by Protesting me and \or to go Dr. Feder to discharge me from the Infirmary. Those nurses began to refuse me my Medications and \or

26

to assist me with my showering, emptying Fecal matters (Poop\Soiled-diapers, etc) and Foley-catheter. Some of these nurses made false reports in my medical records, due to complaints and grievances the Plaintiff made against them.

156. When I contracted the UTI in Jan\February 2021, as I mentioned in Paragraphs 108\109, A "reliable-source" told me that these nurses hated me and Purposely Kept the antibiotics from me for me to get "septic and succumb and that I should Push for a transfer or else they gonna kill me, etc.

157. Several complaints were made to Nursing Supervise Kara Phillips and Amy Benoit concerning this action... also made complaint to Rcoo St. Pierre, DW Oles, Wdn. Martin and Dir. Gallagher, but they dismissed the all gation and tried to cover it up.

158. They sent a Large stock\pile of medical records with correction officer(s) who escorted me to Backus Hospit to poison medical staff minds. on my way back to T Prison an unknown officer gave me the pile of medica records and I read through some of it. In this pil I saw where they accused me of manipulating and l tampering with my catheter causing the UTI (s), the also asked not to place it (Foley-catheter) back in.

159. Prior to the Backus Trip, several complaints were ma to APRN chena McPherson and Flag\alent message (s was sent to Dr Ingrid Feder concerning my condii but nothing was done by them to remedy my septic l
* If not mistaken said Dr. Pillai who was the on call l on February 14, 2021, visited the Infirmary at comga and refused to see me while I was in despair and discomfort, etc. during this dire period.
* In addition, Kara Phillips told me that she has no Provid at the Infirmary and that she can't run an Infirmary Like this (with No Provider) she also told me that her N Boss [Rcoo Kimberly St. Pierre] told her that "the calvary coming so I must be patient, etc. and hold on!"

27.

160. On or about 2- -2021, I spoke to Head-Nurse, Michael McDonald about the UTI and the missing days of the Antibiotics. According to "Mike" he called the Pharmacy and\or an oncall Doctor to get me the rest of treatment. I waited, but never received these antibiotics as he promised. I also complained to Nursing supervisor Kara Phillips, Warden Robert Martin, Deputy wardens Coles and Foote about the issue and the retaliation, but they didnt do anything to resolve it.

161. said Michael McDonald, placed a foley-catheter in on 10-30-2020 improperly and failed to test my "sample-urine" that he and nurse Alex collected. He also failed to have nurses do a RAPE KIT for the Sexual Assault, occurred on 11-13-2020 when I reported the incident to him.

162. On or about October 18, 2020, a nurse by the name of Melissa Keegan entered my room to assist me with my transferring for recreation. She was accompanied by a correction officer.

163. While I was about to slide over into my wheel chair from my sliding board I asked her to hold my feet, but she didnt hold them firmly or tight enough. So I fell on the floor **hitting** my head and shoulder on the wheel chair\bed-side.

164. Before I fell she told me "Go ahead. I got you"!" After I landed both her and the officers who were in the vicinity started to laugh. She then said "is why you NEED us [nurses] may be you should cool down writing complaints... and start having some manners, etc

165. Several nurses told me that Dr. Feder ordered for me to do independent Transfer.... they only can monitor and supervise it, but are not allowed to assist me.

28

166. On or about October 14, 2020, I filed Complaints \ Grievances against Dr. Feder and other medical staff concerning my health issues. Dr. Feder's order for "Independent Transfer" came the same time that these Complaints \ Grievances were filed.

167. Between September 2020 and February 2021, my Back Injuries \ nerve issues exacerbated to the point where Two-persons had to assist me with my transferring from Point-A To Point-B. Around November 2020 Dr. Feder ordered the "Two-Persons Assistance", but some nurses (Janine Brennan, Stephanie Fraser, Gisela Ballabani, etc.) refused to carry out this order, by not helping me. As a result of their actions I had few more incidents /Instances where I fell during transferring myself.

168. On February 05, 2021, Jamie Quesnal refused to assist me with my transferring. She was doing showers and when she reached my room she skipped it. She was with a correction officer. The officer told me ahead of time that she would give me a shower, but Jamie "schemed" on it and refused me the shower. She and I got into an argument over this and she wrote me a false disciplinary report, accusing me of "threats", etc. In the "ticket" she made mention of the Two persons assistance ORDER. The ticket was later dismissed.

169. Jamie Quesnal's action was a "Conspiracy Plot" between her and Jusseaume, who signed off on the disciplina report \ ticket (possibly, others were involved). Her intent was to make a "Profile" and \or "Separation" between us so that I would be transferred to another Jail

170. On 2-05-2021, I was removed from my medical-room and medical-bed to a cell with a non medical-bed \ c

29

and Was Placed on "BOS". I was also sprayed with chemical agent (unknown) and extracted by the Corrigan's Special-Team during this Process. Most of the incident is captured on video tapes [ verinth & Hand-Held cameras ] I was kept on BOS until my transfer to macdougall.

171. Prior to the extraction \ placement on BOS, Lt. Jusseause was heard telling nurses, "He doesn't dictate where we house him. He was also daring me to "not to cuff up..- saying, "Refuse! so we can Come in there (room) and make you a prime example."

172. After my Placement on BOS Several nurses \ prison officials refused to assist me with my toileting. I had ORDER for a Bed-side commode that they were not allowing me to use. I had to defecate in Food trays and \ or on the ground. I received several ticket for this, and was accused of "mal-adaptive behavior."

173. During these Periods, instances \ incidents, my requests to speak with mental health staff were IGNORED. My Physical and mental health state gotten worse, and I was forced to go on a hunger-strike, because my diets were High-Protein ("double-Portion) and I wasn't receiving assistance with my toileting.

174. On or about January 30, 2021, a nurse by the name of Gisela Ballabani, aka, "Gigi" refused to assist me with my Foley-Catheter. It was filled and I asked her to empty it, but she told me, quot "Am a Diva. I don't do that. Let another nurse do it!" A Correction officer, who was working in the Medica Infirmary witnessed it. I asked him to notify her about my Foley's maintenance NEED and he did. He tou a second time and told me that "she was aware of it." watched him go over to the Nursing station and talked to \

30

175. This is not the first and \or only time. GiGi refused me nursing assistance. Around 202 she refused to empty my feces "poop". I defecated in a plastic bag that set inside my commode. After I finished she was notified by officer _____ and myself but she wouldn't help me with emptying it. Lieutenant Irrizary was called to the medical Infirmary concerning this issue. He spoke to her and to me, but she still was refusing to help or empty my poop. [Only after he threatened her that he's going to write a "Page-1" [Incident Report] about the incident she emptie it.

176. I had to smell my feces sitting inside my commode, (which had no lid \cover) for hours before GiGi assiste me. This incident was reported to nursing supervisor Kara Phillips and Regional chief operating officer (" RCOO")Kimberly St. Preire, but they did nothing to stop this kind of behavior.

177. On or about January 31st 2021, Said GiGi wrote me a false disciplinary report, accusing me of threats. I told her that "she deserves an Oscar for her acting ete", and that "I am going to file a complaint against her. She perceived it as threats and wrote me a ticket, but it was dismissed.

178. Lt. Irrizary entered my room with couple officers to take my property, due to the ticket GiGi wrote m I specifically told him that I need my legal Papa for litigation reasons, but he insisted on taking the Lt Irrizary told me that "he had direct order fro People above him to take my legal work, ete". All of this is captured on audiotape \hand-held camera th they were using during this incident.

179. Several legal documents [ Responses \Letters from Do employees, Copies of grievances,
31

Freedom of Information Preserved Videos \ Requests, copies of Inmate Request Forms, etc. I were removed from my Property while they were in care of Prison officials.

180. After I noticed that these Legal documents were removed from my property, I made numerous requests through FOI Liaisons And [with some of the persons, whose responses they were] to obtain copies of them, but to no avail. I also made attempts to obtain "some" of these Records \ Legal-documents through "discovery" for medical Habeas \ Prison-conditions Habeas that are pending in Rockville superior court and through Temporary Injunction that is pending in New Britain superior court, but was un-able to obtain them.

181. The missing Legal-documents caused me "not to present evidence" in more than one complaint that I filed with commission on Human Rights and opportuni-ties ["CHRO"] against prison officials. It also caused me not to present evidence in other complaints. If I had these Legal documents I could've substantiated several allegations that made against Prison officials.

182. Between September 2020 and February 04,2021, I made several requests (via Inmate Request Forms) to preserve Video-Footages of incidents Involving me and for legal documents concerning Policies, OutFgoing Legal maits and Letters \ emails, etc. through Freedom of Informati "FOI" Liaison (officer spotten]

183. FOI Liaison \ spotten refused to meet my requests, due to a Conspiracy plot among Prison officials to keep me from having these documents and \or videos He also destroyed the original CN 9601, Inmate Request Forms that have the requests written in the as a way to prevent requester from showing that these requests were made.

184. I made complaints to his supervisors, captain williams and Deputy Warden "DW" Foote about officer Spotten's action, but they didn't do anything to stop Spotten from carry-out this action. I also spoke to Warden Martin about it, and about the legal-documents that were removed from my property or from my room. He told me to write to DW Foote or follow the chain-of-command, which I did, but neither one of them fixed it.

185. Between September 2020 and January 2021, I filed several Administrative Remedies \ Grievances with the Grievance coordinator [Counselor King] concerning multiple issues.

186. ARC King destroyed several of my grievances to prevent me from exhausting my Administrative Remedies and\ or to keep Warden Martin from making a written Response.

187. Two of these grievances were concerning the in-adequate water [Rusty-water] Warden Martin allowed prisoners to drink or use and a 9-12-2020 incident. ARC King deliberately held these two grievances for months until I made complaints to counselor supervisor "CS" Ammons about her action.

188. Around November 2020, I filed a complaint with the District Administrator ("DA") Nick Rodriguez concerning the issues with the grievances. Someone in his office responded to my letter, but the issues were not resolved. ARC King continued to "destroy" my grievances and\or be "selective" in which ones she files.

189. ARC King in her "Pick and choose" of my grievances, returned several of my grievances marked "Returned without Disposition" "RWD". These grievances were filed in accordance with the Administrative Directive 9.6, Inmate Administrative Remedy Form.

190. Around                              , Warden Martin Placed me
on "Grievance Restriction" to avoid answering certain
grievances I filed. The ones concerning the Rusty
water and the 9-12-2020 Incidents were listed
among the number of grievances he made note of in
his decision, accusing me of Abusing the Grievance
System, etc.

191. After filing more complaints with DA Nick Rodri-
guez concerning the grievance issues an investigation
was conducted, but I never received the result. Note:
In a Letter, dated, January 2021 that I received from
DA Rodriguez, he dodged making a concise response to
the Problem and/or the issue(s) brought forth in my
Letter.

192. Between August 2020 and July 2021, I made numerous
complaints via Letters to DA Rodriguez concerning the
violations, occurred at Corrigan and Macdougall, but he
didn't do anything to remedy them. I also made verbal
attempts with him (when he toured Macdougall in July 2021)

193. In September 2020, the pipe-system at Corrigan Correctional
center was broken. The Drinking water was rusty. John
Doe #1, who was the facility's Plummer did not repair
the pipes in the Restrictive Housing Unit "RHU".

194. Several work-orders were written and/or submitted
for repairing the Pipes, but the Plummer didn't act
in a timely manner. Nor was any "Notice" issued concerning
the broken-pipe/rusty-water, etc.

195. I drank the rusty-water couple times not-knowing
that it was rusty. Then I was forced not to drink the
water, Placing me at Risk for dehydration.

196. Corrigan has this Broken-pipe system for quite some
time. Around July\August 2020, the pipes in Fox housing
Unit were repaired, but not the ones in RHU, Subjecting
me to drink the rusty water or dehydrate.

34

197. On or about 9-16-2020, I got dehydrated and was later sent to Backus Hospital for treatment, due to the rusty water or undrinkable water.

198. I was first given IV Fluid at the Prison, but the equipment was broken and nurses [Stephanie Fraser and Carley Cann], who worked in the Infirmary during this Period knew that the equipment wasn't giving me fluid in a timely manner did not report it.

199. The broken equipment was later discovered by another nurse [Un-Known], who reported it to superior staff and they then sent me to Backus Hospital for Treatment.

200. Between Sept. 2019 and Sept. 2020, I filed several Request for Reasonable Accommodations with C\S Iozzia to obtain equipments\assistive devices to meet my disability needs. Some of these documents went missing and\or un-answered. I also spoke with C\S Iozzia several times during her Tours of Fox Housing Unit and the Medical Infirmary about these equipments\ assistive devices.

201. There were no bars in the cells at Fox Housing Unit to assist me when I was able to Pivot \stand. Nor did she advocate for a wheeled-walker that I requested.

202. I told C\S Iozzia that I was having issues with my balance and the cane that I was issued was in-sufficient. I also told her that I fell a few times using my cane, but she ignored my complaints\requests, due to the fact that they moved me to a Top-tier cell and \or because walkers are not allowed there.

203. I sustained minor bruises from these incidents\ instances when I fell, due to C\S Iozzia's deficiency in Providing me with adequate equipments\assistive devices.

35

204. I also asked CIS Iozzia, the ADA coordinator to provide me with an "Authorization Form" for me to sign, giving her permission to read my Health Record files so she could have knowledge of my disabilities.

205. CIS Iozzia told me that "the Doctors' notes and\or nurses' notes are too complicated for her to read. Plus she doesn't need to know those personal informations, etc."

206. I reported it to Dw Oles, but nothing was done to remedy these issues. I had to go months without these equipments\assistive devices and was un-able to exercize to prevent atrophies and other medical issues.

207. I filed several appeals concerning these ADA issues that Director Colleen Gallagher responded to. In these written-responses and\or verbal-responses Dir. Gallagher always be in favor of CIS Iozzia's decisions\responses.

208. Around December 14, 2020, Dr. Feder ordered me a wheeled walker, but it was never given to me. She "specified" in her notes the reason for me to have a walker, but medical staff \ ADA Coordinator and Ms. Gallagher ignored Dr. Feder's order.

209. Due to the COVID-19 Pandemic \crisis and\or the delay in Physical Therapy "PT" appointment (s), Dr. Feder wanted me to have a walker for me to exercize my upper body (and possibly feet\legs) to prevent further muscular-atrophies.

210. Then on November 24, 2020, I saw Neurology at Uconn Health center. He (Neurologist) assessed me and recommended \ordered Cognitive Behavior Therapy "CBT". He believed that my in-ability to pivot stand is related to my back injuries, but my in-ability to lift or move my feet\legs are related to nerve connected to my brain. 36

37

211. Between November 2020 and February 2021, no appointment was made by Carrigan's medical services for me to get the CBT and other treatment that the Neurologist recommended/ordered.

212. I filed multiple grievances concerning the CBT and the treatment associated with it that Neurologist and other Doctors requested for me to have, but "Janine" Brennan threw away some of them and returned without disposition others.

213. Her strategy in doing this is to prevent me from exhausting my medical Grievance Remedy idue to the fact that she's aware of the Prison Litigation Reform Act "PLRA" concerning EXHAUSTION before suing.

214. Said Janine worked in the medical infirmary on several occasions. She told officers not to bring my food trays inside my cell - They should leave them on the trap-window, where I could not reach them. Then she would say "Get up and get it!" mireacles happen. Pray for one, because you're not eating tonight...

215. Because of this action, I missed several of my fed trays, which are Therapeutic Diets, A.K.A "Special - Diet" The person who collects the trash after supper would throw out my trays and Juices, etc.

216. Janine also "denied or rejected" several grievances that she wasn't qualified or trained to respond to. Only a medical Doctor was qualified/trained to answer these grievance. She also failed to attach the Appeal-Forms to the denied or rejected grievances as a way to keep me from appealing her decisions, because she knew that they are/were gonna be forwarded to Director Gallagher for response & why would delay answering.

217. After I received the Appeal-Forms and filed them to meet the ten (10) days dead-line date to Appeal, Dir. Gallagher was forced to conduct an investigation,

due to the overwhelming evidence concerning the FAULTS and Janine's action. That was brought before her.

218. Medical Grievances policy was revised and a new Administrative Directive "AD" was put in place. This "AD 8.9" and its attachments \policy now gives Health Services Administrative Remedy "HSAR" coordinator sixty days to respond

219. Several of my Grievances/HSAR, filed at later dates are currently held for over sixty-days by the Doc "Administration to prevent me from exhausting the PLRA (Grievance-system), as required.

220. In November 2020 and February 2021, while at corrigan, I spoke face to face with Dir. Gallagher about ADA violations and needs for treatment.

221. Dir Gallagher examined my medical room and promised to have Maintenance-workers install bars, and make cell(s) with proper equipments to meet my ADA needs, but none of this was done. She also told me that "she was gonna try to get CNA's to house at corrigan, and that CNA's don't want to be there because it's all the way at Uncasville, CT, and that there are other issues with the jail that she won't discuss, etc."

222. The medical rooms and cells at Corrigan are not equipped to meet Prisoners' disabilities. Nor is the gym equipped or has any kind of assistive devices for handi-capped persons. While there are similar issues with the Gp Housing-units' showers, They are not wheel-chair accessible.
* (GP=General population).

223. In 2017, I was placed on a therapeutic diet \ special-diet [ Nitrate \soy-free, Hi-protein and Lactose-free] for medical reason.* This diet consist of chicken and Beef only.

224. The Agreement is breached in more than one way by kitchen supervisors. While the Doc Food Services Director [Scott Hastie] and Dietician [ Robert "Bub" Deveau] are yet to put \give me a balance diet.

38

225. In November 2017, I met with Dietican Bob concerning my special-diet He and I agreed to salad consist of Beans, lettuce, carrots, cabbage, etc., and due to my Lactose issue he replaced "milk" with orange Juices [12 in total] daily. we met few times at McDonough C.I.

226. Then around November 2018, we met again at corrigan and discussed additional items for my diet. Bob promised to add "un-breaded fish" to my diet, because I wasn't getting any omega-3, fish oil, etc.

227. Bob did not keep or follow Through with his promise. I wrote to him and Dir. Haste concerning my diet, but to no avail.

228. The chicken that being served to me are loaded with sodium /preservatives. It is the same chicken that serve to other Prisoners. They washed it off then serve it to me.

229. It's soggy /soft and has the taste of sodium. While Corrigan's kitchen replaced the nitrate-free chicken with a red-like color chicken, loaded with sodium.

230. Between September 2019 and February 2021, I made numerous complaints to Head supervisor of Corrigan's Main-kitchen about the violations and asked him and other kitchen supervisors to reach out to Bob.

231. supervisor Wharton met with me few times during this period and took notes of my complaints/requests, but the violations were never-stopped, nor was I served un-breaded fish.

232. According to kitchen supervisor Wharton, Doc-Food Service doesn't serve un-breaded fish and more in Doc-Prison Facilities. I told him that this is not true.

233. Between May 2020 and September 2019, I was served un-breaded fish on more than one occasion at Garner Correctional Institution "Garner" on Religious Fast dates.

234. After I told Ks Winton this, he recanted his story and told me that "due to the covid crisis they are un-able to order un-breaded fish". He also told me that "he reached out to both Dir Hastie and Dietician Bob about it and they're looking into it."

235. Between November 2020 and January 2021, the main-kitchen at corrigan served me Burgers with soy in them, and served me less than six ounces of chicken, etc. and/or tuna.

236. On more than one occasion, I had nurses call the main-kitchen about "shortage" or "less than" the amount, the fruits/eggs (in shell) placed inside the grits and the stale/old salad and bread.

237. I had to go without eating because of the un-sanitary issue. while the soy burgers caused constipation and/or make me sick [vomit/nausea, etc.] This was going on for at least three weeks being ill in November 2020 through to December 2020, and again in January 2021 for eight days or so. I also had stomach-aches because of the soy-diet that the kitchen provided/served me.

38. Around October 2020, Dr. Feder prescribed me fish-oil, but it contains mackerels that am Prohibited to eat, due to my religion/faith. I also ordered it from off the commissary list, but it too has mackerels in it so I gave it away. NOTE: No mackerel is in the Un-breaded fish. Nor is the one Doc-kitchen serves is Prohibited.

39. The un-breaded fish that Ks Winton and others told me that Dir. Hastie and Dietician Deveau were going to look into is cheaper than the breaded fish that Doc kitchen (s) served to prisoners. while most of its diets consist of fish [Breaded-Fish], and un-breaded fish is served to prisoners on "special occasions, and kitchen-workers and Doc employees consume un-breaded fish daily at the state's expense.

40

240. Around May, April., 2021, I spoke to Kitchen supervisor "KS" Oliver about my special-diet, because the Kitchen at MacDougall deviated from the original agreement.

241. I was being served Burgers with soy in them, chicken loaded with sodium, orange Juices replaced with Apple Juice, etc. for around a month (on and off.)

242. KS Oliver and I met several times at Northern Correctional Institution concerning similar issues surrounding my diet. At that time he and I agreed that the square\cube chicken is not nitrate-free or it contains more sodium than the Nugget-chicken. It was then agreed upon that the Nugget-chicken would be the chicken the Doc-Kitchen order and provide\serve me.

243. KS Oliver also reached out to Director Hastie and Dietician Deveau about the un-breaded fish, and spoke to Kitchen supervisors at MacDougall about the "breach."

244. Currently, am being served square\cube chicken Loaded with sodium [sometime washed off], Apple Juice and Burgers with soy in them, causing said illness as mentioned earlier in this complaint.

245. I made numerous complaints to prison officials[Aran caplan, commissioner Quiros, District Administrator Rodriguez, Warden Barone, Warden Martin, Deputy wardens: Damian Doran, Oles, Ogando] about the breach and need for un-breaded fish. I also made complaints to Director Hastie and Dietician Deveau via Letters.

246. Between June 2021 and October, 2022, on several occasions the main-kitchen at MacDougall served me chickens that are crumbs or tiny. The chicken that I suppose to get comes in nuggets, but prison officials picked out the chunky/large pieces (Nuggets) and cooked it

41

for themselves and\or others. Both staff and inmates consu-
med [it] Leaving me without my entitlements.

247 I made numerous complaints to the Kitchen super-
visors [Phillips, Oliver, Stepaman, etc] about this issue,
but the issue was never being resolved. I also made
complaints to Prison officials [Dir. Hastie, Dietician
Deveau, Comr Quiros, wdn Barone, Dw's Ogando and Doran]
and Kitchen supervisors were notified by them, but they
dropped the ball, etc.

248. Because of their action, I was unable to get
the nutrients that I needed and had to declare
hunger strikes to get their attention or for them
to remedy the issue. They remedied the issue tem-
porarily (Just to get me end my hunger strike ☺)
then went back to serving me crumbs, etc.

249. Between November 2019 and February 03, 2022, I made
several complaints via Inmate Request Forms (and
verbally) to the Corrigan's Dental Services about issues
concerning my teeth. I asked to get ⓐ fillings ⓑ teeth-
cleaning; ⓒ and crown done (or the dental care needed).

250. In November 2019, my fillings fell out (partially) caus-
ing foods to get inside two teeth that are next to
each other or in at least one of them. While a tooth,
(identified as tooth #12) became very "sensitive". When I
drink cold beverages\water, it becomes painful. This also
happens when I rinse or brush said tooth. I also had
a portion of my tooth broken off, and bleedings (occasionally).

51. Around December 2020, the broken-tooth slashed my tongue
very bad... A nurse (Heather) took a look at my injury
and treated me for it. As for the fillings and sensitivity
nothing was done to remedy these issues. Nor for the
crown. I had to live with the toothache, plaque and
stored-food inside my tooth\teeth, etc. asided with bleedings.

42

252. On or about _November ?_ , 2020 , I was seen by a Female Dentist / Jane Doe #1 she examined my teeth and had x-rays done. At that time, she told me that tooth #12 is un-able to be repaired, because the state doesn't covered the "crown" needed for it and it's next to impossible for her to "fill or bridge" it, etc. She also told me that my only option is to Pull It Out, and that due to covid-19 Pandemic she's not allowed to clean nor fill my teeth... And,

253. Due to the amount or the portion that's broken off tooth #12, to pull it out means she would have to drill \ chisel her way through it to get it out (entirely). She asked me to sleep on it and if I decided to do it to let her know. She then gave me a Gel and toothpaste for the sensitivity and told me that I was already on several pain medications so she couldn't prescribe me another one, etc.

254. Both the Gel and tooth paste helped me, but when they were finished and attempts were made for the ORDER to be renewed it was not done. Then _in Jan 2022_ ,

255. I went to medical services on an occasion for something else and saw the dentist \ "Jane Doe" #1. I spoke to her about the continuous pain (toothache), sensitivity and need for fillings \ cleaning to be done, but she gave me the run around. She said that I should purchase              from off the commissary list, but when I told her I did and it doesn't help \ work ed she told me ... "Well, I don't know what to tell you Mr. Johnson". Then she left me standing there...

56. In _June \ July_ , 2020, my name was placed on the Dental List [Like It was in November 2019 through December 2020) again for follow-up and \or for further treatment, but I was never seen or heard from the dentist or anyone at the dental services there.

43

257. Around February 16, 2021, (Transfer to macDougall) several Nurses and myself made requests to see the Facility's Dentist ("Cuevas") for dental care \ treatment that was long needed since I was at Corrigan. Being that I was still in the medical Infirmary, these Nurses went to his office concerning my dental care and sent him Flag \ alert messages, but to no avail.

258. AFTER MY discharge from the Infirmary, I wrote to Dental services. Some of these requests were hand-delivered to the dental office. (but I never saw him). ONLY AFTER I FILED GRIEVANCES AND COMPLAINTS CONCERNING THIS ISSUE THE CUEVAS DECIDET TO SEE ME. I HAD TO WAIT MONTHS IN PAIN BEFORE SEEING HIM.

259. Around ~~December ?~~, 2022, I was called to the dental office where he evaluated me. He took [X-ray photos] of my decayed-teeth, Particularly tooth #12 and done some (Temporary) work on it (he placed a wall or bridge around the Part where It was broken and needed a "crown" etc. This is the same tooth \ place where Dentist Jane Doe #1 Failed to Fill or Place a Crown. I asked mr Cuevas about What Dentist Jane Doe#1 Said about the Crown, but he was evasive in his response. However, he placed the wall \ bridge, leaving a hole inside tooth #12 or the space between them (two Teeth)

260. It becomes a bigger Problem. Foods start "Filling the hole", causing pain to increase and exacerbate sensitivity. Not only in tooth #12, but in that whole (Row) of teeth) on the Leftside of my Jaw \ mouth. This was done intentionally.

261. When I saw mr Cuevas, he administered treatment without applying Novocaine first. (or numb that area at all). He then dig and scrape some of the plaque causing me severe pain. During this Period, he was real aggressive in his treatment. I complained and he told me "Why you murderers always cry! etc.

262. my requests for "Gel and toothpaste" were denied. He also denied me pain medication(s). I specifically told him that I have an ORDER For these items and that the commissary toothpaste doesn't help, but Note: ORAJEL ISN'T on commissary.  44

insisted I purchase Sensodyne toothpaste from the commissary.
Note: ① I used this toothpaste (Sensodyne) available to Inmates and it didn't help, but the toothpaste that Jane Doe #1 provided me did help alot! ② Gel is unavailable and no other dental care is sufficient for Plaintiff for this issue. ③ My teeth (including tooth #12) continuously bleed, irritate, or sensitive to cold water, sweets, hurt constantly (especially when Foods Inside it). He retaliated after my complaints were made and totally shut me down (ie Refused to see me or follow up).

63. I wrote several Requests to Dental Service and made complaints to Prison officials (Reoo Shea Wdn Barone, DW Doran and nursing supervisors T. Furtick and N. Henderson) about his action and the need for dental care, but nothing was done to resolve these issues. I also wrote letters to Doc Health service unit staff (Dr Kennedy, Dr Wright, Dr Richeson) and spoke to Dir Gallagher about this action and inadequate dental care, but to no avail.

64. Dentist Cuevas is the Facility's Dentist. He visits the Prison @time per week. several nurses (including TaWanna Furtick) told me to be patient am on his list. I also spoke to the dentist assistant who told me that "I was on his (Cuevas') list to be seen, but he's the only dentist we have". Cuevas would then use covid-19 as an excuse for not seeing Plaintiff. Plaintiff is still in pain and need dental care. But He sided with several staff who I have issues with and refused me dental care. He was always visiting the Prison.

5. Around February 2020, I wrote numerous Requests to the optometrist (John Doe #3) at corrigan concerning eye care mentioned herein. These are ongoing eye issues, dated back to a 2014 diagnosis and 2018 eye injuries, etc. Because of Plaintiff's glaucoma\Ptyregium his diagnosis requires eye examination every 30 to 90 days. This was not done for way past 90-days and more.

- AFTER Plaintiff Filed grievances and made numerous complaints concerning the lack of eye care he (0.0) optometrist John Doe #3) decided to see me. My eyes were examined and new prescription-glasses was ordered, because my vision became poorer and eye-pressure exacerbated. During this period, my yes irritated me, always teary from a slashed-Vessel \tube, igued with redness and infections rotc, and was unable to id and Watch TV. John Doe #3 said that he was gonna

send me to uconn to see the Specialist \ Ophthalmologist. I
waited months for this, but according to nurses he (John Doe #3)
didn't "cleanly" state the request for Ophthalmology...

'67. OD \ Optometrist (John Doe #3) is the optometrist for corrigan.
He visit the prison one time per week. His assistant and \ or the
nurses are responsible for notifying him about my need for
eye care. According to nursing supervisor Kana Phillips and
others my name has been of his "List" for months and that
uconn \ ophthalmology was aware of URC Request, but no one
got back to them (at corrigan). This was also confirmed by
the URC nurse who said she put in the Request, etc.

68. I wrote to RCOO Shea who was responsible for that
district (corrigan) and then to her successor RCOO Kimber-
ly St Pierre who took over. I then saw John Doe #3 a
second time and was told that he placed the ORDER,
but didn't know what taking them so long at uconn to
respond... note: this occurred during the period when staff
were Protesting me at corrigan to get rid of me. It appears
to me that John Doe #3 was involved and \ or retaliated
for the complaints I made against him and the grievances
I filed, during to the timing of the action and lack of eye care.

'69. John Doe #3 had a different version of Why and What
occurred. He first blamed nurses for not notifying him
at an earlier date, and for not making the appointment
with ophthalmology. While nurses dismissed his story \ statements
and blamed him whichever is true, I suffered a great deal.

10. Even after Plaintiff got transferred to macdougall and staff
searched the computer they said "Nothing is written concern-
ing an appointment or Follow up (contrary to protocols for
Inmates with glaucoma diagnosis.)

71. As a result of the inadequate eye care I contracted eye
infection in my injured eye, eye-pressure increased, redness
filled eyes, vision became blurry (asided with migraines) etc.
and had to constantly changing my prescription-glasses to meet
my vision-poorness. (or accordingly)

2. on February 16, 2021, after transferring to macdougall from
corrigan I continuously make requests for eye care. several
nurses sent Flag \ alert messages to Dr James Smyth, O.D. about
my eye conditions, and    46

Stoke to him in person on days when he visited the Facility. Dr. Smith is the optometrist I.O.O. of McDougall. It is unclear why it took him so long to examine my eyes, and after he saw me adequate eyecare was still not administered. AFTER I GRIEVED him AND FILED complaints with RELEVANT AND THE APPROPRIATE STAFF THATS WHEN HE SAW ME, BUT HE WAS STILL RELUCTANT AND UNPROFESSIONAL

273. several complaints were filed at Corrigan and at McDougall, (first with RICO Shea and then May and then with RICO St Henry) concerning both OAS. action and the inadequate eye care regarding Treatment. I also made complaint with medical staff at Doc-Health Service unit and with Commissioner Quiros about this issue. This was when Angel Quiros was yet the Interim Commiss-ioner and when he became the Commissioner. He didn't write back or remedy the issue. I also spoke to him in December 2021 about the issues affecting my health and wrote multiple Letters to him (Thereafter)

274. Prior to my Transfer, I was assigned an adequate wheel chair. and was using it at corrigan up until the Transfer. Someone Swapped [IT] and gave me a broken wheel chair to Leave with. They also kept back several assistive devices, such as, commode, potty seat, sliding board and walker. This was done intentionally, Kara Phillips assured me that these devices would go with me to McDougall. Note: the Vehicle that they transported me in had more than enough space to hold these devices; but they decided not to send them with me nor Later (Dr McDougall Lead)

275. Because I didn't have these assistive devices (Particularly Commode, Potty-seat,) I had incidents where I defecated on myself due to my bowel Incontinence. If the bedside com-mode was at my bedside I would've easily accessed [IT] and prevented defecating on myself (Or I would've used the Potty-seat that would've been fastened to the toilet seat i.e if I were housed in a cell/room by myself)

276. McDougall Infirmary only has one [I] commode and its Not a Bedside commode, It's a plastic like chair. During my stay in the Infirmary [IT] was unavailable...I have to wait to use [T] because most of the time it was occupied by that inmate (s). Note: I also have this problem using [T] when I went to in RHU, on nurses (CWA-TBI Long to During [T] our...(The Infirmary is close to RHU) yet

[it] would take them (45 minutes to 1-hour) to bring it over to RHU on the occasions that Dr. Naqvi ordered it for me and\or when certain officers \Lts went over there, **and** \or called for it. This was intentionally done by medical staff to let me defecate on myself. One nurse (Adam) told me "what you worrying about you're wearing diaper(s). You can wipe after, etc. Then laughed about it. <u>THIS WAS AN ONGOING ISSUE FROM AROUND FEB.-MAR. 2021 THROUGH TO AUG-SEPT. 2022, ANYTIME PLAINTIFF IS OR WAS PLACED ON BOS OR AD WHETHER IT WAS IN RHU OR THE INFIRMARY</u> (THE COMMODE WAS AN ISSUE.)

277. Plaintiff had to abstained from food \liquid or fluids to prevent defecating and urinating on himself. Then when he's pushed over the edge by provocation and witholding on his assistive device (commode, foley, urinal, etc.) MH staff called it "MALADAPTIVE BEHAVIOR" and allowed prison officials to punish him with punitive segregation time ("PIS") and other sanctions, etc. <u>NOTE</u>: This is why Captain Walsh have Dr. Naqvi ordered one.

278. Numerous complaints were made to the appropriate staff via letters, inmate request forms and verbally for accommodations with these ADA issues and about the conditions and staff's action, but were <u>IGNORED</u> and\or <u>UNRESOLVED</u>.

279. Between November 2020 and February 2021, Plaintiff made several complaints to Jessie Jusseaume about his foley\ urinary issues, medications and other medical concerns. – Jessie would work (3) days or so per week in the infirmary. Some of these complaints were never documented. Jessie is \ was one of the nurses who refused to insert my foley, due to a home-made "policy" among female nurses that they invented.

280. At a later date, I received medical records and saw her last-name, [Jusseaume] and asked her about [it] (if she's related to Anthony Jusseaume). She denied it, but further inquiry led me to believe she is relative of the unit manager [Lt. Jusseaume]. Jessie is his wife. This is why my complaint(s) concerning the sexual assault that I reported to her was never documented, and other serious \chief medical complaints were un-documented to protect Anthony Jusseaume and her co-workers [particularly Jamie Gwesnal and Corley Cann-McGregor, RNs] (CJ)

448

INDIGENCY

1. Plaintiff is indigent and unable to Pay the Filing Fees Cost for this civil matter paid in full agreement to pay the $400.00 Through installments deducts from my INMATE TRUST FUND. This money will continue to deduct from my INMATE TRUST FUND to Pay the Filing Fees Cost to the court even if my lawsuit is dismissed.

2. Around Feb/March 2022 — Plaintiff received a total of $1,400.00 from the Government for Stimulus Payment. He then sent that $1,400.00 Plus $200.00 (a Friend donated to him) to Attorney Alexender Trueber for Legal Fees cost, but

3. Around August 8, 2022, after that $1,000.00 were returned on July 19, 2022, due to Attorney Trueber decision on not to take my case. Plaintiff sent it to Sonia Johnson to put it towards expenses for a Funeral and towards sons (Samjka) Johnson's (Rent, College Fee, etc.

4. Plaintiff also sent money few times to his mother Una Anglin to help out with Samckel Johnson's Bills and for herself.

5. Currently, Plaintiff has no income or savings (except for money that Family, Friends and/or loved ones send him.

THEREFORE, he is asking for the court to take this into consideration and allow him to File under the Former Paupers Act. Please do not think that Plaintiff sent out these checks or money TO AVOID PAYING FILING FEE. (Just want to be clear)

thank you.

Date: October 17th, 2022.

Sincerely Yours,
(Signed)
Mr. Gregory Johnson
#138322

SCANNED and Emailed

## FACTS (Part 2) Pages 1 - 110

1. On February 16, 2021, Plaintiff was transferred to the MacDougall Correctional Institution from Corrigan. According to Prison officials the reason for the transfer was medical \ ADA issues. Plaintiff was housed at Corrigan after he made complaints to the Connecticut State Police ("CSP") and Prison officials concerning a Sexual assault \ sodomized case. This could be the reason for his transfer (or for both).

2. Upon admission he told a nurse name Michelle McDonald ("McDonald") about his medical complaints, assistive devices \ equipments and Mental Health issue ("Bos"). <u>Note:</u> He has orders for Back Brace, Wrist Brace, potty seat, commode, sliding Board but was stripped of them.

3. McDonald assessed Plaintiff and made notes of all the above. She then Contacted Dr. omPrakash ("Pillai") who is the Infirmary's MD. She also called ADA Coordinator Captain Walsh about these devices, etc.

4. The Main-Kitchen was notified via email concerning Plaintiff's therapeutic diet that staff was well aware of. As this is well known to Prison officials since 2017. That same evening the kitchen sent my supper and I ate my food. (in part) while I continuously ask for MH staff.

5. While I was in the Infirmary at MacDougall, I spoke to both Director Colleen Gallagher and ADA Coordinator Walsh about my assistive devices and a Broken wheel Chair that was unable to access the toilet in the ward and rooms inside the Infirmary. I was also unable to maneuver my wheelchair, due to Lopsided Frame \ wheels.

6. After his suicide-attempt(s) and Placement(s) in room #6 and #7, the WIC was taken from him, leaving him on his Bed 24\7 on a Flat mattress that was below standard requirement.

7. Medical staff had Plaintiff in these rooms 24\7 with bright lights on. They never dimmed the lights nor offered me my prescription glasses. <u>Note:</u> my eyes were greatly irritated.

1

8. Plaintiff has order for Prescription-glasses for his eye-condition, but his eye-glasses (tinted) was not given to him, subjected him to pain and suffering. The bright-Lights made it _more_ difficult for him to sleep and irritated his eyes, and caused headaches.

9. Several requests and complaints were made concerning the bright-Lights and the missing eye-glasses, but to no avail. I spoke to several nurses (including Nursing Supervisors, Tawanna Furtick and Nikki Henderson) about the condition, but was told that the Lights cannot/wont turn off ... all the rooms (#4, #5 and others) would turn off too, because they're on one switch and/or the Policy for BOS rooms/cells allows them to keep these Lights on 24/7, day and night.

10. This was a form of torture to force Plaintiff to get off of BOS and accept housing in another room or wand. This was also a form of retaliation for complaints that I filed against medical staff, and old-grudges that some of the nurses, such as: Heidi Whitely, Gina Burns, Maisha McFadden, Tawanna Furtick and Nikki Henderson held against me, dated back to 2017 through 2019 incidents.

11. These nurses told several nurses to "keep the Lights on to push him out of the Infirmary." ... Several mental health staff and correctional officers were apart of this action.

12. On February 18, 2021, Dr. Pillai who is the Infirmary's Doctor made attempts to discharge Plaintiff from the Infirmary. He told me that "I shouldn't have come to Macdougall and that he doesn't want me in his Infirmary." He then discharged me and/or had Mental health Provider "cleared" me for discharge and Placement in the Restrictive Housing unit ("RHU"). This was done out of maliciousness to get rid of me, disregarding the CNA-Nursing assistance Plaintiff needs.

2

13. On February 18, 2021, the "CERT" Team gathered at my room door to remove me by force \extraction to house me in RHU, but Plaintiff refused.

14. After a standoff, I spoke to Dr. Pieri, who is the facility's psychologist about the move and Dr. Pillai's action. I told her that I have several assistive devices that are not allowed in RHU, due to policy, etc. She then went and spoke to him. He then called it off, and told me that "I can stay there for now until Corrigan is contacted to verify my devices."

15. Later that day, I heard Gina Bums on the phone talking to a nurse at Corrigan about my assistive devices [commode\potty-seat, sliding-board], etc.

16. On February 26, 2021, another attempt was made by prison officials to transfer me to Garner Correctional Institution ["Garner"], but had to cancel due to similar reason with the devices. Garner has a "No Wheelchair and\or walker policy", plus I would not allow to have these devices in the Infirmary. Nor access the showers being in wheelchair and No certified Nursing Assistance ("CNA") is at Garner to assist me.

17. On or about February 26, 2021, Deputy Warden Damian Doran came to my room door in the Infirmary and told me that Warden Kristine Barone asked him to come and speak to me about a transfer to Garner. He said that if I "cop out"\plea guilty to my disciplinary reports (nine in total) she would have me transfer there on second-shift [i.e. 3:00pm – 11:00pm]

18. After we spoke he had APRN Barbara Kimble-Goodman assessed \cleared me from off BOS to make the transfer possible, but when I mentioned to her that Garner has a

3

"No wheel chair, commode \ potty-seat, walker policy" and that the showers there are not wheel chair accessible they called it off. Note: I was also on A.O., pending the tickets.

19. Upon transferring to MacDougall I had nine (9) tickets that Corrigan threw out. The disciplinary report ["DR"] Investigator and Deputy Warden Foote told me that these DRs would be thrown away and if I don't say anything to staff at my next facility [MacDougall] about these DRs no one would know. According to them, they were giving me a "fresh start." They then had the Psychiatrist [Gerard G. Gagne] took me off BOS to make the transfer possible and \or convenient for them.

20. After my attempt at suicide and placement on BOS at MacDougall, copies of these DRs were found in my property. The DR Investigator (s) [Matthews and Bertrand] then made copies or obtained copies elsewhere and used them to prison officials' advantage. Both DR Investigators signed and \or forged my name and date on the DRs so that they could assist medical staff in moving Plaintiff to a ward and \or to "kick" him out of the infirmary, depriving him of treatment.

21. In February 2021, Warden Barone reponded to an inmate Request Form that I wrote her concerning the violations and conditions, saying: "... we are looking forward in moving you out of our infirmary," etc.

22. On March 09, 2021, Dr. Pillai discharged me from the infirmary. Later that day, Lieutenant Cage approached me in the Infirmary and told me that "Warden Barone personally asked her to come see me to make sure the move to L-pod goes smooth." She then followed us (two (2) CNA's and Plaintiff) to L-pod, where I was housed. NOTE: Though CNA's are housed in L-pod \opposite side they are not allowed to assist.

4

23. Around December 16, 2020, Dr. Ingrid Feder ordered Plaintiff a Walker for him to use to build his upper and lower body strength, due to his complaints of muscular atrophies and weakness, etc.

24. Around March 19, 2021, Jean Caplan told me that custody said that I can't have it for security reason. When I delved deeper she told me, per DW Damian Doran I can't have it and a sliding board that I was waiting for ADA coordinator Walsh to replace.

25. I wrote to DW Ogando, who was the person in charge for operation and security at MacDougall to find out "why I couldn't have these assistive devices" [Walker and Sliding Board]. DW Ogando didn't respond in writing, but told me during his tour on _____, 2021 that "Nothing wasn't placed on his desk concerning my Walker \ Sliding Board." He then pointed finger at DW Doran and said, "If you guys [Inmates] are entitled something you know me, Johnson am gonna give it to you guys... but not everyone is like me. He also said Doran has no problem stepping on People's toes... and that I should ask him when I see him about the devices in question. I did ask DW Doran about my Walker \ Sliding Board, but he was evasive in his response.

26. On or about March 16, 2021, Prison official(s) broke my slide-board while I was yet housed in L-Pod unit. Then set me up as the "villain" who broke it. I went to UConn Hospital and got into it with correction officers. Upon returning to the Prison, I was placed in the Facility Restrictive Housing Unit ("RHU") Later that night an officer sat the broken slide-board in my wheel chair seat, leaving the WIC by my cell door. I never paid it any mind until later that day when I fishing for the WIC that they left by my cell-door, while pulling it in it fell from off the wheel chair [WIC] and came apart

5

Note: ① This was not the first time Prison officials broke
my assistive device (S). Between January 23,2022
and February 23,2022 they broke my wheel chair
while it was in their custody. Then made attempts
to charge me restitution (Like they did with the
slide Board ② During this period, they also broke my glasses.

27. Jean Caplan took the broken slide Board and kept it
in a drawer inside her office. I told her that they
broke it and blamed me for it. She later threw it
away. While it was still in her drawer I asked her to
not throw it away, because I planned to use it as evidence
in Litigations, but she did it anyway to cover it up.

28. On or about March 16,2021, I went to UConn Hospital
for a double-appointment. one for EMG and the other
for MRI, etc. Both appointments were cancelled; due to
a disagreement between Correctional officers and myself.

29. I asked officers [Reid and Gonzalez], politely to step
outside the room where the LAB Technician was about
to assess \ question me. Reid who was doing most
of the talking refused to step outside. Then became
IRATE and BELLIGERENT and began to ARGUE with me
concerning HIPAA Law \ Policy. He told me that he
was working for a hospital as a Janitor and heard
alot of Patients' Health Information ... If HIPAA Covers
him then It covers him now so he's not Leaving. Plus
he's an Officer and inmates don't dictate to him
where he should stay, etc.

30. Officer Gonzalez called his Supervisor, Lieutenant Zayas
who showed up and told both officers that I was RIGHT
and that they should stay outside by the window where
they could monitor everything. This didn't sit well with
Reid so he decided to stay. He then turned to the LAB
technician and asked her if it was okay for them to
stay inside the room? Before she could answer Reid said
"see. She need us in here for safety reasons!"

6

31. I asked her (LAB technician) for her supervisor. A male showed up who introduced himself as the Program director. Reid who was talking over me, Provoking a situation started to call me all sort of names.

32. The director, LAB Technician, Doctor and another male Person who was called to the room left. By this several officers gathered inside and outside the room. Lt. Zayas told his officers to take me back downstair to the Bull-Pen. As I was holding onto the bed-rail, Reid and another un-known officer began to hit me on my fingers and to twist them inflicting Pain. I was still in Leg-iron and seated in my wheel chair (When this was taking Place.)

33. During this scuffle I fell from out my WlC [by dragging out of it] and hitted the concrete floor. They escorted me back to the bull-pen Then cancelled my 10:15 Am Appointment. My first appointment was for around 7:30 Am. There was no reason for cancelling these appointments.

34. After I was taken to the bus Van I complained about the tight-hand cuff that was cutting off my blood circulation and causing Pinched-nerve, but Lt. Zayas ignored me. I then heard him telling officer Gonzalez (in spanish) to make sure file a "PAGE ONE" Incident Report when he get back to MacDougall (or to stop at Hartford County Jail etc)

35. After I got back to MacDougall, Lieutenant Betances and a group of officers took me off the van and brought me to the Infirmary. I reported my injuries to Lt. Betances, Captain Walsh and medical stoff. Several minor bruises were on my hands and My Left & Right hands were swollen. Mostly the right one from the tight hand-cuff. I also Loss sensation in this hand, and had numbness \tingling in both hands.

36. Lt. Betances and another officer (unknown) took several Photos of My hands. Room #6 and #7 in the Infirmany have cameras inside them that captured it.

7

7. These video footages were requested for preservation while the photos taken by Lt. Betances \ Unknown Officer were automatically preserved, per A.D. _____

38. Both Gina Burns and Heidi Whiteley, who assessed me that day did not document my injuries in-full. Nor did they make any mention of the TREATMENT they administered. I received Pain-medications and a splint \ wrist braces for my right injured hand, but was denied X-rays by Jean Caplan and \or Pillai.

19. Both Dr. Pillai and APRN Caplan assisted Prison officials in covering up the ASSAULT \EXCESSIVE USE OF FORCE, by not documenting it in my medical records and \or by not providing me with any treatment.

20. The injuries I sustained from this incident made it very difficult for Plaintiff to propel his wheel chair and to transfer himself. Yet his requests for nursing assistance were IGNORED BY Dr. Pillai and APRN Caplan.

41. On JULY 07, 2021, I saw PT at UConn for physical and occupational therapies. Several recommendations were made for me to have treatment. Jean told me [at a Later date] that she called Kim [Physical Therapist] and had a Long-talk [emphasis] with her about me ... she (Jean) then REFUSED to order the assistive devices recommended by Kim \ Physical Therapist (s).

42. Around January 26, 2021, and March 22, 2022, Plaintiff was seen \ assessed by two (2) different orthopeutics. He made complaints of his hand injuries that haven't healed yet, due to him constantly putting strain on them, transferring himself from Point-A to Point-B and propelling himself and \or pressing up off his elbows, etc.

3. Several inmates had to assist Plaintiff with his every day activities. These inmates are not CNA's. They push me to and fro various places; clean up cell and empty soiled

8

Briefs, chucks, etc. and POOP. OR His garbage / Food trays.

44. Around march 2021 through July 2021, Inmates such as; Christopher Chmielechi, Adam Gault and Joshua Whittington assisted me with Pushing my wheel chair; mark Pascual, John Lenti and "Source" assisted me with emptying my POOP \ Soiled Briefs \ chucks. While several other un-known volunteers assisted me with multiple issues where I needed help. Some of them witnessed my "REQUESTS" for CNA \ Nursing Assistance that were denied by medical staff \ unit staff.

45. Around May 07, 2021, Plaintiff was called down to the medical unit for a wheel chair that supposedly ordered between march 2021 and may 2021. Mr. Whittington, #389676 pushed him down to medical for him to obtain it. This w/c was too small for him to fit in. So they had to re-order another one. [That is, if one was ever ordered.]

46. Prior to ordering the wheel chair, APRN Jean caplan wrote in her note \ order "medium size w/c", but they ordered a small one or attempted to give me a small one, knowing I would not fit in it. [Just to be spiteful]

47. On or about July 07, 2021, I went on a uconn trip via Doc-Van \ correctional Transit unit ["CTU"] with another Inmate, who was housed in the Infirmary at MacDougall. I saw his wheel chair and questioned him about it ONLY to find out that the Infirmary keeps several "Mc.Kesson" wheel chairs in their storage, and Like his, mine was taken from the storage to give to me in may, as he witnessed it in May 2021.

48. On or about June 10, 2021, a second wheel chair was given to me by nurse Seng chanh Vilayvong, aka "TUTU". This one was a medium-size Mc.Kesson fitting Perfectly. Inmates Bryan Ebron and Hector Diaz assisted me transferring from the old w/c to the new one, because RN TUTU REFUSED to help me. Another person, who is a

9

Lieutenant (Bujnicki) was present accompanying Tutu, who allowed two (2) untrained inmates to assist me with my transferring. No Sliding-Board was used, Causing BAD-MECHANICISM\Pain, etc. She told me that "She doesn't get pay to Lift Inmates, especially me." —Due to BAD MECHANICISM Lifting me several muscles pulled Rehurting me.

49. On or about March 16, 2021, Lt. Betances and a group of officers removed Plaintiff from the Infirmary to the Restrictive Housing unit ["RHU"]. I asked him why are they removing me, knowing that I need Nursing\ CNA care? He replied "Johnson. its not my call. They don't want you in their Infirmary... Nikki Henderson told me that You're cleared to be housed in RHU." Note: She was being Spiteful and retaliating for a grievance filed against Penone.

50. Prison officials then accommodated Plaintiff with a Large ceil (# RHU-14), with a water-pitcher and urinal, but he was still in Possession of the Large broken wheel chair—that was un-able to fit through his cell-door. He was also assigned to an in-adequate bed with a Flat and Lumpy mattress. that was below Standard requirement (That caused a recurrence of his injuries)

51. Several officers had to assist Plaintiff to get in and out of his ceil (RHU-14), and sometimes in and out of bed. They would Fold W\C (partially) while he was yet seated in it; Lift his feet\Legs to get him In\ out his bed. When there was no ***help, he would Pull up from the [Side] of his bed into bed \out of bed etc.
                            [Frame]

72. The Lack of Nursing-care \CNA-help, and destruction of his Sliding-Board caused him severe pain and suffering; exacerbated his hand injuries and back pain. NOTE: ON MARCH 04, 2021, PT KIM SPECIFICALLY ADVISED "NOT TO PULL UP OFF BED-FRAME"

10

3. Several complaints were made to prison officials; such as: medical staff, supervisors Kristen Shea, Tawanna Furtick, Nikki Henderson (etc.) Warden Barone, DW Doran and Lieutenants. Plaintiff also made complaints to his Provider (Jean Caplan) and Unit manager mckenzie during their Tours \ visits and \ or when Plaintiff is brought over from RHU to medical unit for assessment. His Chief complaints were about the housing condition, ADA violations and medical issues - incontinence \ retention, pains and mental health issues. These complaints were not addressed \ remedied appropriately. Nor was any thing done to stop the violations and \ or resolve these issues.

4. Plaintiff spent seven \ eight days in RHU-14 cell before he was discharged and sent to another general population unit (P-Pod # 9 cell)

5. According to APRN Caplan, "her and colleen ("ms. Gallagher") visited P-Pod and measured handicapped shower(s) and P-9 cell prior to sending Plaintiff there, due to previous complaints concerning L-Pod toilet, shower, cell door, etc."

6. Between March 09, 2021 and March 16, 2021, numerous complaints were made to prison officials \ medical staff concerning L-Pod \ L-49 cell, which were mainly ADA violations. Shower(s) was wheel chair in-accessible; cell clusters; Door(s) small, etc., and W/C too large to fit.

7. APRN Jean Caplan pushed Plaintiff back to L-Pod on 3\15\2021 and examined his cell and the unit's handicapped shower(s). She then notified Ms. Gallagher about her findings. A mental Health("MH") staff by the name of Kathie Ferrone was there when APRN Caplan pushed me back to L-Pod. A CNA was also present in the medical unit prior to this. He asked Jean if she want him to do it, but she said "NO. I haven't done this in a long time and that she need the exercize". All three (3) parties went together to L-Pod, pushed by Jean Caplan, accompanied by Kathie.

11

58. Later that day (3\15\2021) Ms. Gallagher showed up at Plaintiff's cell-door (L-49). She entered my cell and we talked at length about ADA issues. She took notes in her writing pad.

59. She Promised Plaintiff a commode\Potty-seat; bars for bed\walker; assignment to Facility's wellness Program; Mattress Replacement, showers in the Infirmary; MIT treatment and to have my Provider Place back my Foley in, etc. NONE OF HER PROMISE WAS FILLED.

60. Ms. Gallagher has a history of making Promises concerning ADA issues \ Assistive devices or equipments, but breaking them. I've been dealing with Ms. Gallagher since 2017 through to Present date and I never received none of these things that she Promised me. FOR EXAMPLE:

* 2018, she sided with Prison officials in Housing **Plaintiff** at Northern Correctional Institution illegally;

* 2019 through 2020 she did the Same or similar thing;

* On one occasion, while I was housed at Corrigan (in the Infirmary) she threatened to have warden Put me on grievance restriction [Not knowing warden was not in charge of medical Grievances];

61. On or about November 17, 2020, Ms. Gallagher told me that I was about to go to UConn for Neurology and that I was gonna see, quote: "our-guy" ... the outcome would not be in Plaintiff's favor, etc." She also tried to get Dr. Feder to discharge Plaintiff from Corrigan's Infirmary. Then at a later date, after I got transferred to MacDougall, she told me that Dr. Feder doesn't know how the "System" works, and that she gave me too much!"

62. On or about March 14, 2021, a nurse by the Name of Rosalee Walker ("Rose") visited L-Pod and stopped by my cell (L-49), where she saw the inhumane condition. She reported it to supervisor Tawanna Furtick and Sent APRN Caplan a FLAG \ ALERT message concerning this. NOTE: said Rose is Ms. Gallagher's assistant and a trainer for Trainees at Doc-Central office.

12

3. Plaintiff was abstaining from Food and was only drinking limited fluids, due to the Lack of a commode and his urinary retention. She and a CNA entered my cell and assisted me into my W/c Then took me to Medical for Assessment, as Protocols required. Rose also went to the Unit's shower in L-Pod and viewed it.

4. Two inmates by the names of "Strong" and _____ helped Plaintiff with cleaning, showering and pushing him around in his W/c. I was only able to take one shower, because _____ had to Lift me up and unit officer(s) wasn't Okay with it. Both Inmates were assisting me with transferring "if \when" the unit officer (s) is Okay with them entering my cell.

5. Several Complaints about the Unit architecture and\or Americans with Disabilities Act ("ADA") violations, Living\ Housing conditions, medical issues were made to the Unit Manager, Counselor supervisor ("C\S") Mckenzie who was \ is also the Unit manager ("U\M") For RHU.

6. on or about March ___, 2021, Lt. cage brought him (C\s Mckenzie) to my cell (Liked she promised me on 3\09\2021) When I First moved to L-Pod. At that time, I informed him of my disability and needs. He told me "today is the first I know you were moved to my unit... Let me see what I can do".

7. Between 3\16\2021 and 3\23\2021, I spoke to c\s Mckenzie about the Flat\Lumpy Mattress that I have and about the need for a commode and the risk\ difficulty getting In and Out of RHU-14 cell, but to no avail. He told me that he couldn't go above the warden's head and do Anything to remedy It.

8. Plaintiff was also housed in RHU on more than One occasion, pending the outcome for disciplinary reports ("DR's") and\or for Behavioral observation status ("BOS") between April 2021 and February 2022. He made several Complaints to c\s Mckenzie concerning The same or

13

similar issues/violations, that he has been complaining about from his first time in RHU. Plaintiff also spoke to him about several DRs that DR investigator(s) signed ILLEGALLY, while he was still on BS05, on BS05, interfering with Plaintiff's treatment and/or subjecting him to Cruel and unusual Punishment.

9. These DRs kept Plaintiff on Administrative Detention, ("AD"), status, Preventing CNRs from entering his room and/or on Punitive segregation ("PS"), Leaving nurses to notify a supervisor (7) before entering his cell, room. sometime Plaintiff had to wait a very-long time before nurse(s) could administer his medication(s).

10. These DRs also Prevented Plaintiff from having a hearing to resolve them and/or forced him into agreements, which were always in favor of Prison officials. He was taken advantage of by Prison officials, due to his Mental disability and state of mind during these periods or instances. Coercion and intimidation were also used.

11. Plaintiff made several complaints to Warden Barone, DW Ogando, DR Nick Rodriguez and C/S Stanley about the DR investigators BerHonds and mathews' actions, but They basically told Plaintiff "to cop out/Plea to these DRs and get it over with so we can get you back to your housing unit ASAP". They also told him that "you know that we don't have any call to accommodate your-disability ... the longer you take to cap out the more You'll suffer. The DR investigators will assist you so we can get you out of RHU, off BS05, etc, etc, They would THEN sign THESE DRs without my consent/approval.

12. Plaintiff also made complaints to MH staff [ Dr Pien, APRN Barbara and Clinicians ]about these actions and violations being on AD or BS05, He then realized that MH staff was against of these actions/violations. They would clear me off BS05 and REFUSE to throw out my DRs just so that Prison officials could Punish me. (After signing FOR ME).

73. Plaintiff was given several sanctions that caused him pain and suffering. He was placed on <u>Loss of visits</u> for months, where he was not able* to meet with his Family; <u>Loss of telephone</u> for weeks or days, where he was not able* to speak with Family, Friends and\or Loved-ones; and <u>Loss of commissary</u> for Fifteen days up to Thirty-days, etc., where he was not able* to purchase Items he needs. A combination of these Loss of Privileges \sanctions caused Plaintiff emotional distress, etc.

74. Several DR's received between February 2021 and March 2021, and \or February 2021 through February 2022 were never permitted by Administrative Directive 9.5 \9520, Mental Health Disciplinary Review Form allowing DR Investigator (s) to interview Plaintiff. Yet C\s McKenzie, C\sStanley, DW Ogando, Wdn. Barone, Dr. Pieri, APRN Barbara Goodman, MH Clinicians (and others involved) ALLOWED Plaintiff to be Punished illegally. Without stopping [It].

75. If Plaintiff would've remained \stayed on BMs He would've been transferred to Garner Correctional Institution ["Garner"] or to another mental Health \psychiatric Hospital where he would've been treated for his MH Diagnoses.

76. Around March ___, 2021, Plaintiff met with APRN caplan and Director Gallagher inside caplan's office where she assessed me. Both Parties decided that Moving me to P-Pod was a better option than Sending me back to L-Pod to Face the violations in that unit.

7. Rosalee walker is the nurse who brought me to caplan's office on 3\ \2021. she used a wheelchair without Foot-Rests to take me from RTU to meet with APRN caplan and Director Gallagher.

8. Plaintiff's Feet were dragging on the ground from RTU to Medical unit. I asked Rose to stop, because I was hurting, but she Continued. According to her she been doing this Crushing

15

or wheeling W\C since she was working at the Nursing Home, etc.) She then proceeded wheeling me to keep my feet from further dragging on the ground, making (it) even more dangerous. She hitted the door coming from Ritu, causing me to hit my elbow(s) on the door frame.

79. Both Caplan and Gallagher, and Supervisor Tawanna were aware of Rose Walker's action. I found out at a later date(s) that they instructed Rose to use a W\C without foot-rests to transport me to see if I can move \ lift my feet [when put in the position that I was put in]. I heard two (2) nurses laughing \ joking about it. They said that they put Rose up to do it, because they believe that I was FAKING MY INJURIES, etc. (and could lift \ move my feet)

80. Between March 24, 2021 and April 30, 2021, Plaintiff wasn't provided with adequate showers. He had to washed up in his basin \ sink inside his cell [P-Pod \ #9], sitting in his W\C on chucks \ plastic while wiping up. himself.

81. On or around March 30, 2021, Captain Walsh who is the Facility's ADA Coordinator toured P-Pod and I spoke to her about the NEED for showers in the Medical Infirmary. She told me that she would look into it and she did.

82. Later that day at around 5:00pm, Officer(s) unlocked my door (P-9) and called me up to the Officers' Station. The officer who was incharged told Plaintiff that He is permitted to take showers in the Infirmary between 5:00pm and 6:00pm, per Colleen Gallagher. He also told me that he documented it in the LOG BOOK.

83. Between 4-30-2021 and 5-18-2021, Plaintiff was leaving P-Pod with "Pass \ Escort" (Voluntary) to the Infirmary for showers. He was assisted by (CNA's) on these trips and with his showering. They pushed him to the Infirmary and then prepare him for shower. (ie cleaning shower.) assisting him in whichever way that he needs help. NOTE: He has an ORDER then for two (2) persons assistance and was getting it in the Infirmary.

16

84.   P-Pod Housing unit is located at the bottom of a steep hill, making it impossible for Plaintiff or wheelchair bound prisoners to go to and from Programs, Medical services unit, etc. Its location is in several violations of the ADA policy. This is one of the reasons why nursing assistance \ CNA help is needed, but they left it up to volunteers to do these escorts, etc.

85.   On 4\30\2021, when I spoke to Captain Michelle Walsh about the shower situation I asked her about P-Pod location and explained the difficulties I have getting to the main building (where all of the Programs are), she said it was beyond her control. I also told her about a commode that Rose (Walker) compromised in a grievance that was never given to me. As for the sliding board, she told me that one was on order, be patient.

86.   Several REQUESTS FOR REASONABLE ACCOMMODATIONS were filed with Capt. Walsh concerning these assistive devices and showering. I also wrote \ spoke to Dr. Pillai, APRN Caplan, Wdn Barone, DW Doran, Dr. Gallagher and Nursing supervisors multiple times concerning these issues, but to no avail. Wdn Barone was also made aware of these issues through the CN 101902 Forms, (REQUESTS FOR REASONABLE ACCOMMODATION)

87.   Around May 03, 2022, Plaintiff filed a complaint with CHRO concerning discrimination \ Deprivation of the Assistive Devices set forth in this complaint. Angela Maiorana who made copies of it kept back copies that prison officials distributed among themselves. [IT] was later intercepted by prison officials and was never received by CHRO. I had to refiled it in July 2021.

88.   Captain Michelle Walsh who was now learnt about the complaint with CHRO retaliated and stopped the medical showers, she was angry at Plaintiff not only for the CHRO complaint, but also for a complaint that I filed against her for RESPONSES \ SIGNATURE she made concerning the CN 101902 Forms. She sign Where IT says, "UNIT ADMINISTRATOR". We had a debate over this

89.   On May 18, 2021, Plaintiff was in the infirmary with his escort \ UBER, Joshua Whittington #389676 waiting on a car to clear. Walsh approached me (possibly intoxicated) and aske me what am I doing here, etc. She went on to say "You always going against the grain. You no longer have a shower permit an that she was gonna talk to DW Doran about it."

90.   Prior to this, several medical staff told unit staff that my permit was only for 14 days and its expired, and NOT to send me there.

91. Captain Walsh's action was a RETALIATION for those complaints that Plaintiff filed, and/or a combination of my complaints/grievance(s) against her and other Prison officials/medical staff. She expressed this vividly when she approached me on 5-18-2021 and stated, "You always going against the grain!... referring to the Jamaican-West Indian community that Plaintiff made numerous complaints against members. Note: Plaintiff is also a Jamaican/West Indian and she is ANGRY with him for having filed/made complaints against these parties. Same Joshua Whittington and officer Santana were present when she stated it to me. Note: [Santana is a female not the Santana who is a male]

92. Plaintiff's visit(s) to and from the Infirmary is logged both in the P-pod unit and medical Infirmary log books. (for the dates that he took showers there). While several video preservations were made, preserving video footage(s) of these P-Pod departures/medical Infirmary visitations, etc. and 5-18-2021 Incident, where Captain Walsh was involved.

93. Several appeals were filed with Colleen Gallagher concernin Request for Reasonable Accommodations and medical Grievance Which she failed to address the issues at hand. Some of these medical grievances either went missing or un-answered. While others were delayed over the requirement [time-frame], as a "strategy" they used to prevent Plaintiff/prisoners from exhausting their Administrative Remedies. Sometime the original grievance(s) was never returned (Preventing App

94. Director Colleen Gallagher instructed the Health Services Administrative Remedies ("HSAR") coordinators into carrying o This ILLEGAL Practice. Then when I file an appeal she (Dir. Gallagher) use her "delay-tactic" in favor of medical staf and Prison officials. She and several other Department of Correction ("DOC") top-officials in the Health Services/Addict Unit at DOC-Central office are partakers/indulges in the medical staff's action. They also set up appointments with DOC Who are in their FAVOR to assist in covering up WRONGS for their

18

95. The Warden [Barone, DW Doran] and District Administrator [Nick Rodriguez], and Rcoo Kristen shea \ Rcoo Kimberly St. Pierre are well aware of the Grievance \ HSAR coordinators' action, but didn't or not doing anything to stop it. While Dir. Gallagher failed to REPRIMAND both Janine Brennan, HSAR-Coordinator and Rosalee Walker, HSAR-coordinator. for their obstruction and \or destruction of several grievances that I filed between september 2020 and March 2022, and Most-rece.

96. There is also a "conflict of interest" in the Grievance Process. Several grievances that Plaintiff filed against Janine Brennan, Rosalee Walker, Dr. Pillai, APRN Jean Caplan, Dr. Pieri, APRN Barbara Kimble-Goodman, Dr. Gagne, Dr. Yesu and others were either left to Their discretion, answered by them and \or acted ON by them or person(s) close to them.

97. Plaintiff filed several mental Health grievances that were forwarded to Dr Burns and \or Dr Kocienda for responses but never received any answer(s). According to Rose Walker and Dr. Pieri these MH grievances were sent to central Office. I wrote central office inquiring about them, but to no avail. Then when Plaintiff filed Freedom of Information Request(s) with The Facility's FOI Liaison (Ms. Reeves) and FOI Supervisor [captain Fleming] his requests were not met. He also filed complaints with the warden's office and received a response saying, "Letters marked "Legal-mail" or "confidential" are not subjected to monitoring or Logging by MacDougall Mail-Room \ Prison officials, etc."

98. This action by Doc employees, particularly those at the Health Services \ Addiction Unit and MacDougall is a strate they use for claiming that They were \ are un-aware of the issues at hand. DW Doran was Put in charge of the macdougall's mail-room, where he earned the name "J. Edgar Hoover" for his ILLEGAL Practice concerning outGoi Legal \ confidential mails, etc.

99. Around _____, 2021, Prison officials have maintenanc workers installed one (1) bar in one of the two handicappe showers in P-Pod. Prior to the installment, plaintiff met with workers about it. He specifically told both men that installing bar would not remedy the issue, but they said "ALL we're for is to find out where you want us to Place the bar!"

19

100. Colleen Gallagher, Captain Walsh, Kristen Shea, DW Doran, Wdn. Barone, APRN Caplan, Dr Pillai and Doctors at Doc Health Services \ Addiction Unit were \ are well aware of Plaintiff's in-ability to Pivot \ stand. Yet they allowed this bar to be installed in the shower to say that they ACCOMMODATED him. ONLY after Plaintiff filed numerous complaints with CHRO, Habeas Motion(s), Temporary Injunction(s) and U.S. Justice Department they decided to have this bar installed. This was done with great Insincerity and as a show.

101. Plaintiff had several Inmates attempted to assist him with P-Pod Showering. They lifted him, but due to the awkward Position and \ or door \ seat these attempts were futile. Some Unit staff were also against it. They said that these Inmates are not CNA's ... What if I fall!" Bottomline is, P-Pod showers are in-accessible to Prisoners who are unable to Pivot \ stand.

102. After the bar was installed, Plaintiff continued to make requests through CN 101902 , Requests for Reasonable Accommodations Forms and Complaints \ Letters, and \ or CN9601 Inmate Request Forms addressed to Prison officials mentioned herein. He also continued to make requests for accommodation with his Showering through Prompt-care \ Sick call and with his assign Provider \ Jean Caplan, but were IGNORED. His most recent request was on 4\25\2022. He spoke to ADA coordinator Walsh who told him, quote: "You're not going to the Infirmary for Showers, etc." Note: Captain Walsh is the Unit Manager for the Medical Infirmary at MacDougall.

103. On or about 9\07\2021, Plaintiff was Provided with an in-adequate Sliding-Board. The board has several ridges, causing his hemorrhoids Pain to exacerbate. He made numerous requests \ complaints to have it change, but to no avail." Is also un-safe and un-able to fit over wheel(s) of W\C and \ between his bed and toilet inside his cell UNSAFE because it no Latch; UNABLE to Fit because of a Narrow space between his bed and toilet. He is currently Waiting for them to Get it. ADA coordinator Walsh told Plaintiff on 4\25\2022 that "received an email stating that a commode and slide board is Order, etc."

104. On June 27, 2021, Captain Walsh assisted Plaintiff with a commode so he could use the toilet. It is a commode that fits over the toilet in RHU, allowing him to flush while defecating. She was notified by RHU staff that Plaintiff was making threats to smear poop if he wasn't assisted with his toileting. She then went over to medical unit and have Dr. Naqvi approved a commode for Plaintiff to use between 11:00 Am and 2:00 pm. Note: Capt. Walsh was working overtime ("OT") on 6\27\2021 and/or for that weekend. She was aware of Plaintiff defecating in a food tray on the day before. So to eliminate or deEsculate the situation she had this done. Lieutenant Harmon is a witness to Plaintiff defecating in food tray. He had officers collected it then he spoke to Walsh about it, etc. Note: This occurred again sometime between February 17, 2022 and February 23, 2022 in RHU.

105. Between March 24, 2021 and April 2022, Plaintiff made several requests to unit staff canselor Angela Maiorana, CTO's Rosario, Jahic and unit manager/(COUNSELOR supervisor Santana] about the inaccessibility of the legal call\ type-writer rooms. He also made complaints to Director Gallagher, ADA coordinator Walsh, Wdn Barone and Dw Doran about this issue. He specifically told them that the doors to both rooms are too small \narrow and that his wheelchair is un-able to fit through these door, leaving him on tier where his legal calls are subjected to listening by inmate staff. and/or he's unable to go through the type-writer roc door to type a brief \motion (s) for his Appellate court case.

106. Plaintiff has a motion \brief pending in the Connecticut Appellate court (long due), but un-able to use the type-writ to type it \them. The Appellate court will not accept ha written motion(s) \brief(s). His motion\brief is concernin an objection to his attorney's motion to withdraw. He filed for a sixty (60) days extension of time, which was gra but prison officials are yet to remed: the issue.

107. Plaintiff complained to unit staff \prison officials this issues by allowing him access to use \type-writer in h:c complete his motion \brief. He also asked for privacy v

21

WITH THE USING OF THE LEGAL CALLS PHONE AND\OR UNIT PHONES, etc

108. Plaintiff's discharge from the Infirmary was premature. He wasn't given his assistive devices and was in need of Nursing Assistance yet he was sent to L-pod to help himself independently.

209. During his stay in the Infirmary, CNA's were helping him with his showering, toileting and transferring, etc. Being that he is un-able to lift or pick up his feet on his own and\or un-able to pivot \ stand nurses \ CNA's would help him with these things.

110. It is MacDougall's policy to not send CNA's to housing unit(s) to help Prisoners with any of the above, but on some occasions they allowed CNA's to go to certain housing units to assist Prisoners with their daily needs functionings, but wouldn't do the same for Plaintiff.

111. P-Pod Unit is a handicapped housing unit, but use for multi-purpose. Back in 2017-2018 Plaintiff was housed in P-pod. CNA's were then housed in P-pod to assist Prisoners with disabilities, such as Plaintiff's disabilities, but Prison officials moved them to L-pod.

112. Though Plaintiff was housed in L-pod CNA's weren't allowed to come on my side of L-pod to assist me in areas where assistance is needed.

113. While Plaintiff was housed in L-49 cell (in pod), he was subjected to several ADA violations. His wheel chair was large and was unable to go through his cell-door. Prisoners would actually had to partially close his wheel chair while he was sitting in it to get in or out of his cell; he would bruise fingers\hands when he propel his wheel chair through cell door, due to its narrow space; the cell (L-49) was clustered and small with toilet in-accessible, the unit shower for handicapped prisoners was also w

22

in-accessible and Lack bars, adequate shower-seat and space. While there wasn't no "ramp" for me to go outside \outdoor-recreation, etc. the doors were also an issue.

114. Plaintiff made numerous complaints to prison officials [Wdn. Barone, Dir. Gallagher, capt. Walsh, Capt. Roy, Lt cage] about these issues, but nothing was done to remedy the issues.

115. Plaintiff fell more than one time in his cell (L-49), due to the Lack of Nursing Assistance \ cNAs help. Prisoner(s) helped him back into wheel chain ("w\c") or onto bed.

116. Plaintiff also had to keep soiled briefs (diapers) and chucks inside his cell, because he had no way of dis-Posing them as he would Like to. The condition got so bad, during a CoViD Test a nurse by the name of Rose walker and two cNAs had to assist him with emptying these soiled-briefs \ chucks. They also had to assist him with cleaning [to reduce the stench] that he had in L-49.

117. On or about March ___, 2021, Plaintiff asked officers to call medical services for him to obtain a commode so he could excrete his bowels. One of these officers, who is Rodriguez went down to the medical unit and spoke to medical staff (Tawanna Furticik \others) to get them send a commode back to L-Pod, but they told him "NO" and that "they only had one", which is needed in th Infirmary. Plaintiff was then forced to defecate on chuck(s) and kept it (poop) in his cell [for hours].

118. While Plaintiff was still housed in the Infirmary, he was given a commode and assistance that he needed. It was a commode that fits over the toilet so that he can flush while defecating. Dr. Pillai made note of my need for a commode and other devices, but one was never [given] to me upon discharge or thereafter.

119. Between November 24, 2020 and April 04, 2022, I saw several "SPECIALISTS" at UConn Medical Hospital and Saint Francis Hospital for several medical issues.
- — urologist asked for diary and measurement of output\intake;
- — ortho-spine asked for EMG\nerve-study and follow-up;
- — Neurologist asked for Cognitive Behavior Therapy "CBT"; Medications and made referral(s) for urology;
- — Physical Therapist ("PT") asked for me to have wedges for Lumbar \ feet, Braces for back\wrists, etc;
- — Cardiologist asked for BP medications to be changed and for Potassium tabs and Excedrins to be given to me;
- → Emergency Room Doctors asked for several different treatments. None of the above recommendations\requests that these Doctors\APRNs asked for were done. Jean told me that she's my provider and they can't dictate to her. Several other medical staff and Prison officials said the same thing that Jean manifested.

120. Plaintiff made several requests through nurses at Prompt care \ sick call visits to have his provider (Jean Caplan) resolve these complaints. These nurses sent several FLAG\ALERT messages to her concerning my complaints but she still hasn't resolved them.

121. Several complaints were made via Inmate Request Form and Letters to her Supervisor(s); Kristen Shea, Bob Richeson, Deputy Warden Damian Doran, Warden Kristine Barone. I also made complaints to Byron Kennedy, Johnny Carson Wright, Commissioner Angel Quiros and filed numerous medical grievances to get these issues resolved, but was un-successful.

122. Around May 3, 2021, I filed a complaint with the Commission on Human Rights and Opportunities ("CHRO")

24

for multiple discrimination complaints. My unit counselor Angela Maiorana made copies for me and kept copies that distributed to Prison officials \ medical staff, making them aware of [IT]. The unit counselor Maiorana also made copies of other Legal documents that were distributed to Prison officials \ medical staff.

23. Damian Doran, who earned the nickname "J. Hoover" had his officer (s) in the mail-room intercepted The CHRO Complaint. Inquiry led me to find out that this was done. Postage Fee was deducted from my Account to pay for the extra postage, but It was never sent out. I wrote to CHRO about It and was told that they had never received in. This was around June \ July 2021, two-months after It was supposed to mail out by the mail-room.

24. Jean Caplan was also notified about a complaint that I filed with The Connecticut Nursing Board, concerning her action. She then RETALIATED and made False Notes in my Medical Chart. I received some of my Medical records, where I saw several notes made by Jean and other Nurses Fabricated. She also wrote that I REFUSED Treatment.

25. Kristen Shea, RCOO Is well aware of Jean Caplan's action, but Isn't doing anything to stop her. While Prison officials are supportive of it because it's in their interest. Said RCOO Shea was removed from being the facility Regional Chief Operation Officer ("RCOO"), due to multiple complaints against both of them. Another RCOO Kevin McDonald took over for about 1 month, but Left when he saw the corruption or Illegal activities in the system. Kristen Shea then replaced Kevin McDonald and is doing what she's best at Lie. Lying and help covering up for Prison officials \ medical staff [I], and allowing them to interfere with Prisoners' treatment Like she had done on many occasions.

126. During my stay in the Infirmary at MacDougall, Dr. Pillai discontinued several ORDERS that I had to make it convenient for nurses and \or to meet Prison Officials' Housing Plan. He removed the order for Nursing Assistance\ TWO-Persons Assistance; Parameters on Blood-Pressure ("BP") Medications \vital signs to be done prior to administer of BP meds; Assistance with eye-drops, etc. ALL of this was done right before he discharged me from the Infirmary.

127. Dr. Pillai and Plaintiff had a Long history, dated back to 2009. Plaintiff spent numerous time(s) in his Infirmary Since 2009, 2017 up until 2022, and I saw him at Northern Correctional Institution where he was sent by Prison Officials \Doctor(s) to stop a medical transfer to the MacDougall's Infirmary. He discharged \transferred Plaintiff several times in RETALIATION for complaints that I filed against him and\or medical staff, and out of Spite.

128. Around February 18, 2021, Dr. Pillai entered my Room and assessed me. During this time, he accused Plaintiff of malingering and Pretense. He said "nothing is wrong with you... I don't want you in my Infirmary." I then reiterated a statement that I made to him back in 2017 in front of Gina Burns and another nurse. I asked him "if they ever re-instated his License that was revoked?" and that "if he's still against MRI Imagings"

129. Said Dr. Pillai discharged Plaintiff from his Infirmary back in 2017 while he was on a hunger strike for days and was at an appointment at UConn Hospital. Upon returning, officers who escorted me on this trip told me on my way back that they were taking me to Walker rather than MacDougall. I then over heard Dr. Pillai and RN Shanya Graham on the telephone. Plaintiff's glucose\sugar was "50 or below 50" yet he instructed her to send him back

26

to a housing unit \ general population. I heard RN Graham said ..."but, doctor Pillai It's protocol to check his vital signs while he's on Hunger Strike and Returning from the Hospital. I AM NOT SURE IF Dr. Pillai was the ON CALL MD THAT DAY OR SHE WAS PUT ON NOTICE TO CALL Him SPECIFICALLY (after the Infirmary Discharge), but all I Know is, plaintiff was in great \ severe pain. Plaintiff was first in the Infirmary for multiple medical complaints and then for a hunger strike. He also was placed in the Infirmary for Observation, but wasn't seen by Dr. Pillai during his 5\6 days observation.

130. Most of Dr. Pillai's action stemmed from instances \ events and incidents we had in the past, Leading him to say, "As Long as am the Doctor here at macdougall you have nothing coming, etc." He told me this in February 2021.

131. Sometime in March 2021, APRN Jean Caplan was placed incharge of my medical care. While Tawanna Furtick and Nikki Henderson were made members of my medical Team. These three (3) medical staff work relentlessly against me so that I can't get adequate treatment.

132. On March ___, 2021, APRN Caplan saw me concerning medical complaints I made to nurses. My chief complaints were Urinary retention, Lower extremity weakness, severe Pain, medical Showers, Nursing Assistance and Assistive Devices. [Not excluding other medical complaints]

133. Around March ___, 2021, Rose Walker accompanied by CNA(s) Visited L-Pod for COVID Testing. At that time, She saw my inhumane conditions \ ADA Violations and Notified APRN Caplan about these issues. Then APRN caplan notified Director Colleen Gallagher, who showed up couple days Later

27

34. Between February 16, 2021 through March 09, 2021, April 2021, May 2021 and June 2021 through July 2, 2021, Plaintiff spoke numerous times to Dr. Pillai, Gina Burns, Heidi Whiteley and other medical staff about my urinary retention and the need to have my foley catheter placed back in, but to no avail.

135. Dr. Pillai (Like several other medical staff \ Provider(s)) made several attempts to have Plaintiff self-catheterize himself against his religious-belief \Faith.

136. Plaintiff is a Hebrew-Isra'elite \Jew, who is Prohibited to insert any object \item in his Penis or indulge in any kind of Performance concerning touching himself in this manner. This is well established at Corrigan Prior to his transfer to MacDougall and it's documented in his health records \ medical grievances that he filed concerning self-Catheterization.

137. Around March 2021, Plaintiff encountered refusal of treatment, due to the fact that nurses were informed by Providers NOT to administer straight-catheterization; Plaintiff must do it himself or it won't be done at all. Dr Pillai who is one of these Providers instructed these nurses into refusing me treatment. He also told me that he dislike Jews, because they killed Jesus his savior and that we're wicked, etc.

138. Plaintiff reported it to several Prison officials \ medical staff and wrote his Supervisor Byron Kennedy about Dr. Pillai's Comment \action, and about several other medical issues\ complaints. He also filed a medical grievance concerning Dr. Pillai's Comment \action, but Rosalee walker destroyed it. Then REFUSED Plaintiff a copy of his Medical Grievance Inventory Shee

139. On or about July 2, 2021, upon discharging from the Infirmar Dr. Pillai told me that he was gonna have staff order me a Commode, but he never followed through on it.

28

140. Between March___, 2021 and April___, 2021, APRN Caplan saw me several more times for the same medical complaints mentioned herein. We had discussions at length concerning my complaints. On one of these occasions she asked me <u>why</u> I won't do self-catheterization and I told her that I was an ISRA'ELITE\Jew who is prohibited to do it, due to my religious-belief. At that time she told me that she too is Jewish and the Rabbi told her that we (Jews) are allowed to do it and that it was healthy to do self-catheterization.

141. Jean and I became friendly, due to my religion and her love for Jamaicans. She even told me that APRN Akina ___ Richards is more than a friend. She is her sister, and how she's fascinated with the culture\accent, etc. She also kept APRN Richards inside her office so we could talk\so she could understand me better. We got so cool that APRN Jean Caplan assisted me back to my housing unit, by pushing my wheelchair. Another person, _____, LCSW was there when she pushed me back to L-Pod unit on March___, 2021.

142. Around April ___, 2021, things went downhill, due to our religious-disagreements. Jean got offended when I told her that the biblical Jews\ISRA'ELITES were black and that I accepted the Book of Revelation, which she said "we (Jews) don't believe or accept this book and other scriptures that are in the bible.

143. Since our religious FALLOUT, she stopped greeting me with "SHALOM" and turned against me. Several of my medications were later discontinued; recommendations for several different treatments were blocked; requests for Foley-catheter placement were ignored\denied; requests for pain management and\or to increase\renew medications were ignored\denied and follow up appointments weren't placed\requested, etc. 29

144. On or about March 17, 2022, Plaintiff was called to the medical unit for complaints concerning his Urinary Tract Infection ("UTI"); Possibility of a continuous UTI that he received antibiotics (Cipro) for two (2) weeks for:

145. Plaintiff had to cover his window in his housing unit (P-Pod) to get Prison officials' attention for "someone" to notify medical staff about his complaints [ Pain \ swollen testicles, burning in gassing \ urination, stomach-pain, etc.)

146. Lieutenant Betances visited P-Pod with a group of officers and took My complaints then notified medical staff. He told me that they were in the middle of training, etc, but he would let them know later that day to see me.

147. After I got to Medical unit, nurse Nicole Ring came out inside of the waiting-area and told me that in order to be seen by my provider I have to urinate in a cup. I couldn't urinate. So she refused to allow me to be seen by Jean Caplan. She then placed a container \ cup on the floor of the corridor by the Lieutenant's officer saying, "Here, take this and urinate in it when you get back to your housing unit."

148. I knocked on the Lt's office door and Lt Betances came out accompanied by Lt. Bujnicki. They were provoking a situation, but I kept My cool. Lt. Betances went inside medical unit and came back out with several cups of Ice water for me to drink. I did drink these cups of water.

149. Later that day, I was able to URINATE in a second-cup and gave it to staff. They then called me in the back of medical-unit and told me that "It was NEGATIVE FOR UTI, etc."; but Plaintiff was still in pain and sent back to P-Pod.

150. On or about February 10, 2022, APRN Caplan and RN Ring visited Plaintiff in RHU to REMOVE his FOLEY-CATHETER that was placed in by medical staff at Saint Francis Hospital.

151. Plaintiff REFUSED to have them remove his FOLEY and Jean Caplan entered his cell and told him that she's REMOVING it for UTI concerns. This wasn't the first-time Jean caplan had Plaintiff's foley removed; she did it before in July 2021.

30

152. Plaintiff had Lt Cardona record it on a HandHeld camera with AUDIO. She then stated it was only gonna be removed for a TRIAL to see "IF Plaintiff can Urinate or not on his own, etc." Note: she RECANTED her statement from dont think Plaintiff needs a foley to UTI concerns and then for trial.

53. The six (6) Hours Trial then went to thirteen (13) Hours or so before a foley-catheter was placed back in. RN Henry Mushi Visited Plaintiff Late at night to see if he was still Retaining. He then placed back a Foley in Plaintiff's penis, but did not make note(s) of it in his notes.

1.54. According to nurse(s), APRN Caplan Learned that Plaintiffs foley was Placed back in, but didn't know by "who". It causes a dispute \ quarrel among medical staff during Jean Caplan's INQUIRY to find out who placed it back in. Someone snitched on RN Henry. He then made a note about Plaintiffs Foley placement at a later date. Note: Henry is also a member of the Jamaican \ West Indian Community mentioned herein.

155. On April 04, 2022, another Foley-Catheter was placed in by medical staff at Uconn Health Center \ Emergency Room ("ER"), due to Incontinence \ Retention. Plaintiff went for an appointment with OPthalmology and had to go over to ER for Chest Pain complaints \ Stomach-Pain, etc where MD told him that his chest Pain \ stomach pain were associated with his RETENTION

56. Around April __, 2022, Plaintiff was called to Medical unit for Assessment, due to His Hunger-Strike. At that time, another REMOVAL OF HIS FOLEY was done there [ordered by APRN Jean caplan.]

57. Currently, Plaintiff is having difficulties with his urination. His REQUESTS to be seen by an urologist have been Denied by Jean Caplan. while his complaints to RCOO Shea and others are un-Answered \ Ignored.

58. On or about _____ 2022, Plaintiff saw RN Henry Mushi, nurse Sherry and Spoke to Nursing-Supervisor Nikki Henderson about his retention/chest Pain complaints.

31

159. Nurse Sherry (Partially) inserted a straight-catheter, but was un-able to empty Plaintiff's Bladder. Henry assisted in the EKG Process, but not in the straight-catheterization. He was instructing Sherry on what to do concerning the Straight-Catheterization. During this Period; I heard Sherry telling Henry that Nikki told her Not to Partake in this Process, but she did anyways. Henry then told Sherry to send Plaintiff back to his housing Unit un-treated.

160. Prior to the straight-catheterization. Sherry told me that Dr Naqvi was notified. He is the on-CALL MD and he ordered the straight-catheterization, due to Plaintiff's Religious-Belief Prohibition, which He was/is aware of.

161. On my way out and/or while at medical unit. Plaintiff spoke to Nikki Henderson ["Henderson" Nikki"] about the Improper Insertion of the straight-catheter done by Sherry and the EKG Result \Dr Naqvi's ORDER(s), but she cosigned sending Plaintiff back to his housing unit un-treated.

162. Plaintiff was then forced to drink Limited Fluids to avoid a Bloated-Bladder Situation, but He eventually accumu-late over 700 cc of fluids between the date(s) he was seen by Sherry, Henry and Nikki and 4\04\2022 when he visited ER at UConn.

163. On or about April ___, 2022. Nicole Ring (again) assisted in the second- Removal of Plaintiff's Foley. She gave him a SYRINGE to remove His Foley by deflation, etc. on or about 2\10\2022 and on this occasion /instance.

164. Between February 16, 2021 and March 01, 2021, RN Anthony Perrone administered a straight-catheterization to obtain urine-sample for Testing, due to Plaintiff's Hunger-strike. It was ILLEGAL, Because he never had a M.D's ORDER to do it. Yet he LIED to Plaintiff that he had an order from the on-CALL mn. RN Perrone was accompanied by another nurse who is un-known. This nurse told Plaintiff that "this wasn't his First Rhodea." Then both of them carried out this Illegal Act, inflicting pain \suffering in my Penis \urethra, etc not Knowing what they were doing.

165. Several Complaints were made to Nursing Supervisor (S) Nikki Henderson and Tawanna Furtick, and to RCOO Kristen Shea about RN Perrone's and the un-Known nurse's action. Plaintiff also made complaints to Dir. Colleen Gallagher and filed a grievance concerning this Illegal act.

166. Nikki Henderson answered to the grievance stating Falsified statement That "Perrone was given Plaintiffs Permission to administer the Straight catheterization" Note: Nikki Henderson was \ is not the HSAR, aka medical Grievance Coordinator #1 or #2 Nor was \ is she RESPONSIBLE for Response(s) to Grievances.

167. Plaintiff requested for his foley catheter to be placed back in. He spoke and wrote to Colleen Gallagher, Dr. Gary Freston, Dr. Kennedy and Dr. carson wright, and to Wdn Kristine Barone and Deputy Warden Damian Doran, but to no avail.

168. Plaintiff also spoke and wrote to medical services employees about said Foley. RN Nicole Ring stated to Plaintiff "Who wants to have a catheter hanging from his Pecker!" While another nurse, namely maisha McFadden stated to Plaintiff "What you expect from a man 56 years old wearing diapers" ~Both nurses stated these comments while Plaintiff was yet housed in RHU between February 20, 2022 and February 23, 2022 with Several Inmates on the tier, causing Laughters\Jokes directed at Plaintiff.

169. Several Inmates and officers witnessed these incidents\ instances. Reports were filed with Wdn Barone, DW Doran and with Dr. Johnny 'carson' Wright about all of the above. Plaintiff also filed Report(s) with the RCOO Shea and N\S Henderson and Furtick, but to no avail

170. Plaintiff's dignity and pride were hurt by these actions, and by the Laughters\Jokes that both Inmates and officers made, causing emotional distress and exacerbaing his MH diagnoses \ Illneses. He also was Kept\held on BOS for a Long Period as a result of their action(s), and was not Provided with any MH Treatment for none of his complaints

33

171. Around June 29, 2021, Attorney Patrick Dunn of the Law Firm \ Inmate Legal Aid Program contacted Colleen Gallagher concerning Plaintiff's medical showers and His High-Blood Pressure. He (Mr. Dunn) was told by colleen Gallagher that Plaintiff's shower Permit is expired and that His BP issue is addressed. [None of this is true]. She also told him that it was up to Plaintiffs Provider Team to Renew it. Plaintiff also was told by Jean Caplan that she was gonna Speak to colleen about the issue. While several Alerts Flags messages were sent to both colleen Gallagher and Jean Caplan concerning these issues, but to no avail.

172. Between April 2021 and April 2022, numerous complaints were filed with APRN Caplan, Rcoo Shea Dir. Gallagher and capt. Walsh About the Assistive devices; bars for bed(s); Foley Issue and other medical Issues.

— 9\08\2021, Dir. Gallagher (accompanied by capt. Walsh) took complaints concerning the NEED for bars attached to his bed;

— 9\14\2021, Nurse Yolonda took vital signs and BP read: 178\112 She sent Flag message to Provider;

— 9\17\2021, Plaintiff told nurse Epps that His BP meds with "ER" on it isn't working and is causing severe headache. She Notified Supervisor(s) and Provider (s) about it;

— 9\25\2021, Unit Officer notified medical unit about Plaintiff's Chest Pain Complaints. Nurse by nick-name "AJ" and CNA "JB" showed up. EKG was done and Plaintiff was sent to Saint Francis Hospital. RN AJ Sent Flag message to Jean about it, but she never did anything about his BP meds (metoprolol) with ER \ emitted-release on it;

— Several EKG's were done and Read Abnormal, due to the In-adequate BP medication

— Plaintiff was seen by Several nurses for prompt-care \ Sick call. These nurses Sent Flag messages to his Provider concerning the above mentioned issues, but Jean caplan never fixed these issues in a timely manner or at all.

— 9\23\2021 And 9\25\2021, Plaintiff's BP Readings were 165\116 (Left hand) & 172\102 (Right hand) after he was put on Losartan;

34.

173. Doctors at Saint Francis asked APRN Caplan to discontinue Losartan, due to its side-effects. Doctor (s) in ER at Saint Francis Hospital said that AFRICAN-AMERICANS Don't Respond well to Losartan and that it Lower my Potassium Level, but Jean Caplan Refused to stop it. She continue Plaintiff on Losartan, and NORVASC 5mg after Doctor (S) requested to increase NORVASC to 10 mg

174. Jean caplan was well aware of the side effects and the Risk of cardiac arrest Prior to Starting Plaintiff on Losartan. He had A PRESCRIPTION & NON-PRESCRIPTION DRUGS Book from where he saw this and pointed it out to her. He then asked for Clonidine or Linsinopril, but was Denied.

175. On or about November 04, 2021, an EKG was done and ONCALL MD was notified. Dr. LUPIS was the oncall MD that night. He is also a Doctor at MacDougall, who was well aware of Plaintiff's chest Pain complaints \ BP issues, etc. Later that morning Plaintiff was sent to Saint Francis Hospital. He saw Doctor (S) again at Saint Francis and same Request(S) was made.

176. Around November 24, 2021, Plaintiff went to the medical Unit for chest Pain complaints \ Retention. A nurse by the name of Joshua Apuzzo Refused to administer an EKG and \or straight-catheterization, Leaving him in severe Pain, and Risk for Cardiac arrest.

177. said RN APUZZO, aka "Josh" Refused to assist Plaintiff with a Commode while Plaintiff was admitted to the Infirmary on _____, 2021, and Refused to bring a Commode to P-Pod for him to use. He told Plaintiff that "Dr. Pillai's ORDER for commode to be brought to P-Pod is over-ridden by P-Pod policy: "No commode, etc." When Plaintiff told Josh that Inmates are allowed to have commode in P-Pod he replied, "I was told by several of MY Co-workers\ supervisor(s) that they (nurses) can't take the Infirmary commode to P-Pod. Plus P-Pod is too far away... He said that he was gonna double-check and get back to me, but he never did.

178. Plaintiff had to continue defecating on Food trays \ Chucks, etc and dump [Poop] into Unit garbage As he usually did.

179. P-Pod Housing Unit is Located at an adjoining Building around _____ in distance away from the main Building Medical Unit \ Infirmary. The cells in P-Pod have no emergency buttons, while officer(s) tour the Unit every half-an-hour*. On several occasions Plaintiff had to wait Until officer finished his \ her tour before call is made to medical Unit (for chest Pain complaint.)

180. Plaintiff has Inter-mittent chest Pain yet his requests for a cell with emergency-button are Ignored, and his requests for Mental Health medication(s) are Denied.

181. Between January 23, 2022 and February 23, 2022. Plaintiff was taken around Six (6) times via ambulance to Saint Francis Hospital for chest Pain complaints \Retention, etc. Doctors at the ER told him that Anxiety is one of the factors in his chest Pain, but no treatment was Provided him to resolve his chest Pain issue.

182. Around December 28, 2021, Dr. Francesco Lupis saw Plaintiff for chest Pain complaint \Blood-Pressure issue. He had to start a Hunger-strike to see a Doctor. According to nurses, "Jean coplan was on vacation"..."You have to Wait Until she comes back, etc"

183. Dr. Lupis, accompanied by RN "Nicole" Ring made a deal with Plaintiff. He told me that IF I end my hunger strike he would Put me on a BP-med [ NADOLOL ]. He had Nicole gave Plaintiff one (1) Nadolol that same day (12\28\2021), but discontinued the ORDER, because according to Dr. Lupis I never kept my end of the deal/ bargain.

184. Several requests for the BP medication were made, but nurses (including Nicole Ring) told Plaintiff that a deal is a deal. You broke your end of it so He's not to be blamed!" Note: The Nadolol was ordered for approximately Six (6) months; from 12\28\2021 through 6\26\2022.

185. Upon release from RHU \Bos, a nurse gave Plaintiff a bag with several racks OF tablets [by accident or un-knowingly]. These racks\packages marked "DOT" (ie Deliver on time].

36

186. Among these racks \ packages and \ or tablets are Nadolol and several other medications that are not allowed as "KOP" (ie keep on person). Plaintiff kept them as EVIDENCE in this matter. The packet of Nadolol only missing one (1) tablet [Look just like the (1) Nadolol that was given to him on or about 12\28\2021 when he saw Dr. Lupis \ RN Nicole.

187. Plaintiff filed a medical grievance concerning Dr. Lupis' action, and wrote to Dr. Kennedy and others about his action, but never received a response. While RosaLee Walker REJECTED Plaintiff's grievance, avoiding an Answer to it.

188. On or about January 05, 2022, Plaintiff saw his provider Jean Caplan [accompanied by APRN Richards. Who is also a Jamaican \ West Indian community member]. Jean Caplan, APRN Refused to add a second Bp medication to balance the NORVASC, aka "Amlodipine" And\or to increase it from 5 mg to 10 as Doctor(s) at Saint Francis Hospital ordered\ recommended, until APRN Richards intervened and said "She herself is currently on "Lisinopril" and it a good-choice blocker for BP \ Hypertension, etc."

189. Jean Caplan, as usual Refused to address several other medical complaints that Plaintiff had \ still have. She told Plaintiff that she's only gonna address his "BP issue"s and She Refused to have his Blood Pressure monitor weekly\ daily until further complaints were made [She decided to have [IT] done once x per week.]

190. On or about August, Plaintiff made complaints to officer Ramirez about several medical issues that were effecting him. Officer Ramirez spoke to RN Sengchanh Vilayvong, aka "Tutu" Concerning his medical complaints, but she refused to see Plaintiff. She told him to wait until tomorrow 8\24\2021 for Prompt-care \ sickcall, but he didn't see anyone the next day. So he spoke a second time to officer Ramirez on 8\25\2021 about same medical issues. ALL of this was logged in the unit Log-Book. Note: on 8\24\2021 two nurses [Yolanda Arter and Lashonda Epps and one unknown nurse visited R-Pod. I made attempts to have them address my issues;

37

38

but nurse ERPs "Yelled out to me ... We didn't do Pamprocare speak to Tutu about that. They then Left the unit.

191. Plaintiff **had** urinary retention, stomach cramps, blurry vision, Lightheadedness, dizziness and nausea for three (3) days and was trying **to** get medical services to assess him for these complaints, but Tutu and these other nurses wouldn't assess him.

192. After numerous complaints/grievances filed concerning how Prison officials/medical staff handle ~~PrompTrcare~~ PrompTrCare. They decided to cancel it and went back to sick call.

193. Prompt-care was a form of sickcall where Inmates in P-pod sign a sheet of paper. / PrompTcare List on Mondays and see by nurse(s) on Tuesdays. Depend on how urgent the situation is, nurse(s) would send a PracALERT message to the Inmate's Provider. Note: un-like PrompTcare List sickcall requests are Thrown out without tracing.

194. Between April 2021 and the date [it] was cancelled, Plaintiff signed up multiple times for Prompt-care but was not seen or called to get his medical issues taken care of.

195. Sengchanh "Tutu" Vilavongxkn Refused to see Plaintiff and then wrote in his health chart that he refused to be seen by her. Several other nurses did the same thing one of them is Jenika Baez who also partake in this action.

196. Jenika Baez, LPN, also refused Plaintiff treatment on or about ———— 2021, she and another nurse had another Inmate( Jason Day) Inside the medical Room. This unknown nurse was un-dressing/dressing Jason's feet for unknown infection. She (Jenika) was doing Sickcall/Hunger strike assessment and wanted Plaintiff to come inside the room where Jason had his feet cleaning, etc. Knowing that Jason's feet/**odor** is and has a stench and offensive.

197. Jenika's intention was to cause Plaintiff harm because she knew that he wasn't gonna enter that room with Jason inside it. Note: There is a trace for this that nurses / officers

Protested his treatment to be done at the triage.

198. Plaintiff filed numerous complaints with Prison officials about Jason's odor \conditions that effected him. They allowed Jason to Participate in recreation, Diabetic Treatment and Prompt care \ sickcall, etc., Placing Plaintiff \ Prisoners at Health Risk.

199. Jason's Feet drip fluids (badly) on the floor, leaving Plaintiff to Propel his wheel chair through These fluids and taking it back to his cell with it on his W/C wheels and \or hands. While no "sanitizer" is \was not given to him.

200. On several occasions, Jason is \ was allowed to Pass to and From his cell or While he and Other Prisoners are \ Were out for recreation or during Periods When Plaintiff is out eating Lunch and \or supper.

201. Plaintiff had become "Nausea" and on occasions forced Not to eat due to the environment Prison officials \medical staff Placed him in. It also caused several arguments between he and mr. Jason Day which they never did anything to remedy

202. On or about _____, 2022   C\s Santana, C\O Iguena and several other Unit staff, and Inmates witnessed one of our arguments. Nothing was done because they wanted to see Jason and I fight or kill each other.

203. On or about December 26, 2021, Plaintiff saw Jericka Baez and Robert "Rob" Bonetti, LPN for Chest Pain \Retention, etc. An EKG was done and the ONCALL Doctor (Naqvi, mD) was notified

204. Dr. Naqvi orders were not followed by either nurse [Rob \Jericka] He requested for Plaintiff to be Placed in the Infirmary for an "Observation". And for medications to be administered, but both nurses Conspired with officer Tremblay to send Plaintiff back to his housing unit in pain or un-treated.

39

205. Around _____ 2021, Jericka Baez, LPN refused Plaintiff his nightly-medication(s) and again on or about _____ 202_, because he asked her to change her set of gloves that she was wearing during these periods\instances. She Refused to change them and told me that she is\was going to put me down for "Refusal."

206. Plaintiff reported it to several Prison officials [Including DW Doran, Wdn Barone, RCOD Shea, TaWanna Furtick and Nikki Henderson], but they never did anything to correct it. Jericka and several other nurses are\were still wearing same gloves to handle Prisoners' medications - some of which they had to open. Sometimes these pills\tablets fall on ground and Jericka\nurses Pick them up <u>not</u> changing their gloves.

207. Plaintiff made numerous complaints to Dr Pillai, APRN Caplan, Dr Feder and Dr. Naqvi about a "CYST," located in his nasal area.

208. Between 2017 and 2022, Plaintiff experienced difficulty with his breathing asided with clogged-nasal \nose+ airway and\or severe headaches\migraines, etc. He also is constantly Bleeding through his nose and was told that the CYST is one of the FACTORS in his symptoms.

209. For his CYST, Sinus\Allergy he's not receiving proper care. APRN Caplan Refused to ORDER him an adequate nasal spray and to have Removal of the cyst done. Nor to ORDER proper medication(s) for his pain.

210. Two nurses [Venessa McCarthy and Sophi] notified Jean Caplan about Plaintiff's nasal Bleeding, but she IGNORED it. Doctor(s) at Saint Francis Hospital also notified APRN Caplan about this issue, but to no avail.

211. Plaintiff's Requests to have Jean Caplan remove as his Provider have gone un-noticed or un deaf ears, because she is working in Prison officials' \medical Staff's Best Interest. She has become a "Provider" of Convenience for them.

40

212. Several nurses \ Prison officials conspired with APRN Jean Caplan to witness falsely that Plaintiff REFUSED treatment on multiple occasions \ instances. Some of these Nurses are Nicole Ring, Melissa Leonovisc, Joshua Apuzzo and APRN Richards who according to Caplan is her sister. Therefore, the nasal issue(s) and \ or several medical issues were never addressed \ resolved.

213. Between April 2021-May 2021 and April 2022, APRN Jean Caplan made several false reports concerning Plaintiffs medical issues as a means of covering up her action for a predisposed animus she has against him, caused by meetings she visited, video shown to her and because of my different belief in my Jewish faith than Caplan, who is of a different sect.

214. On or about March 2022, Dr. Smyth Prescribed for Plaintiff to have vitamin B-12 to meet his eye care NEED, but it was stopped by Jean Caplan.

215. Plaintiff made several complaints to Jean Caplan, Dr Pillai, Dr Lupis and Dr Feder about cold feet \ hands and/or fingers, possibly lack of iron or Anemia. No testings was done to determine the cause of these symptoms. Nor was anything done to resolve this issue.

216. During few visits to St. Francis Hospital, medical staff told him that he is the opposite of a diabetic-person. Sometime his glucose sugar got so low he passed out or became very weak. WHATEVER this diagnosis is or is to be it makes his sugar falls drastically. This was one of the reasons why Dr Feder placed him on several vitamins and skin care Lotion, and possibly placed a parameters on his HBP medication(s).

217. Several nurses sent FLAGS \ ALERTS messages to Jean Caplan about all of the above symptoms and Plaintiff had several conversations with her about it, but she IGNORED it.

218. Several LABs - Testings were done at St. Francis Hospital

41

42

between June 2021 and February 2022, showing deficiencies in Plaintiff's nutrients were to be requested though Release of Health Information ("RoI"), but weren't done. Around December 10, 2021, Nicole King had Plaintiff signed one of these RoI Form Sheet, but it was never sent out to Saint Francis Hospital. Another Form/order was completed/signed by Plaintiff around 11/30/2021 and delivered to Joshua A Puzza, but said result he told Plaintiff that rather than sending it out, they sent an email to St. Francis and received the information that they need/like WID Form, Faxed to McDougall)-

219. Around July 27, and 28, 2021, Plaintiff made multiple complaints to Medical staff (Janet Jackson, a.k.a. "JJ") about chest pain, palpitation, swollen testicles, stomach cramps, pain in urethra, Bladder, headaches, migraines, blurry vision, incontinence, retention, etc. Then to RN Holli.

220. Holli told Plaintiff that it was nothing to worry about, it was just incongestation, sending him back to his housing unit untreated. Then she (Holli) conspired with another nurse on 8/01/2021 concerning an EKG and said symptoms as listed above. Both nurses (Holli and Enc Watts) did an EKG and said it was normal, but it wasn't normal.

221. Holli refused to administer straight catheterization to empty Plaintiff's Bladder and/or to collect urine sample for testing, because him in pain for couple days until he was able to urinate "little droplets" of urine that was tested positive for an UTI.

222. After Plaintiff was given treatment for the UTI he continued to have said symptoms. His requests to see an urologist were denied/ignored.

223. According to JJ, Holli and Enc and other nurses, several Flags/alerts messages were sent to Plaintiff's Provider (Jean Caplin) concerning his requests for urology and/or other medical issues.

224. Plaintiff also made numerous complaints to Director Colleen Gallagher about these issues mentioned above.

43

and made several requests to have his Foley catheter inserted. These complaints/requests were made between November 2020 and April 2022 [via Letters and/or Medical Grievances] to Dir Gallagher but she Ignored them.

225. On or about June - July, 2021, when Plaintiff had his Foley catheter insertion done at Saint Francis Hospital and returned to MacDougall, a nurse by the name of LaShanda Epps assessed him for hunger strike on 2021. At that time she LaShanda Epps read over notes/sheets of papers and told Plaintiff that his Provider (Jean) said "Not" to assist him with his Foley Leg. I asked her for a strap to strap it to my foot/leg, but was told she couldn't do it."

226. Not long after she refused to assist, Plaintiff contracted an UTI. The catheter/tube got caught between his we wheel or brake (s), sending back urine into his Bladder and/or causing the UTI.

227. Around July, August 2021, Plaintiff saw Henry Musri, RN for chief complaints: chest pain/retention, UTI. He had a CNA done Plaintiff's vital signs, which were extremely high in BP and Temperature, etc. yet he ignored his chest pain complaints and refused him an EKG. He also refused to administer straight-catheterization.

228. Around February 11, 2022, Henry musri, assessed Plaintiff for a follow-up TRIAL ordered by APRN Caplan on or about 2-10-22, he then inserted a Foley, but didn't make note of it in Plaintiff's Health Records, until Jean Caplan made inquiry concerning it when she was told that Plaintiff has a Foley placed back in.

229. Henry Musri's attempt to cover it up was to loop Joan Caplan from knowing this because they (again) conspired to Release Plaintiff from RHU/Ibos back to General population (P-pad), where they rather him not having a Foley catheter in... but prefer him wearing brief's/adult's diapers, etc.

230. On November 05, and November 04, 2021, Henry Mushi Refused Plaintiff Health Care. 11/04/2021, upon returning from a Hospital trip Henry was working in the OUTPATIENT section of the medical unit. He refused to do an assessment required by Protocol\policy for Prisoners Returning from Hospital Trips.

231. Plaintiff was depressed and was having suicidal thoughts yet Henry sent him back to his housing unit, but on his way out he stopped at the Operation Room\Lieutenants office where he spoke to a Lieutenant.

232. Mental Health Unit ("MH\MHU") was Notified, by an officer. This was Logged in the medical unit Log-back. Two MH clinicians (John and Bill) showed up and we talked. I told both Parties that I was depressed and was having suicidal thoughts.

233. William "Bill" Gilliands and John made attempts to talk me out of going on Suicide-Watch\Behavior observation Status ("BOS"). Both MH staff then sent me back to my unit saying "Johnson, I don't think you got it in you... You're just angry!" etc.

234. I told Henry again that I wish to be placed on BOS and He said, "no room is available. If you still feeling like you wanna hurt yourself, later let us know." They then sent me back assisted by a CNA to my housing unit. Prior to leaving, Henry and a nurse by the name of Gloria passed Plaintiff by in the waiting area where he again told these Nurses that he's having thoughts of hurting himself, but they brushed him off.

235. Between November 05, 2021 and November 12, 2021, Plaintiff was on BOS inside the Infirmary. A nurse by the name of Eneida Anderson accompanied by Henry Mushi entered my room to assess Plaintiff and\or to check his vital signs.

236. Plaintiff was placed on Four-point Restraints to keep him from hurting himself. He was also on a Hunger strike for

44

these reasons both nurses were inside his room to check his restraints and \or vital signs, per protocols.

237. Plaintiff was in severe pain throughout his Lower back \ Lower extremeties, and was having chest pain. He made attempts to made complaints to RN Enelda Anderson, but Henry Mushi told her not to take my complaints, by pulling his finger across his throat (meaning He's dead / He gets nothing, etc.). Enelda who was about to take my complaints then stop and exit the room upon Henry's Instruction. Note: Henry is and was a Head Nurse at the facility.

238. On several other occasions during my stiff in the medical Infirmary and \or the Restrictive Housing Unit ("RHU") said Henry Refused Plaintiff treatment (directly) or have nurses not taking my complaints.

239. After I filed complaints with CTHRO and Temporary Injunction (S) concerning these medical issues or medical Grievances against him He felt obligated to redeem him self (to look good), as if he's not holding grudges against me. So he inserted a foley catheter on or about 2-11-2022 to make it look good on his part. He then bragged about it saying "The state will defend him and I wont able to prove anything. Note: said Henry Mushi and Plaintiff had a history, dated back to 2017 at said macougall Infirmary.

240. On or about April ___, 2022. Plaintiff had an appointment with Neurology, but was not sent there. Said Henry Mushi came to my cell door [P-5] and I asked him for assistance undressing \Dressing and \or with transferring, but he told me, "do it yourself..." I also asked Deputy Warden Maldonado to notify medical unit about my weakness \exhausation and for the need for assistance, but none was given.

241. Due to the Lack of nursing assistance, Plaintiff missed his appointments [ Neurology \ EMG - Nerve conduct, etc.] Prison Officials \ DW Maldonado and medical staff knew that I NEEDED CNAs assistance in undressing \dressing or transferring. Note: This is normally done at the A & P Room or in his cell(s) for trips

45

242. Plaintiff's attempts \ requests for RE-SCHEDULE of these appointments were denied and \ or ignored by APRN Caplan and Doctor(s) at Doc-Health Services Unit. This is not the first time they REFUSED \ DENIED him Neurology \ Emg's, etc. It's been an ongoing issue since the first referral \ recommendation was made by ortho-spine in January 26, 2021 to this present date.

243. Plaintiff's pain in his Lower \ Upper extremeties has increased, placing him at great risk for Paralysis and \ or other Illness.
   - His back injuries \ hands injuries are keeping him from participating in daily activities and making it more difficult for his independent transferring. He has to pull up from off his top bunk bed in and out of bed \ wheelchair, putting strain on both injured hands; push up off his elbows and \ or propel his wlc leaving his injuries un-healed.

244. Plaintiff's hemorrhoids exacerbated. He's defecating blood \ blood-clots and \ or tissues in his stool.

245. Several envelopes \ containers were collected by medical staff and \ or officers, but went missing. Around _____, 202_, officer _____ collected one of these envelop \ container with poop-sticks swiped in feces. He gave it to a nurse named _____, but it came up missing and \ or un-documented. Another one was given to RN Adam Cummings, which also came up missing and \ or un-documented.

246. Around _____, 202_, APRN Caplan assessed Plaintiff for his hemorrhoids complaints \ diagnosis. She's aware that Plaintiff bleeds in his stool; has pain in anus, back and stomach, etc. when sits (especially on hard surfaces) and the envelopes \ containers collected.

247. Plaintiff requests to see a Doctor, who specialize in hemorrhoids and \ or for ULTRA sound \ colonoscopy, etc. were denied \ ignored by Jean Caplan and Pillai.

248. While his complaints to Rcoo Kristen Shea, Dr. Richeson, Dr. Kennedy about his hemorrhoids issue, and Jean Caplan's Pillai's and Shea's action went on deaf ears before any treatment was administered.

249. EXCEPT for hemorrhoid-pads to wipe, no other treatment was provided by any of his providers [including Dr. Feder], leaving plaintiff with this issue and the pain that comes with it. While his complaints \ grievances were un-responded \ Rejected by Rcoo Shea, Rcoo St. Pierre and HSAR coordinators Rosalee Walker and Janine Brennan, and DW Doran.

250. Plaintiff has an ORDER for Laxative \ Miralax "stool softner", but isn't receiving it in accordance with the order. Several nurses refused to provide him with [it] monthly or daily. He was told by these nurses that his Provider (Caplan) didn't change it (order) back to "Kop" (keep on person) or its still "DOT" (deliver on time). Therefore, he was left on their discretion. In most cases \ instances they forgot to put it on the medication cart, leaving me not having it to assist me with my toileting. This make it more difficult for him to use the stool and cause more bleeding, burning and pain in his anus \ stomach. On some occasions, he defecate uncontrollably \ randomly

251. Plaintiff has an ~~and~~ ORDER and \or * AGREEMENT for a therapeutic diet, aka "special diet". This diet is soy free; Nitrate Free; High-Protein and Lactose Free. He only get Beef Burgers and chicken with salad. He also get orange juice substitute for milk [to meet his medical needs]; Banana, orange and apple.

252. The Agreement is breached in more than one way. The kitchen at MacDougal is serving him several food products containing NITRATE, [sodium, additives, etc.]

* Bread with alot of sodium \ Gluten, etc; chicken loaded with sodium \ additives; Burger(s) with soy \ sodium, etc;

* oranges were stopped given to plaintiff, because kitchen workers got caught in the kitchen Housing Unit making "PRUNO" (liquor)

253. Per warden Barone and her successor (Dougherty), ORANGES no longer serve for security "reason" (ie due to the Pruno \ liquor made from them), making plaintiff lack the nutrients which come with or from orange(s). He hasn't received any orange(s) since February

47

January 2022. While apples are forced on him twice per day. One or two in the morning and two in the evening, breaching the agreement— Bananas, oranges and apples daily or weekly. The serving of Bananas \ oranges was always scarce. Prior to the time oranges were stopped by Warden Barone \ Kitchen supervisor (s). Plaintiff was told by Kitchen supervisors Phillips and Stepanian that apples were much cheaper and take longer to go bad. So this was why they purchase apples a lot.

254. Plaintiff spoke to DW Ogando sometime in April 2021 about his diet. He (Ogando) had Kitchen supervisor Oliver come talk to me concerning my diet. Kitchen supervisor Oliver promised that he'd address the issues Plaintiff complained of. For most part the issues were addressed. Plaintiff no longer receive Burgers with soy and Bananas \ oranges were served more frequently.

255. Around June 2021, It went back to the same. Inquiry was made and Plaintiff was told by unit officers \ Kitchen supervisors that both Kitchen staff and Kitchen workers were Rotated... *new guys took over certain position and these persons dont know how to make up the bags of salad \ Fruits, Juices, etc. said with Plaintiff's Food-trays. This went on for couple of months, depriving Plaintiff of his diet (in-full)

256. Numerous complaints were made to Doc-Dietician "Bob" (Robert Deveau) and Doc-Food services Director Scott Hastie about Plaintiff's Therapeutic \ special diet and the multiple violations. He wrote several letters to both parties for them to resolve these issues, but to no avail. Neither one of them answered his letters. Nor those emails sent to them concerning my diet.

257. Plaintiff also wrote to both mr Deveau and mr Hastie for them to provide him with a BALANCED DIET. He asked for un-breaded Fish to be added to the menu, and for other beans other than just Chic Peas, but requests were ignored. He also asked for gravy and \or sauce, but was given butter \ margarine.

48

258. Fish is the only meat contains Fishoil \omega-3 and Plaintiff is in need of this Nutrient, but is not Provided it.

259. Several Prisoners are provided with un-breaded fish. Yet Food-dietician Deveau and Food-services director Hastie refusing plaintiff this _____ as part of his diet. Plaintiff received un-breaded fish while he was housed at Garner Correctional Institution back in 2019, (and at MacDougll for Religious-Fests in 2021.)

260. Around 2020, Dr. Ingrid Feder Prescribed Fishoil for Plaintiff, but after he found out that it has mackerels or fishes Prohibited due to his Jewish Belief he had. Dr. Feder dis-continued it. He also Purchased Fishoil from the commissary, but said items were in it so he stopped taking it.

261. Per Mosiac-Law(s), "fish without scales are Prohibited for Isra'elites to consume. Prison Officials \ Providers are well aware of this, but are not doing anything to remedy this issue [lack of fish oil]

262. The lack of nutrients and\or a balance diet is a factor in plaintiff's nutrients-deficiencies and illness. And the combination of the NITRATE Products and lack of edible fruits, such as, oranges, pears, etc. force him into consuming eight orange juices daily, causing Acid Reflex, etc.

263. Around April 2022, Plaintiff spoke to both kitchen Supervisors Oliver and Stepanian about these fruits or about the missing oranges.

264. Plaintiff saw muslims getting oranges during "Ramadan" and other inmates for unknown reason. According to Stepanian, "she gave oranges to mushims for religious reason, but she can't give oranges to Plaintiff. Oliver Co-signed her statement. Both supervisors told me to gneve it if I didn't like it and I did., but warden Dougherty denied Plaintiff's grievance and refused to resolve the issue.

49

265. Plaintiff is served cereals without milk. [Soy free Non-dairy Products, etc.] He has to eat dry cereal since 2017 to present date. His requests for a non-soy Non-dairy milk were denied or ignored by Mr. Deveau and Mr. Hastie.

266. Plaintiff's requests for kitchen workers not to broil his chicken are ignored \ refused. Ms. Stepanian had the inmate-chef broiled his chicken during her shifts. Though Mr. Deveau told kitchen supervisors not to broil chicken, she ignored it or refused to comply with the order.

267. Said Stepanian and Bennett, who is the Administrative Remedies Coordinator ("ARC") are close-friends because of their relationship. ARC Bennett failed to conduct an adequate investigation into Plaintiff's complaints concerning his diet.

268. On several occasions, plaintiff made attempts to have Bennett resolve these issues concerning his diet, but because of her relationship with Stepanian and dis-like for plaintiff she shut me down each time.

269. Plaintiff had to abstain from eating several meals, due to the broiled-chicken, soy-burgers, ete that Stepanian had kitchen workers fixed \ cooked. Then when he reported [it] she grew hatred \ resent for Plaintiff and became spiteful and neglectful.

270. Said insipid food [broiled chicken] and \or soy-burgers caused upset stomach, vomits and constipations \allergic-reactions, and hiccups from the dried rice served to Plaintiff.

271. On or about April——, 2022, Plaintiff spoke to both kitchen-staff and unit staff about his orange juices \ oranges. Several prisoners were in the vicinity when we spoke. Inmate(s) [ ] heard Stepanian's statement about only Muslims will get oranges... Plaintiff will not get ANY for medical issue reason or at all. She then retaliated and started sending him apple juices 3x daily, because of multiple complaints

50.

that he made to Warden Dougherty, DW Maldonado, DW
Doran during their tour of P-Pod unit and via Inmate
Request Forms. He was also complaining to mr. Oliver about
Stepanian's action, deviating from the original agreement
This did not sit well with her hearing me complaining to
her supervisor or superior staff.

272. AFTER The complaints were made with the appropriate staff
to resolve the issues concerning my Therapeutic diet \
"Special diet" Warden Dougherty and Deputy Warden Doran
threatened me with discontinuing this diet. On on about
July _____, 2022, both parties visited P-Pod and sat on
seats infront Plaintiff's cell (P-5) to discuss issues that
are affecting me. DW Doran told me that I should expect
a letter from Head office (ie Doc's Health Service Unit)
Concerning discontinuation of my diet. I told him why
and what reasons this diet was issued and by who. He
(Doran) then said "we'll see!" since then it's gotten worse.

NOTE: ① Prior to the discussion concerning this and the other
issues, Around June 15, 2022, Wdn Dougherty, DW Doran
and other staff toured P-Pod. I was in the back of
the unit Just Finishing talking to Attorney George Welch
("MEDIATOR") For several complaints that I filed with CHRO
Concerning discrimination etc. According to Wdn Dougherty
they were there to see what my ADA issues are;
② Wdn Dougherty found a bag of apples marinating for
apple-pies. He then Lied in a disciplinary report that It
was "Pruno" \ home-made Liquor. Then used that to Justify
why I shouldn't get Fruits (oranges apples) and\or
orange Juices, etc; while my requests to resolve this issue was ignore
③ None of the ADA issues were not resolved. This was Just
a form of intimidation \ harassment to stop Plaintiff from
filing complaints \ grievances concerning his Diet and\or
ADA Violations; As of this date, no other discussion made about ADA
issues.
④ on July __, 2022, while the discussion was taking place.
Several witnesses heard us. Two of these witnesses Lived
next door to me. They can attest to all the above. Though
my diet wasn't stopped. They continued to provide me with item
outside the agreement, 5.1 and unprovide me with a "balance diet"

( They Later changed from Providing me with orange Juices
Twice Per day to once by giving me Apple Juices twice Per day. )

273. Between February 2021 and December 2021, Plaintiff filed
numerous complaints with Kristen Shea, Bob Richeson, Byron
Kennedy, Johnny C. Wright, **Gary** Freston, Colleen
Gallagher concerning my eyes and Dr. Smyth's
action. I also wrote several Inmate Request Forms
and \or spoke to Nursing Super-Visors **Nikki** Henderson
and Tawanna Furtick about the inadequate eye care
and his action, but to no avail. Then I spoke to Kristine
Barone and Damian Doran concerning my Lack of eyecare
and medical staff's action, but they didn't resolve these
issues. Both Warden Barone and Deputy Warden Doran Were
also informed about the Americans With Disabilities Act ("ADA")
Violations, occurred in the medical Infirmary Ward #4 \ Bos Rooms
Via Requests for Reasonable Accommodation and Face to Face
Meetings during their Personal -Tours of housing Unit, etc.

274. Around December 2021, Dr. Smyth examined Plaintiff's
eyes. The Pressure in both eyes was extremely high and
Vision Blurry. I asked him why it took him almost (1) Year
to examine my eyes and was told that no one let
him know that I wanted to see him.... contrary to
the flags \ alerts messages and face to face \ one -n-one
Conversations nurses had with him concerning my eyes.

275. Plaintiff diagnosed with GLAUCOMA \ PTREGIUM, etc. in
both eyes since 2014, where his eyes examine every 30 to
90 days [automatically] by an OD. Plaintiff also injured
his Left eye in an altercation back in 2018. Two surgeries
Were Promised to _reconstruct_ and _replace_ a damage
tube. one was done, but not the second. Dr. Smyth was
Well aware of this, dated back to 2018 - 2019 [A+ MCF \ NCI]

276. In December 2021, after Dr. Smyth saw that the
"Pressure" in both eyes, was extremely high, he Prescribed
two (2) eye-drops_ to bring down Pressure and \or treat the
blurry vision, etc. [so that when I see ophthalmology the
Pressure Would decrease, making him look not so bad.] He
knew that the dosage was too strong and was gunna cause a great
BURNING. BUT HE FELT THAT 52 HE HAD TO PREPARE ME FOR OPHTHALMOLOGY.

[BASICALLY, HE WAS IN A RUSH TO BRING IT DOWN (DIS REGARDING THE PAIN I WAS GONNA BE IN) AND\OR THE RISK OF MAKING MATTERS WORSE.]

277. He knew that both eye drops, given to me one after the other were too high in dosage (s), but kept **Plaintiff** on the eye drop(s) while the original eyes drops were discontinued by him. Several nurses were not "clear" on which eye drop(s) to administer. so for days \ weeks I went without any eye drop(s), due to the confusion.

278. Plaintiff contracted eye-infections during the absent of adequate eye care \ treatment. His eyes, particularly the **Left** eye became itchy, irritable, teary, redness, etc. and his vision became poorer. He had to change his Prescription-glasses twice. No treatment was given for eye-infections contracted.

279. Said Dr. Smyth was the optometrist at Northern Correctional Institution back in 2018-2019. He visits Northern C.I. and MacDougall C.I. one day of the week. His action then is no different from now. Most of it is stemming from rumos and\or complaints I filed against him and several co-workers of his. These complaints (including Health Services Administrative Remedy ["HSAR"], Aka medical Grievance (s)] were made between March 2021 and December 2021, and January 2022.

280. On or about January 23, 2022, Plaintiff was placed in the Restrictive Housing unit ["RHU"] at macdougall. During this period he saw Lieutenant Santiago removed his Prescription-Glasses from the compartment \ pocket of his wheel chair ["WhC"]. *The eye glasses went missing in his care. He took them saying, "He was gonna check with mental Health unit ["MHU"] *to see if I could have them while I was on Behavioral Observation status ("BoS"] \ suicide watch, etc*

281. When Plaintiff saw Dr Smyth at a Later date(s) his visions were worsen. He had to re-order new eye glasses to meet my vision. However, Dr. Smyth maliciously ordered "Lesser" tinted glasses, knowing that my eyes are sensitive to Lights. I complained to him and RCoo Shea about it, but issues still remain un-resolved.

282. Between January 23, 2022 and February 23, 2022, several nurses [ maisha McFadden, Nicole Ring, Janette markland-White, etc] took turns refusing Plaintiff his eye drops. Several witnesses [ Lieutenant Cordona and RHU officers] saw and \or heard these nurses telling me different stories concerning my eye drops. *one of them [Artificial tears] suppose to be taken (used) 4x days, but was not administered accordingly or at all, leaving injured eye dried and cracked. It would then itch me alot!

283. After a Long Protest, around February 28, 2022, Plaintiff was seen by an Ophthalmologist at uconn Pavilion Building. * The vision in both eyes, Particularly the Left eye gotten worse. Another visit with Ophthalmology around march 8, 2022, was made and recommendation was made for surgery to be done at Yale Hospital, but no appointment is\was scheduled for the surgery, Leaving Plaintiff with said eye complaints, and need for an adequate eye-glasses \Replacement.

284. Upon discharged from RHU on or about February 23, 2022, Plaintiff was called down to the Admittance and Processing Room [ "A&P Room" ] by officer Robledo. He gave plaintiff some "dark glasses"... saying, they were his, but they werent. * only to find out that officer Robledo conspired with Lt. Santiago and others to cover up the fact that santiago maliciously threw away my eye glasses on January 23, 2022.

285. Around _____ 2021, said officer Robledo was supposed to swap out a flat mattress I had for a new one. He told Plaintiff that he was gonna do this when he returned from his Hospital trip, but was seen removing the new mattresses from the A&P Room area to the Property Room, where I was not allowed to go to. When I told him that I saw him doing this and that I was gonna Preserve the video he said "Don't be surprise if there's no Footage of the video!"...

286. Around _____ 2021, said officer Robledo, erased several "TRANSACTIONS" from Plaintiff's tablet. The tablet was given to Plaintiff around March 4, 2021. AFTER Deputy Wardens Ogando,

["DW"] maldonado and unitmanager, counselor supervisor["CS"] santana intimidated \ threatened Plaintiff about transferring him back to Corrigan, if he continued to file complaints \ grievances, etc. Robledo conspired with them and \ or others to remove \ erase these transactions to keep plaintiff from admitting "them" into evidence in his complaint file with the Commission on Human Rights and opportunities and \ or a Temporary Injunction filed in New Britain superior court.

287. Robledo is a property officer at MacDougall C.I. He is responsible for activating \ deactivating inmate's tablets, replacing \ issuing of tablets, etc.

288. Dw maldonado had Robledo called me down to A&P Room for him to replace Plaintiff's tablet. During this period, he erased the transactions from march 2021 through september 2021, making it impossible to substantiate my claim that Ogando, maldonado and santana used intimidation and threats to get Plaintiff stop writing complaints \ grievances. NOTE: ① Plaintiff spent over $2,000.00 on music between march 2021 and July 2021; ② Corrigan, [where they threatened to transfer me to] didn't have tablets yet and it's a facility that prison officials use as a form of punishment; ③ They were aware of what happened to me at this facility, etc.

289. Around November 2021, Unit Counselor Angela maiorana gave Plaintiff a new mattress. It was given to me "Per Warden Barone" under one condition... If I stop writing up stuff or stop making complaints about the ADA violations, such as, the Legal call \ Type-writer Rooms, which are wheel chair in-access -ible and the Lockers \ bins inside my cell which are also in-accessible *[I would allow to keep my medical mattress and this one]

290. After Plaintiff continue to make complaints about these issues and the time comes to swap out the mattress they decided not to do it saying, "Johnson you never kept your part of the bargain so for that reason we wont give you a new mattress... sleep on the one [medical-mattress] issued to you."

55

291. On or about January 23, 2022, Plaintiff made numerous requests to speak to someone from the mental Health Unit ["MHU"], due to a situation that was provoked by Officer "Doyle". His requests were not met.

292. At around 10:30 AM officer Doyle closed Plaintiff's trap-window in his door before he received his entire Lunch. He was waiting for his bag with salad \ Juices, etc when officer Doyle closed his trap-window and refused to reopen it.

293. Doyle then became insultive and abusive towards Plaintiff, calling him all sort of names, such as: Faggot, snitch, Lil Bitch, etc. Several Inmates [including Brian Ebron] were in the vicinity when Doyle was calling him names.

294. Plaintiff then covered his window to get unit staff to call a supervisor \ MHU, but to no avail. His window was covered from around 10:45 AM through to 1:23 PM. At around 1:23 PM A Lieutenant by the name of Bujnicki ["Lt. Bujnicki"] toured and stopped at my cell. He asked me to un-cover my window and I did.

295. Petitioned by Lt Bujnicki, Plaintiff complied with all orders given to him. Plaintiff [again] requested to see MHt staff, but was told, "You won't see one on my clock... Suck It UP!"

296. Plaintiff began to beat his head on the glass-window and Lt. Bujnicki incited him saying", Beat it harder til blood gushes out". Note: ①Around January 05, 2022, said Lt. Bujnicki was witnessed by Plaintiff and several other Inmates telling another Inmate [Luis Santana] something similar, as he was reaching out for MHU help. Inmate Luis Santana was threatening to harm himself when I heard Lt Bujnicki saying, "Go ahead! Who cares... hang up I don't give a Fuck and \ or words to this effect." Bujnicki was also heard by Plaintiff and several other Inmates refusing Inmate [Vernal Morgan] housing in a safe environment, as

56

he was complaining to Bujnicki about issues he had in ms cell. That inmate got into a fiant \ Placed on Bos Later that night or Morning. Said Bujnicki is responsible for the death of one mark Lauria, who hung up in RHU; due to Bujnicki and MHU staff negligence, I heard mark Lauria complaining to Bujnicki about MH issues \ safety issue. before he killed himself.

297. Between December 2021 and January 2022, Plaintiff called the Connecticut State Police and made several complaints to them about Bujnicki's threats to "Fuck me in the Ass" and other statements concerning PREA.

298. Prison officials failed to make a profile or separation between Bujnicki and Plaintiff. Note: one of the reason for this is, Bujnicki was sexually involved with warden Kristine Barone who is now retired. I filed a complaint with her and DWs: Ogando and Doran about Bujnicki's actions for the instances and incidents mentioned herein, but she didn't do anything about these incidents. INFACT, Minutes Later after he neglected and incided mr Luis Santana he went to get her... she toured with him to calm the Uproar and resentment Prisoners had concerning mr. Santana's incident.

299. AFTER Plaintiff beat his forehead on glass-window, breaking [It] Bujnicki conspired with Lt. santiago and medical staff to cover It up, by not taking Pictures() and/or not filing any incident report.

300. Medical staff \ MH staff did not evaluate or treat me, [for my swollen forehead asided with minor bruises, etc.] Plaintiff had a concussion that was [noticeable] visible that he made complaints abouts but they downplayed It.

301. Bujnicki witnessed Plaintiff breaking the glass-window by head butting [It] yet he had Doyle placed himself at my door and wrote a disciplinary report ["DR"] ; AKa "ticket!" While he had Lt. Santiago removed Plaintiff from P-Pod and Placed him in RHU, and then to medical Infirmary on Bos. Note: A Video is preserved to substantiate this claim.

5

302. As a result of these actions Plaintiff suffered great Pain, Physically and emotionally. He was Placed on Four-Points Restraints; Sprayed with chemical agent and wasn't de-Con-taminated Property; had chest Pains and was taken to saint Francis Hospital Six (6) times; had to sleep on Mattresses Flat and Lumpy, etc.; slept in bright Lights 24\7 and sub-Jected to Noisy and stinky environment. Plaintiff was also denied drinking Water, Leading to dehydration and admittance to saint Francis Hospital/Intensive care unit ["ICU"].

303. Between January 23, 2022 and February 23, 2022, nurse "Janette" Markland-White refused to administer Plaintiff's Medications...she told him that Per Policy she is not allow to come inside his cell to Give him several medica-tions \Assessment, etc. she then would attempt to and on Some occasions give correction officers Plaintiff's medications and\or diapers to give him. If or when I refuse to have officers Pass me my medications or diapers she would write [It] as a REFUSAL.

304. Around February———, 2022, said Janette refused to assess Plaintiff for back complaints. Plaintiff was \is unable to sit Uprightly. He Loss Power in his back and was trying to get Janette to take a look at his back, but she told him "With or without officer(s) I Am Not Coming INSIDE YOUR CELL"... I asked her to alert \flag my Provider about it, but was told "when she [Jean Caplan] Sees you you should tell her at that time, etc" she also Left the Wrong medications with me [Passed out by officer(s)]
* On one occasion, I held the cup of tablets until Lt. Betances\ Lt. Cordona came with camera and recorded it before giving them back.

305. Several correction officers and Inmates knew that I was wearing diapers, because Janette and other nurses gave them these diapers to hand me and\or Left a bag of them outside my cell \room, Leaving Inmates with this Private Information [as they went by my cell \room]. These

officers and Inmates made Jokes about Plaintiff wearing adult diapers, pushing him over the edge. This would sometime goes on for hours daily [during my stay in RHU since 2021-2022].

306. On or about February 16, 2022, Plaintiff had to go back on BOS because of the impact the jokes and statement[s] etc. Nicole Ring made concerning Foley catheter; ["who needs a catheter hanging out their dick!"]; Maisha McFadden made ["What you expect coming from a man who's over Fifty Years old, wearing diapers?"]; and the numerous of comments made by both correction officers and Inmates. Plaintiff began to have thoughts all over again of hurting himself. When he heard these things.

307. MHU\ Clinician Bill was notified about these things. I told Bill that I wasn't feeling right and was back in a "dark-place.". He responded, "Johnson you been in a dark-place since 2017, etc". I then asked him to put me back on BOS until I overcome this, but he refused to do so. Then he left.

308. Unit staff notified Lt Betances and he called back Bill to RHU. By this I began to beat my head on the wall(s) until they place me back on BOS. I stayed on BOS for another week [2-16-2022 thru 2-23-2022]

309. sometime in 2021, Dr. Lalitha Pieri assigned William "Bill" Gilliand as my case-worker\ Clinician, knowing that he holds grudges \vendettas towards Plaintiff.* Bill wrote me a DVR for threats in 2021 and diagnosed me of being Anti-social and narcissistic. etc.* Then conspired with Prison officials back in 2017 to Place me on suicide-watch saying, I was decom-position, etc". * several instances occurred where Bill wrote falsely in his Notes that we met \ talked and I was doing fine, etc. while he would show me the "PEACE SIGN" upside down [meaning the opposite of its meaning] and called me retarded --- and other names. Yet Dr. Pieri kept him as my case-worker.

310. I wrote several Letters to Dr Kocienda about Bill's Action and Dr. Pieri's failure to remove and re-assign someone else, but to no avail. I also wrote to Dr. Burns concerning this issue.

311. Plaintiff spoke to several clinicians (including Dr Pieri Face to face about Bill's action. He also spoke to APRN Helena Morris and Nurses about this adverse action, and about a possibly transfer to Garner or another housing unit, due to Lack of MH Treatment.

312. Back in 2007, plaintiff was sexually assaulted by one or two inmates at Cheshire Correctional Institution. He was housed in Garner, where he completed several Mental Health Programs and received treatment on \off for two to three years.

313. Doctor Craig Burns treated Plaintiff for multiple MH Issues at Northern Correctional Institution. I made it known to Dr Burns and Mental Health staff that they need to review my entire Mental Health Records, because Dr. Burns "Refusal" to investigate Dr. Gagne's action, and the "Prevention" of administering adequate MH Treatment is a contridiction to Plaintiff's Claims.

314. Plaintiff has filed a writ for Habeas Corpus concerning medical \mental Health Issues in the Rockville Superior court. I spoke to AAG, DeAnn Varunes several times about the MH Issues to get Dr. Burns to resolve them. She told me that she would have All three parties [ Dr Burn, Dr. Preston and Petitioner] sit in the same room to resolve these Issues, but this didn't happen.* She was also made aware of the Issues Plaintiff is having with medical staff \ Jean caplan (in Particulary) concerning his medical and Health Issues. I also specifically made ms Varunes aware that Jean Caplan gave "False statement" to staff Attorney Jennifer Lepore, who represents Jean caplan and others in several complaints filed with CHRO Cie., Commission on Human Rights and opportunities].

* APRN Jean Caplan Lied to Attorney Lepore that she did not push Plaintiff back to L-pod on 3\15\2021 From the medical unit. Several witnesses saw her pushing me back in my wheel chair to L-Pod. one of them is clinician Kathy Ferrone (csw) who was with us. AFTER this was known to ms Varunes \ Ms. Lepore, captain Fleming who is the Freedom of Information [ "FOI"] Liaison's and\ or Supervisor conspired with DW Damian Doran and others to cover It up by erasing the Video. Plaintiff also wrote to ms Lepore about this issue. While his Rebuttal \Response to Lepore's

60

Response went missing in the mail-room. NOTE: [1] Damian Doran is placed in charge of the mail-room. This is not the first Plaintiff's legal mail(s) went missing. [2] He is nick-named "J. Edgar Hoover" for his illegal action concerning inmate's mail. [3] He told Plaintiff in an inmate request form(s) that "OUTGOING legal mails marked "confidential\privileged-mails," addressed to DOC employees (sent to 24 Wolcott Hill Road) don't need to Log, etc; [4] DW Maldonado took pictures (with her phone) of several pages of OUTGOING MAILS LIST I showed her around then brought it to DW Doran's attention. He then wrote all of the above mentioned herein. This way Plaintiff will not ABLE to track his letters and\or prove that several defendants mentioned herein can lie that they weren't\aren't aware of Plaintiff's issues, etc. Several FOI requests were made to the FOI Liaison(s) supervisor Fleming for copies of outgoing mails, but denied, due to this action.

315. As a result of this action, Plaintiff was unable to present FOI requested documents\dates of letters mailed off and\or evidence(s) to substantiate several claims or complaints filed with CHRO, courts, etc. This action has caused great injuries to these cases and\or deprived Plaintiff the remedies he needed to resolve these cases/issues, etc.

316. Around July 13, 2021, several prison officials from the DOC head\central office and RCoo Kristen Shea toured P.Pod unit. Plaintiff spoke to two of them [William Mulligan, who is the Deputy commissioner and Kristen Shea, who is the Regional chief operation officer (RCoo)] about the inhumane conditions concerning his housing unit\ADA violations and medical issues that were\are affecting his health.

317. DIc Mulligan was mostly concern with Plaintiff's numerous complaints that he filed against Wdn. Kristine Barone, who was his girlfriend at the time. He said to Plaintiff "Why when I was warden here [at MacDougall] you never filed any complaints against me, but filing all these complaints against Kristine?" Several inmates who were in the vicinity heard it. WHY ARE you doing it? WHAT IS your end-game, etc?

61

318. When I told him that wdn Barone \ Kristine is not-Like him and is constantly being neglectful or spiteful towards Plaintiff. He asked "in what way?" I then informed him of these issues \ most critical parts : the showers and ADA issues. Mulligan told me that he would speak to Colleen (i.e. Director Colleen Gallagher) About the showers only.

319. On July 13, 2021, when I spoke to Rcoo Shea she told me by making a sign of how thick of a Letters \ complaints she had from Plaintiff. She told me " Mr. Johnson, I was gone for some time and need to catch up on my mails. Give me some time and I will respond to them, etc. Several \ Inmates heard Rcoo shea saying, this to me, and Video Footage is preserved, Capturing this instance. Yet at a Later date, She denied having any Letters \ complaints un-answered and \or received coming from Plaintiff. Currently, she is Not responding to any of my complaints.

320. I made complaints to her Supervisor Bob Richeson about her action. Kristen Shea allowed the nurses \ APRN Caplan, APRN Goodman and others under her supervision to continue their actions in UNPROVIDING Plaintiff adequate Medical Care \ Mental Health treatment etc.

321. Said Rcoo Shea Kept several meetings with medical staff \ Prison officials, where they discussed "how to Contain Plaintiff." One of these ways is to use Jean Caplan to downplay his medical complaints...Another way is to not answer to his CN9601, Inmate Reavest Forms \ Letters. Several nurses \ officers disclosed these informations to me, saying "they Kept \ Keeping a Johnson's meeting"...

322. Several Requests to obtain medical records from Medical Records clerk ("MRC") Julio Rodriquez were denied or not met. While He was "SELECTIVE" in the records he furnished Plaintiff. Some of these health records were Promised to me by Ann-mary Onwuazor, who is the Health Records Supervisor, but Promise was not Kept. Others were health records Plaintiff requested at later dates. Note: A Judge at Rockville Superior Court Granted Plaintiff's Request For Production \

Discovery motion in his medical Habeas \ Docket # TSR-CV21-5005852-S For Health Records, dated September 2020 thru September 2021.

323. These health records were altered and\or incompleted by Julio Rodriguez and medical staff to [Prevent Plaintiff from Presenting evidence for Rebuttal(s)\ Response(s)] For his Pending Complaints \Grievances, cases. Some of these records are ALERTS \FLAGS messages and EMAILS concerning Plaintiff's Health care.

324. Several complaints were made to Colleen Gallagher, Director of DOC-Health Services Unit \ ADA or Disability Rights Coordinator, Rcoo Kristen Shea, Nursing Supervisors Tawanna Furtick and Nikki Henderson about Julio Rodriguez's Action. Plaintiff also made complaints to supervisor Ann-Mary Onwuazor and AAG DeAnn Varunes, who is the Attorney on record for the medical Habeas matter, Pending in Rockville Superior court. But none of the health records that were altered\ or incompleted by Julio Rodriguez was given to Plaintiff.

325. Plaintiff suffers as a result of their action. He feels like If the Judge(s) on these Legal matters were able to review these missing health records they would have GRANTED his Requests For Temporary Injunction(s), filed in New Britain \Rockville Superior Courts. Or in his CHRO complaints and Department of Justice [DOJ], etc. He wouldn't have suffered for so long continuously. For the ADA Violations, Medical Issues and mental Health Issues mentioned herein.

326. Around ————2022, Plaintiff spoke with colleen Gallagher about the continuous ADA Violations, Medical Issues [Particu-Foley-Catheter] and medical Records, etc. Several Inmates were there. She told Plaintiff that "she has a LOG of my Letters \Complaints and Grievances filed with DOC-Health Services Unit". I requested a copy of these Lists\logs, but it appears that after she realized how damaging [It] would be to DOC Officials she recanted her statement in a Letter that she sent to Plaintiff at a Later date. While she conspired with medical staff and \or Attorneys for DOC Not to Provide Plaintiff with these health records. OR Instructed Julio Rodriguez to be "selective" with those records he gave me.

63

327. Between March 2021 and April 2022, Plaintiff requested Preservation of video Footages and for copy of documents that are relevant to his health care and for safety through the Freedom of Information ["FOI."] These requests were not met, due to a cover up initiated by Deputy Warden Doran who instructed FBI Liaison Reeves and her Supervisor, Captain Fleming not to Provide Plaintiff with these infamhaus and to remove videos he Seeks.

328. AFTER I made complaints to retired Warden Kristine Barone concerning their action she said in writing to white Carcoves (again) for the documents I was seeking. I did, but when I returned the Special Request Form for deduction of Fees for these documents the SRF (s) went missing. several other attempts were made to obtain them, but same result.

329. Around March 2021, I preserved a video that has evidence on it to substantiate my claim concerning Apex Jean Caplan False report. She lied to Doc Staff Attorney that she never Rushed Plaintiff back to his Housing unit (Forced \44call) On March _____ 2021. They removed and/or destroyed the video and tampered with the Log Sheet Book.

Note: Prior to Warden Barone's retirement she put DuRoman over \in charge of the mail-room and FBI office, so he could monitor [my] requests. He then was given the name "J. Edgar Hoover" for his illegal acts concerning Prisoners' mails, Videos, etc. Down took up several Positions that one not his official duty, Several Letters then come up missing

330. Several other FBI Requests for Video Preservations were not met. In February 2022, I gave Lieutenant Cardona two (2) Inmate Request Forms containing requests for video Preservations, Lt. Cardona told me that he Personally gave them to Captain Fleming. One of the Requests came up missing. These requests were (again) evidence that could substantiate Plaintiff's claims made in complaints filed with CHRO, DOJ and courts, etc

331. These "spoilages" and/or destructions of these videos and Failures to Provide me with these documents have done great harm to my cases, and kept me from accessing the courts)

332. Numerous complaints were made via Letters to Comm. Angel Quiros, D/A Nick Rodriguez, Dr. Santiago, Jennifer Lepre (Doc staff Attorney) concerning these actions, but these issues were not resolved. Then when I made requests for a copy of
(a) out-going mails addressed to several Doc employees for this time.

333. Between June 2022 and July 2022, Plaintiff had multiple Foley catheters inserted at Saint Francis Hospital to assist him with emptying his Bladder. These Foleys were removed, due to a Policy that not allow Prisoners in general Population to wear Foleys. According to Prison officials the WEARING OF FOLEYS IN GP create a safety \ security issue. For this reason medical staff secretly conspired with Custodial staff to keep Plaintiff from wearing his foley in P-Pod, where they claim It's a SANITARY ISSUE Because Inmates recreate \ Eat \ Feed, etc in the general day room \ open-tier. It also causes safety issue(s) for Plaintiff, placing him at Risk for assault.

334. On July 18, 2022, Plaintiff made numerous complaints to medical staff concerning urinary retention \ chest pain and was called down to the Medical Services Unit. Two (2) Nurses Heidi Whiteley and Gina Burns assessed him then sent him back to his housing unit un-treated - These nurses told me that they are Placing on the SICK CALL List to see his Provider (Jean Caplan) On 7/19/22 Knowing that she was out on vacation and not due back 'til one \ two week(s).

335. On 7\19\22 Plaintiff did not see Jean Caplan nor any one else (Provider). Prior to this date, he complained to several nurses that he was having continuous urinary retention. According to these nurses several FLAG/ALERT messages were sent to his Provider or to Supervisors concerning the issue. Then around 7\21\22, sixteen hours passed without me urinating. A nurse name Joy made attempts to send me back to my housing unit with the said Story / Lie that Heidi and Gina told me on 7\19\22.

336. I refused to go back to my housing unit un-treated and threatened to stop at the Lieutenant's office and make complaints about their action. Hearing this a nurse name Sopia _____ (interjected) and told Joy to Notify the ON CALL Doctor. she did and I was sent to Saint Francis Hospital Where treatment was administered.

337. During this Period, APRN Akina Richards was available and \or Filling in for Jean Caplan, but due to the fact that Jean Caplan is her Close-Friend or (sister as Jean called her) she REFUSED to treat me or send me out to the Hospital.

65

＊According to nurse Adam Cummings, "APRN Richards was the only Provider here and we are busy, etc." Note: There are about Five (5) Providers in total at macDougall. Two (2) of them (Dr Pillai and Dr Lupis) work week days between 7:00am and 3:00pm; Sometime on overtime "OT." and Dr. Naqvi who works next door at Walker an adjoining building with macDougall ("MWCI") who visits Macdougall Sundays and Sometime week days. the other two (2) are Advanced Pratice Registered Nurses (excluding Caplan)

338. APRN Richards and medical staff were aware of Jean Caplan's action (un-providing adequate Health care) and were a part of [IT] this is why She refused to See me because she didn't want to over-step her boundary and/or interfere with what her close-friend \ Sister has in place.

339. On or about June ___ , 2022, Similar complaints were made to medical staff concerning chest pain \ Retention. After being assessed by a nurse name Dianna she made call(s) to the on call Doctor Who was Cary Freston. This Doctor did not call her back, because he knew who I was and was Listed as a Witness to testify at a trial that is now scheduled for September 08, 2022 [For a medical Habeas case].

340. Nurse Dianna sent me out Without his approval, due to the urgency of the matter. A Foley was Placed in, but was removed Later due to Macdougall's Policy concerning Foleys in General Population "GP."

341. Doctor (S) at Saint Francis Hospital requested Urology in Fourteen-Days, but this was not done. Around 6\30\2022, APRN Caplan Summoned Plaintiff to the Medical Service Unit "MSU." Her intention was to cover up her inadequate treatment. So she turned it around and gave me a chart For 30days "measurement and diary" of my Output, etc.
＊This was next to impossible, because I was Wearing Briefs\Adult-Diapers and she asked me to Log how saturated they were \are. Note:① The removal of the Foley was done Prior to the issuance of this chart; ② Doctor (S) at Saint Francis wanted me to keep my Foley For measurement\diary

342. On 7\18\2022, I gave the chart to Heidi and Gina. They must have Lost it, because Jean caplan asked me for [IT] on 7\29\2022.                    66

343. When I saw APRN Caplan on 7\29\2022, She told me that She was only gonna see me for the chart that she gave me. Before I could get few words in, She called the Officer and Certified Nursing Assistant to take me back to my housing unit. Therefore, my Other complaints went unattended \ unresolved. This is not the First time my Provider refused to see me for other medical complaints When this do happen She would write in my charts that "I refused treatment or that my Complaint(s) (ie the one she saw me for) was addressed."

344. Several complaints via Letters, Grievances, Temporary Injunctions were Filed With Her Supervisors [Dr. Wright, Dr. Kennedy, Dr. Richeson, Dr. Freston]; Grievance Coordinator and Director Colleen Gallagher, and Rockville Superior court and New Britain Superior Court to resolve these issues and \or to obtain adequate treatment. Complaints \ Requests For Reasonable Accommodations were also filed Concerning ADA Violations with Commission on Human Rights and Opportunities "CHRO" and ADA coordinator, Captain Walsh who is now retired and *(Successor) ADA Coordinator McMillan. Note: DW Doran took it upon himself to respond to my most recent ADA Requests.

345. Plaintiff has diagnosed with NUTRIENTS DEFICIENCIES, dated back to 2017. This is one of the reasons he's Placed on a special-diet. However, when he saw Providers at Saint Francis For Chest Pain \ Retention he was told that his other medical issues are not emergency so they can't treat him for these issues the Provider(s) at my Facility has to look into these issues. One of these issues is Low Iron or Anemia. My hands \ Fingers and Feet \ toes are constantly cold. Even in summer \ heat I have said symptoms. Yet Jean ignored my requests for testings concerning my Iron Level\ Anemia, etc. Sometimes I get Lightheaded and Blackout (temporarily). If I was receiving a Balance-diet with green-Leaves \ vegetables and Fish oil \ omega-3 this issue(s) would've been resolved, but my Provider wont order these tests to fix the Problem. Nor is Prison officials reaching out to Doc. Food Service Director Hastie and Dietician Deveau to provide me With these Nutrients \ Foods that am in need of. Nor am I receiving Vitamins and Minerals or Supplements, etc. This is An ongoing issue eversince [APRN Jean] became my Provider. (in March 2021)

67

346. APRN Jean Caplan dis-continued several of my medications that were prescribed and \or recommended by another Provider or Specialist(s) just to be spiteful to Plaintiff. Some of these medications are Pain-meds, vitamins,etc.

347. These medications(Particularly vitamins)are not as the ones Prison officials made available to Purchase through the commissary or they don't help Plaintiff resolve his issues with Nutrients deficiencies \Pain,etc. For Example: Plaintiff did [Purchased] Fish oil when he was able to afford[it], but because it contains Fishes (mackerels and Possible Others) he had to stop taking it them and the ones issued by Dr. Feder due to religious Prohibition in the Mosiac Dietary Law concerning the Fish(s) Isralites should eat or not east. While there is not one Vitamin(s) Persons Like Plaintiff can Purchase Through the commissary that contains Iron \other nutrient(s) to resolve his Low Iron issue(s)

348. As a result of this action or the lack of adequate treatment Plaintiff's body weakness increased; headaches\ migraines, Black outs became more frequent; hands \Fingers and Feet toes are constantly Cold s and with a combination of the above and non-balance diet he's receiving his illness exacerbated.

349. Around November 2020, January 2021 and March 2022, In multiple instances Plaintiff visited "Specialist(s)" at Uconn Hospital \ Saint Francis Hospital and \or Backus Hospital where they noted in his medical records that his urinary incontinence \Retention is possibly a compression of his Bladder or it's related to his Lumbar spine issue(s), causing Neurogenic Bladder. His Providers(Jean caplan particularly) overlooked their evaluations \recommendations or orders, due to grudges and\or instructions she received from her supervisors.

350. Several Requests were submitted to medical Services unit and medical staff Placed Plaintiff's name on the Provider(s) Sick-call List to be seen. Medical Staffs who are responsible for the Provider's sickcall List and\or the Provider(s) took his name off this List or refused to see him. Sometime nurses who are responsible for P.Pod sickcall refused to assess Plaintiff. Prior to Sick call assessment that is on

68

tuesdays for P-Pod, a nurse would evaluate the Prisoner (after he made request via CN9601 Inmate Request Form) outlining the issue(s) Then Place his name on his Provider's Sickcall List and/or send his Provider a Flag\ Alert message concerning the issue(s). These Inmate Request Forms either went <u>missing</u> or <u>not</u> process according-ly to Medical Services Policy. In some cases Plaintiff hand-deliver his request(s), but still receive same response.

<u>Note:</u> This is one of the reasons <del>why</del> Dir. Gallaghers, Rcoo Shea and others decided to **discontinue** or cancell PROMPT-CARE, Because several Prisoners <u>signed</u> the Prompt-care List\Sheet(s). --When did so it's too many Prisoners-(witnesses) to say they signed (it) than just Plaintiff, who they constantly accused of not sending Requests to medical service unit, etc. Plaintiff had this talk with Colleen Gallagher and requested a copy of the logs for the Prompt care sheets he signed.-- they then (right about The said time) cancelled PROMPT-CARE and placed back sickcall Request, where they can just say, "Plaintiff didn't write" or "they didn't receive his request Form, etc" <u>while some nurses wont accept hand-delivery Requests so that they can Lie."</u>

351. Some of the visits at "ED" for chest pain\ Retention com-plaints Plaintiff received treatment(s) <u>ONLY</u> for the chief complaints. Doctors told him that the other complaints are to be addressed by the Provider(s) at his Facility. Sorry! We can't do anything <u>ONLY</u> for the chief complaints. Upon coming back to the Facility, several nurses who working in the out-patient department at the prison sent me back to my housing unit without doing anything about the other complaints. one nurse (Gloria) told me -- "what can I **Possibly** do for you that the Hospital could do for you! "Johnson you should've said something to them out there about it, etc." In some instances they let a CNA do my vitals then send me back. Then write that I refused to be seen. (Or something in their Favor.)

352. several complaints were made to Rcoo Shea, nursing supervisors (Furtick and Henderson) about this action. I also wrote letters to Doctors [Richeson, Kennedy, Wright and Freston, and Dir. Gallagher] Concerning their action, but to no avail.

353. Plaintiff made inquiry about <u>who</u> is working at the outpatient dept. and found out that in most or several Instances It's Mushi, Mantell, Joy, McFadden, Candelaro, Baez and Bonettia (nurses) who hated me.

354. This same group of nurses would work in the Restrictive Housing Unit "RHU" between March 2022 and June 2022 and/or in the Infirmary on numerous occasions and refused me my medications, failed to assess me for hunger strikes or take my complaint(s) and/or administer Nursing assistance. According to these nurses "Johnson gets nothing!" Since he wants to write up staff... let him write the President of the United States." One nurse (Gloria) told me; "Johnson, I work for the State. They're gonna defend me. They're not gonna believe you a con' prisoner over us!" NOTE: This said nurse once told me when I asked her to bring my meds inside my cell because I couldn't walk... CRAWL AND COME GET IT!"

355. Some of these Nurses failed to document my complaints and/or created false reports concerning my complaints. Sometime because they knew that am easily agitated They would provoke me then leave saying "am too loud!" or stuff of this effect Just so they could not administer treatment and/or hear my complaints.

356. Several Letters \ Inmate Requests were filed with their supervisors concerning their action, but to no avail I also spoke to RCOO Shea about the destruction of my medical records, denial \ refusal of providing me with copies of my Health Records and my conditions.

357. During these periods and/or instances I had to go without my medications, which are for Pain \ (High BP, etc, Eye Drops) As a result of their action(s) I suffered tremendously:
- defecated \ urinated on myself \ beddings, etc; Fell; Contracted UTI and placed @ future risk for multiple Illnesses; denied \ refused the opportunity to be seen by a specialist to get my medical issues resolve, and was forced into not eating and thoughts of hurting myself and/or others increased.
- In addition, when outsiders \ medical staff read my Health records and saw word such as; "MALINGERING" they automatically assumed that nothing's wrong with Plaintiff.

70

358. On July 18, 2022, I spoke to Director Colleen Gallagher concern-my Foley. I asked to speak to medical staff about placing it back in. because I was having symptoms of retention, etc. she told me that "that was a medical issue and not ADA issue. so I should talk to my provider\medical staff. she also told me "Johnson, you should do straight-catheterization and stop using your religion as an excuse!"

359. Attorney Nicole Gagnon \ILAP Attorney] sent Prison officials an email concerning Plaintiff's complaints of retention and\or difficulty with his urination. This is why Director Gallagher came to see me that day. Note: Ms Gallagher said that Foleys are not considered ADA assistive device

360. On July 18, 2022, during second-shift [ie 3pm - 11pm], Plaintiff was called to the MSU where he saw Gina Burns and Heidi Whiteley, two registered nurses concerning the above issue (and chest pain complaint.)

361. Both nurses assessed me. *Gina did my vital signs. but as I was about to look over...the device she used to see my BP; heart-rate; pulse, etc. she turned it away then immediately turned the power off so I wouldn't able to see [it]. while both nurses refused to do an EKG. They also refused to notify the ONCALL Doctor concerning the above issue(s). Note: Both nurses wanted me to do straight-cath', etc

362. Heidi checked my stomach that was bloated. but said "your stomach is fine... I'll put you on the list to see Jean [caplan] tomorrow when she comes in." I was then sent back (forcefully)to my housing unit. They called The Lieutenant's office and a Lt. showed up with a group# (correction officers) who used threats\ intimidation to get me to leave the MSU.

363. On July 19, 2022, I called my mother [Luncie Anglin] and asked her to call Attorney Rachel Minsky \Disability Rights Connecticut about the above issue(s). I also spoke to a RN [melissa] that morning [7\19\2022] about the said issue(s) and requested to have my Foley place back in, but to no avail

364. Plaintiff had to start drinking limited amount of fluids.(Just enough to keep his organs moist)to prevent further damage to his bladder or an explosion of [it], etc. During these periods, he had severe pain [intermittent chest pain, cramps. pain in testicles, bladder\urethra, etc.]

365. For the next couple days, Plaintiff made said complaints to few nurses [ Clement, Jennifer, Adam Cummings ]. Adam Cummings who is a Head-nurse told me that my Provider is away and not due back anytime soon. He also told me that only Akina Richards, APRN is here. We're short of staff. You should just self-catheterize if you need to empty that bad, etc"

366. Akina Richards who is also a Jamaican and a member of the West Indian-community was introduced to Plaintiff by APRN Jean Caplan. She was always inside the medical office when Jean Caplan's seeing me. During one of those instances Jean Caplan told me that Akina Richards is more than a friend. "She's my sister" stated APRN Caplan.

367. On one occasion (July 2022) I saw APRN Richards in the medical services unit hallway and asked her why she's refusing to see me concerning the issues noted herein? She replied. "I'm not gonna go over Jean's head... Let someone else deal with that". I then said to her, but Ms. Richards you're a "yard-woman" [Jamaican] like myself so what's the problem?" APRN Richards replied "Chena McPherson] is my best-friend. We talk almost every day. She told me about her relative who your friends murdered!" Plus you have a very BAD REPORT Here at Macdougall with Captain Walsh (Michelle) and your own kind..."

368. On July 21, 2022, around 2:30 Am, I stopped an officer who was touring the P-pod unit and made chest pain\Retention complaints to he. He then notified the medical services unit about my complaints

369. At around 2:50 Am, two Certified Nursing Assistants\Janitor came and got me. No medical staff was accompanying them. The officer called back medical services unit for a nurse, but (one) didn't show up

370. Upon arriving at the MSU, a nurse (Joy) assessed Plaintiff and an EKG was done. Joy refused to notify the oncall Doctor about my symptoms\elevated BP, vital signs, etc, but nurse (Sofia) who was with her told her to call the oncall MD. This was done only because I refused to go back to my housing unit and made threats to have

72

them answer on audio camera why they're not following Protocols. 16-18 hours have elapsed in Plaintiff's retention. During those Periods [July 18 and 20, 2022] his urination drastically changed. Then around eighteen hours from July 20, 2022 to July 21, 2022 he retained, etc. Both nurses were well aware of this, but at first refused to call the ONCALL MD. Note: ① Macdougalls infirmary has no Bladder scanner and several of the nurses are "Licensed Practice Nurse"(s) who are not allowed to administer straight-catheterization \ Placement of Foley. ② Female nurses who are "registered nurses" don't do either. They (discriminatorily) said, "it's a male-nurses Job not their. ③ This is a statewide issue in all male-Prison facilities.

371. Due to this socalled "Policy" among Female nurses and the lack of equipment [Bladder scanner], lack of training, etc. Plaintiff suffered both physically and emotionally

372. On July 21, 2022. Plaintiff was taken to saint Francis Hospital and treated there for chest pain \ retention, etc. A Foley was inserted, but was later removed by medical staff to make it convenient for Prison officials "No Foley catheter in general population ("GP")\ Policy!" (Again) Like the others (that they have removed) No note is made of these removals.

373. According to DW Doran and unit staff \ Unit manager Santana "they can't allow Prisoner [Particular You (Johnson] to have Piss-Bag walking\rolling around with. You might get angry and threw it" (piss\urine) on my staff. Plus Inmates don't want to be at feeding or recreating and have to look at your Piss-Bag. It's Gross!" THEY WENT AS FAR AS SAYING: "WE WILL SAY THIS TO A JUDGE..." "WE'RE MORE CONCERN ABOUT STAFF'S AND PRISONERS' SAFETY THAN A LAWSUIT!"

374. In July 2022, Doctor (S) at saint Francis Hospital Prescribed "Flomax" for Plaintiff's urinary issues and asked for my Provider at the facility to reduce my BP medications, because the FLOMAX can lower Blood pressure (This is one of the side effect for FLOMAX), but Jean caplan refused to do it. The Doctor also referred for me to see UROLOGY at saint Francis Hospital and For PSA to be done in Fourteen-days, but this was not done (in June \ July 2022)

73

375. Around August 04, 2022, Plaintiff saw an urologist at saint Francis Hospital/outpatient department. The urologist could not properly assess me, because no chart\note ; health records with my INPUT\OUTPUT and\or measurement\Diary, etc. were available.

376. Around June 30, 2022, APRN caplan gave me a CHART to make notes of all the above. In July 2022, I gave it to the nurses (Gina, Heidi), but they never documented it in my health records. However, It's next to impossible to measure my saturated diapers as APRN caplan requested. she told me that I should wring\squeeze them (diapers) out then measure my liquids\urine, etc.. and\or how often I urinate. I told APRN caplan this.

377. Plaintiff's Blood Pressure became Low after started on the Flomax. It was 90\68; 80\55, etc. As a RESULT OF this action, I Fainted multiple times and\or became weak, dizzy, lightheaded and so furt. Note: ① No attempt to reduce my BP medications was done. ② No attempt to have the order for PSA was done until around October 2022.

378. During this period [Dr Francesco Lupis, APRN Akina Richards] told me that "they're not touching It.. Let Jean do it when she comes back, etc.

379. Plaintiff wrote numerous Letters and Filed several grievances with the appropriate staff [Dr. Kennedy, Dr. Johnny C. Wright, Dr. Freston, Dr. Richeson, RCOO shea, Dir Gallagher, Wdns. Davone, Dougherty, DW Doran] and HSAR coordinator Rosalee Walker to resolve these issues, but to no avail. I ALSO ASKED THEM TO CHANGE MY PROVIDER BUT THEY REFUSED TO DO IT.. I also spoke to Nursing supervisors Tawanna Furtick and Nikia Henderson about the above issue (s), but was told by both supervisors "It's above my pay-grade" and "she's not that bad - she's the best we got here (sarcasm!)"

380. Around August 16, 19, 2022, Plaintiff saw Dr. Lupis for RASH on his Penis, difficulty with urination, Testicle Pain, cramps, etc. He assessed me and Told me that he was gonna order cream\anti biotics, but didn't. several nurses told me that they checked his notes and nothing is mentioned in it concerning the cream\antibiotics.

74

381. Dr Lupis administered a straight catheterization and collected two (2) container of urine sufficient for dipstick and to send to the OUTSIDE LAB. Being that Plaintiff was retaining and/or having difficulty with his urination, he asked Dr Lupis to empty his bladder, but he refused. EXCEPT FOR THOSE TWO (2) CUPS OF URINE THAT HE WITHDREW NO OTHER URINE WAS EMPTIED\ COLLECTED.

382. Dr Lupis gave the container\cup to a nurse name Debbie, who claimed that after dipping the stick (testing) in it IT WAS NEGATIVE contrary to what follows hereafter.

383. AFTER numerous complaints made thereafter concerning Plaintiff's retention or difficulty with urination, a nurse name Dianne visited P-Pod and I complained to her about the symptoms stated herein and the rash. I also complained to her about a wheel chair that Sofia and officer Wemmell LIED about THEN refused me it.

384. RN Dianne Looked into these issues and Later that night (8\14\22) she returned with the wheel chain and told Plaintiff that she put me on the sick call list to see Dr. Naqvi on 8\28\22. This was after my first visit with Dr Lupis on 8\16\22. Someone in the MSU then changed it so the visit would be with Dr Lupis on 8\16\22, because they FEAR that Dr Naqvi was gonna provide me the treatment that they knew APRN Caplan \ APRN Richards REFUSED me. Note: RN Dianne saw the rash of my pennis that night.

385. In June 2022, said RN Dianne who is a head nurse mostly works in the Walker building sent Plaintiff out via ambulance to saint Francis Hospital For chest Pain \ Retention, because Dr Freston who was the ONCALL Doctor that night failed to return her Phone call concerning the above complaints.

386. Several nurses (including Tawanna Furtick, Nikia Henderson, APRN Jean Caplan, APRN Akina Richards) were unhappy about it. They were talking about it saying "How she just come over here on OT (Overtime) and take over... she's too soft, etc" I heard this comments from other nurses and staff who rather not to be identified (fear of getting in trouble for sharing this with me)

75

387. Plaintiff made numerous requests to have his Foley Place back in, but was ignored each time by APRN Caplan \ Medical staff. while they refused to administer straight-catheterization \ Intermittent catheterization.

388. Between July 2022 and August 2022, several nurses sent FLAG\ ALERT messages to APRN Jean Caplan concerning the urinary issues and Plaintiff's medications, but she refused to address these issues. nurses also spoke to her about other serious medical issues, such as: Neurologic Pain \ issue, Allergies, Nutrients-Deficiency, Migraines, Hemorrhoids, Back \ Hands injuries, etc. ALL of which she Refused to address idue to our religious-disagreement and\or to appease Prison officials. while numerous appointments to see specialist(s) and\or their recommendations\ orders were not met or followed.

389. On or about September 03,2022, Plaintiff was admitted at the Saint Francis Hospital for an UTI's chest Pain \ Retention. AFTER Medical Staff (Including Dr. Lupis) Lied about the urine he drew\ collected on 8\19\2022, Plaintiff became "Septic" and urinated blood. He reported it to a nurse name Joy (Caucasian) and was sent to the hospital.

390. Plaintiff stay in the hospital from 9\03\22 through 9\08\22 receiving treatment for the above issue(s). He was Placed on antibiotics for (14) days and a Foley was placed back in after over 1,200 cc was drawn from his bladder. NOTE: This Foley was also removed to make it convenient for Prison officials / Policy.

391. On August 26,2022, Prison officials failed to Protect Plaintiff from another Inmate who he was supposed to be separated from, leading to him assaulting me inside my cell (P-5). He punched & slapped Plaintiff multiple times in his head and facial area.

392. Prior to the assault, ①Plaintiff made numerous complaints to Warden Dougherty, DW Johnson, Lt. Legassey, C\S Stanley, C\S Santana and others about the inmate's threats ②Plaintiff filed a video-preservation Request through FOI Liaison \ Captain Fleming, who later wrote this inmate a disciplinary report ("DR") on or

76

about 8|26|2022, with my name in it. ⑤ Plaintiff was having ongoing issues with this individual (Bryant Wilson) and they were aware of it ④ The ongoing issues were stemming from foley's in GP \ Loud noise made by me, due to the lack of MH treatment etc.

393. Bryant Wilson was intoxicated [possibly from alcohol that officer wemmell gave him (and others) On 8|21|2022, Bryant wilson was witnessed by unit staff mis-handling plaintiff's wheel chair to the point where he almost fall out of [it]. This day was Bryant wilson's Birthday

394. Captain Fleming wrote in his response to the video preservation quote: "Do you know the identity of the individual who is seen mis-handling your wheel chair!" note: Fleming knew who this guy was. This Person lives next door me in P-4 cell i went in\out P4 etc.

395. Officer wemmell or someone tipped off wilson that he was about to receive a DR in a little bit. At around 1:00-1:07 PM, as soon as the doors were unlocked he entered my cell and assaulted me. wemmell was standing in the door way during some of this occurrence. He never reported it

396. On August 25, 2022, Attorney Rachel mirsky and an investigator visited P.Pod where I was housed. They took several Pictures of my cell, showers, Legal call \Type-writer rooms etc. concerning the ADA issues mentioned herein.

397. Counselor Supervisor "CS" Stanley of the Intel-unit was accompaying Attorney mirsky and Her investigator. He and wemmell were in the vicinity. Both men were not happy about it. said wemmell Lied About a wheel chair that was given to me on August 12, 2022 at around 7:55AM \8:15AM. Few Inmates told me that during my lawyers visit both men were talking about me saying such words as who this Fucker think he is? crying like a little Bitch. He's gonna get his!"

398. According to wemmell and nurse Sofia, the wheel chair Fits Properly in the doors of the Legal call \Type-writer Rooms, but in all actuality it Fits neither room. Attorney mirsky witnessed this.

77

399. On 8\26\2022, at around 1:30pm, Bryant Wilson was issued a DR for Disorderly Conduct \ Public Disorder, Class C. The Class C ticket issued was to keep him around so that he and Plaintiff could ARGUE. He showed several inmates the DR insinuating that I was a "snitch" or "no good", etc. He was seen Horse Playing (CLASS A) entering my cell (CLASS B) both of which would've placed him in the Restrictive Housing Unit "RHU", but Fleming decided <u>not</u> to issue him any of the above, leaving him in D-Pod to assault me.

400. Several Prison officials accuse Plaintiff of malingering or faking his injuries. They are also showing a video-footage of an assault incident, dated back in 2018 where plaintiff stabbed another inmate and was stabbed by another inmate. They use it to show staff that I am able to pivot \ stand negating the FACT surrounding Plaintiff's injuries

401. They therefore set up Plaintiff and Wilson (who is a Boxer) to GO AT IT to see if I was gonna stab him and\or how it would've played out. When they didn't see this happen, one Lieutenant Matthews said to me "Johnson, am disappoint-ed. I bet on it!" Another Lt. millilials said to me "am still convinced that you can walk. You're not fooling me".

402. Plaintiff sustained injuries to his bottom-lip, Lacerations to his facial-area, swollen right eye, etc, due to the inadequate Protection and\or their action.

403. Several complaints were made to DWJohnson, captain Masse Lt. Legassey and captain Grimald after the assault occurred. I Provided DW Johnson and these Person with Dates\times, names, etc concerning the assault and incidents or instan-ces followed it. According to DW Johnson "they reviewed the video and no such date \ time existed. Nor is such video available

404. Plaintiff also wrote a letter to Governor Ned Lamont with information that led to the assault. And then I sent him A second letter when I realized the first was intercepted or destroyed.

78

The Second-Letter was sent out Certified mail (S), tracking #S
7020 0090 0001 2104 4811 and I had Earl Thompson sent the
other one [He has that Tracking #\Info.] at a Later date.
no receipt returned. The issue\Action is being grieved for the
missing documents [ Letter to Gov. Lamont \ Letter to Doc Dietician,
Robert Deveau ]

405. Prison officials [ Intel.Unit staff\ Stanley, Legassey, DW Doran
DW Johnson, Wdn. Dougherty ] are illegally confiscating and
destroying Inmates' mails. DW Doran who is given the
nickname "J, Edgar Hoover" for his role \instruction (S) that
he gave the Mail-Handler(S)\Norton in particular] told me
that OUTGOING PRIVILEGED CORRESPONDENCE\LETTERS ARE NOT
MAILS THEY LOG OR MAKE A LIST OF, etc., Contrary to A.D.s
10.7, Inmate communication and 6.2, Post orders, Logs.

406. Several Letters sent to Doc officials Such as, commissioner
Quiros, DA Rodriguez, Dir. Santiago between 2021 and 2022
were not Processed as Privileged mails. This strategy is to
Prevent Prisoners from suing supervisors or holding them respon-
sible for Doc employees' Action. They therefore use DW Doran
and others not to Log mails (outgoing) addressed to them.

407. Several Requests For a copy of Privileged-mails\Un-Franked
Letters, addressed to Doc officials sent by Plaintiff were
NOT met. FOI Liaisons Reeves and Carter. told me there
is not List\Log of these Letters. One Letter [ complaint,
filed with CHRO ] also went missing. Money was taken from
my Inmate Account to pay for it, but it was never received
Like the others, addressed to Gov. Lamont and Dietician Deveau.

408. Captain Fleming has also destroyed Several video-Footages
that Plaintiff has Preserved for Litigation Purpose. one of these
videos Show APRN Caplan Pushing me back to L-Pod on 3/15/22
from the MSU accompanied by Clinician\MHT staff Katharine
Femone, LSW. Caplan LIED through staff Attorney Jennifer
Lepore that she never Pushed me in a wheel chair back to
L-Pod. DW Doran who is her close-Friend had Fleming who
REVIEWED IT DESTROYED IT AT A LATER DATE. AND THEN SWITCHED THE
TRACKING #.

79

409. On August 30, 2022, Plaintiff was sent to a MH Program. He went there and declined, due to mental Health reason. This Program is a Substance Abuse Program, etc. Before leaving he asked Clinician\MH staff Jonathan Nixon to speak in private concerning his suicidal-thoughts or thoughts of hurting himself.

410. Jonathan "Jon" Nixon told him that he was busy and was about to host the substance abuse program. He also told Plaintiff that after the Program ends at around 8:30pm He would come and see him in P-Pod. Plaintiff saw Lt. Strange on his way back and told him about Jon's action. He also told Lt. Strange that he would like to be placed on Behavioral Observation Status ("BOS"), but was told "Johnson you on single cell status with several electronics. Why n't stay there. Why you wish to go on BOS, etc." Another Prisoner who escorted me heard us talking about BOS.

411. At around 8:30pm, Plaintiff went to the unit officers' station and complained to officer Vargas that he feels to hurt himself and wish to speak to a MH staff. Vargas notified MH unit multiple times about it. Then Clinician\ Mental Health staff William Gilliand "Bill" showed up.

412. Bill made multiple attempts to talk me out of going on BOS. Jon came to the unit and made attempts at the same. When both MH staff realized that they couldn't talk me down they got aggressive towards me then tried to leave the unit. At that time I decided to leave with them, but they stopped.

413. Several Lieutenants and officers came to the unit. They gave me "direct orders" to secure myself in my cell, disregarding my threats to hurt myself. Several inmates were in the vicinity who started shouting "Put him on BOS before he hurts himself." They then threatened me with DR for CAUSING A DISRUPTION and PLACEMENT IN RHU FOR REFUSING HOUSING.

80

414. Plaintiff was removed from P.Pod and placed in RHU. Upon arriving at RHU, Lt. Feliz instructed an officer to conduct a CONTROL-STRIP SEARCH on me. Plaintiff was complying with his instructions, but Lt. Feliz sprayed him with chemical agent while he was in restraints (hand-cuffs) sitting in his wheel chair. Officer (unknown) was holding my hands in restraints when Lt. Feliz sprayed me FOR NO APPARENT REASON. ALL I heard was stopped RESISTING, stop, STOP. This incident was captured on hand-held camera with audio. It will show that Plaintiff was in compliant all through the control-strip search procedure.

415. Lt. Feliz then placed me in a BOS cell #RHU-9 on Administrative Detention status. Chemical was in my eyes and hair, but except for decontamination (in part) of my eyes no other decontamination (or attempt(s) were done.

416. Plaintiff was brought to medical services unit for an EKG. At that time a Nurse (Carolyn) notified the ON-CALL MD about my complaints and placed me on BOS. Plaintiff was allowed to BANG his head on walls, bite himself, becomes erratic in action deeds etc without any MH Intervention

417. Upon returning from Saint Francis Hospital Both Bill and Jon refused to place him on BOS suicide-watch as ordered by the Psychiatrist. He was also REFUSED several medications for his Psychosis prescribed by the Doctor/Psychiatrist at the Hospital on 9/03/2022/9/08/2022.

418. Plaintiff wrote MH Unit/Dr. Lalitha Pieri about this treatment and the clinicians action but to no avail. According to Dr. Pieri, I REFUSED to speak with APRN Helena Moms

419. On or about September 2, 2022, Plaintiff went down to the MH Unit escorted by Inmate "Earl Thompson. Upon arriving there, RN Eric Watts saw me in the waiting area and went and told APRN Barbara Kimble-Goodman that I was out there waiting. Barbara then told the officer that we have a Profile and I cant be here... I was then sent back to my unit, on my

81

way out MH-unit. A nurse [Sherry] engaged me in a belliger-ent manner to cause an ARGUMENT TO Justify sending me back. As I was ignoring her many insults and remarks an officer gave me a direct order to take it back to my unit and I did.

NOTE: This is not the first time that they called me down [on weekdays] to MHU when APRN Goodman was there. It happens multiple times. Some time I heard from unit staff that MH cancelled or something is going on there, etc.

420. Between March 2021 and September 2022, Plaintiff was housed in P-pod\P-9\P-5 cells. Both cells doors were broken, making it difficult for Plaintiff to open. The door for the type-writer room is also broken → un-wide, Preventing Plaintiff from accessing it adequately to type motion [S] concerning an ANDERS BRIEF \motion to withdrawn, filed by his Attorney Justine Miller.

421. Plaintiff had to file two [2] motions For Extension of Time, wait-ing on Prison Officials [Director Gallagher, commissioner Quiros, Wardens Barrone and Dougherty, Deputy Warden Doran, ADA coordi-nator Walsh] to accommodate him. According to Deputy Warden Maldonado \ C/S Santana "the most they can do is Put me inside the TV room during recreation Periods to use the type-writer Note: Plaintiff was on single-cell status, but requests to use it inside his cell were were denied

422. Plaintiff Pointed out to them that The accommodation would only cause more "tension" between inmates and Plaintiff if I were to infringe on their TV Privilege, but they ignored it. While talking to Plaintiff about it on the tier through cell door [S] several inmates were making indirect threats that if they allow me to use the type-writer during their recrea-tional Periods they were gonna Smash me.

423. Plaintiff declined and Prison officials said, "well we offered you accommodation, but you refused". Put that in Your lawsuit".
— The ANDERS MOTION was Pending since June→July 2021 and it was ONLY after Attorney Mirsky [and several complaints, filed with CHRO] advocated on Plaintiff's Behalf this issue was being addressed by these persons.

82

424. As For the two(2) Broken cell doors. Plaintiff was denied partici-
pation in recreations. He was either placed on "Loss of Recrea-
tion" by verbal notice, which led officers not to make any
attempt to unlock his door by using the iron-bar or He was unable
to "physically emerge from his cell (s)" during his recreational
periods. Plaintiff also missed medications, due to this fault.

425. Several complaints were made to unit manager Santana,
DW Doran, DW Ogando and Wdn. Barone and Wdn. Dougherty.
Plaintiff also wrote Inmate Request Forms To the Engineer(s)
/Maintenance-Worker(s) John Doe # TWO(2) about the broken
doors. These doors would eventually repair, but after a while
become broken again due to Lack of parts.

426. Around April 2022 and on few more occasions in 2021 and
2022, Maintenance-worker John Doe #2 Specifically told
Plaintiff that "the "Wheel" was very expensive and the
State won't pay for it, etc". He also told me that I
would better off moving into an un-broken cell (because
my cell (P-5) will end up being broken again. (Same with P-9)

427. Several attempts were made with UIM Santana to move
Plaintiff in another cell. CIS Santana refused to accommo-
date me. He called me a "Whiner" and said he's not moving
me. Said Santana housed several Inmates in un-broken cells
in P-Pod to prevent Plaintiff \ certain-Inmates from occu-
pying these cells. two(2) of them are cell P-2 and P-10.
The Inmates who occupied these cell during these periods are
non-Handicapped with special FAVORS from prison officials.

428. Sometimes It takes months to get John Doe # 2 (Two) to
repair my cell door (s). several work-orders were written to
have someone repair my cell doors, but to no avail.

429. Around December 2020, Plaintiff gave correctional counselor,
Michael Campbell collected a large manila envelope, containing
legal documents [Temporary Injunction \ Attachments] to have
the mail-handler process it. Money was later taken from my Inmate
Trust Account for postage \ cost, but the court (NB) didn't receive it.

430. Plaintiff filed grievances \ complaints with the appropriate staff [Wdn.
Martin, DW Foote, CIS Ammons, CIS Iozzia and DR Nick Rodriguez]
concerning the missing documents, but to no avail.

83

431. According to Prison officials they don't know what happened to [It]. Campbell said the same thing. Prior to mailing it off, I gave Campbell it to make copies for my Person use. At that time he READ it and said something to me about it. He wanted me to hold back on filing it, saying that I should give him some time to talk to Ulm, Jusseaume and his supervisor(s). He never said who. Plaintiff refused to let him talk me down on filing it.

432. AFTER [It] went missing, I wrote and spoke to the mail-handler about it. He told me to speak to my unit counselor [Campbell] he know more about it. So I did. but Campbell said "well I asked you to hold off on it but you insist on filing it. Now its gone!" THIS IS UNCASVILLE ... Don't know what more to tell you."

433. The Temporary Injunction was about Plaintiff's inadequate Health Care \ Sexual Assault, etc. occurred at Corrigan between Sept. 2020 and December 2020. Note: A video is preserved showing Campbell Collecting the manila envelope and a Special Request Form [SRF"] is available to show that there was such a document, addressed to New Britain Superior court [during Dec. 2020]

434. On or about January 31, 2021, Lieutenant Irrizary entered my room in the Infirmary concerning a DR I received. He told me that he had "direct order" to remove all Legal documents \ paper-work that was inside my room. This was unusual for a LT to remale on Inmate's papers due to a DR. They normally take electronics, books, etc. but not the Legal documents \ paper-works. I asked him about it on audio tape. He never said who, but told me that he had direct order from "the boss"...

435. After Plaintiff freaked out and Placed on Bos for a few days, Prison officials Packed my property that was inside my room. AFTER I got off Bos and my property was given back several envelopes pieces of Legal documents were removed. The Temporary Injunction was among them

436. Several Complaints \ Grievances were filed with the appropriate staff concerning Campbell's, Irrizary's action(s) for the destruction and \ or Removal of the documents, but to no avail.

437. Plaintiff also spoke to C\s Iozzia and C\s Ammons about Campbell's action, and he spoke to Wdn. Martin and DW Foote about both Campbell's and Irrizary's actions to locate these documents, but they

84

were vague in their responses and reluctant in Conducting an investigation Concerning these missing documents.

438. On or about November 13, 2020, Lieutenant Pearson instructed staff to clean up my room where Plaintiff was molested [sexual Assault done by officer Daley \ Jusseaume]. He also confiscated several legal document [ FOI Requests, Letters, medical records, etc] that were inside my room. Some of my paper-work was secured and given back to me by another inmate, who cleaned my Room that night.

439. Around Feb. 2021 \ mar. 2021, Plaintiff filed numerous FOI Requests to obtain a copy of FOI Log-sheet concerning these FOI Requests \ Receipts that they removed or destroyed At Corrigan, but Requests were unfilled. FOI Liaison, Counselor Reeves at Macdougall told me that Corrigan FOI Liaison (Spotten) was Not cooperating with filling the requests I made.

440. Some of these Letters are Responses from Wdn martin concerning Request For A medical mattress \ ADA violation's Rusty water at Corrigan; Denial of cane, etc. They are also responses from DW Foote, C\S Iozzia and C\S Ammons [As it is required to follow the Chain-of-Command] before writing to the Warden.

441. FOI Liaison Spotten keeps the original Request Forms For my FOI Requests. This way I couldn't "prove" or "show" that the FOI Requests are not what he states in the Letter \ Response(s) He makes out to Plaintiff. They [DW Foote \ Spotten] do the Same with FOI Requests For video-Preservations.

442. In several instances, they told Plaintiff that his request(s) is not this or that. Being that they're the only ones with the original FOI Request [if when a grievance is filed Concerning their action or "the unfillment" of that request] Grievance coordinator King Return without Disposition ("RWD") it saying", The Response or "Original Inmate Request= \ CN9601, etc.

443. This is one of the STRATEGY Prison Officials use to prevent me from completing EXHAUSTION OF the Administrative Remedies Available to Plaintiff. Their action stop Plaintiff from ACCESSING THE COURT Accordingly to PLRA POLICY and/or Presenting materials he requested to obtain through FOI Requests to substantiate his claim(s).

85

444. Several Grievances, filed at corrigan were deliberately sabotaged by The Grievance coordinator King to Prevent him from completing Exhaustion. These grievances were filed between september 2020 and January 2021. Some of them were filed in accordance with Administrative Directive "A.D" 9.6 Inmate Administrative Remedies, but She [King] RWD them or "got Rid" of them, sometime "delayed her response", to Keep Plaintiff from keeping up with records of them. Three (3) of them were concerning The Rusty drinking-water, Officer Poulin's Infringement of my Right To Protest Peacefully and Policy concerning my cane.

445. AFTER Refiling these Grievances, as requested by King, Wdn. Martin Placed Plaintiff on Grievance Restriction, because he didn't want to state the reason for each one of them (violations) NOTE: The timing of the grievance restriction and the timing of Dir. Colleen Gallaghers threats (to have Wdn. Martin Place me on it) Show that they held discussion(s) on it. Director Gallagher Made threats about having him (martin) BAN me around Nov. 2020. Then around April 2021\May 2021, Doc Revised Both ADs 9.6 and 8.9, making them more difficult For Prisoners...

446. Between september 2020 and February 2021, Several Prison Officials (including nurses, michael "mike" McDonald and Kayla Lozada) smoked multiple times in the Infirmary and\or in the area, Located on the roof (adjoined the Infirmary), expossing Plaintiff to Secondary Cigarette-Smokes

447. Several complaints were made to Unit Manager\Lt. Jusseoume Wdn. Martin, DW Foote, DR. Rodriguez about it. I also made complaints to Nursing supervisor Kara Phillips and Rcoo's Shea and st Pierre to stop them from smoking at these locations, because it was effecting my health. Nothing was done to fix this issue. Jusseaume told me, "If you dont want to smell the cigarette\tobacco smoke Dont come to Jail." He also told me to go back to Fox [Previous Housing unit] If I didn't want to be in this environment, etc. NOTE this is one of the grievance that filed and caused restriction. It and Response(s) also went missing\Removed from Property.

448. When staff smoking outside on the Roof or inside the Infirmary they open the door or have it partially open, allowing smoke in
86

out the Infirmary or (outdoor smoke comes into the Infirmary.

449. Plaintiff suffers Lightheadedness, nausea, exacerbation of head-aches\migraines, chest pains and becomes agitated as a result of the tobacco inhalation. His requests for assessments\Testings for these instances of tobacco inhalation went on deaf ears. This action also caused him emotional distress.

450. Around January 29, 2022, Plaintiff was seen by Dr. Carson Wright at the Infirmary (Corrigan). According to Dr. Wright "they sent him from Doc-Health services unit to investigate my medical\ADA complaints". He did an assessment of Plaintiff.

451. Several issues that Plaintiff reported to him were not written or Noted in my health records. Plaintiff had sores and soreness that Dr. Carson decided not to mention in his notes. Sores were on his penis, between toes and sores\soreness were on his legs\feet, etc. He also failed to write in his notes about Plaintiff's crooked-toes, urinary retention\incontinence and Hemorrhoids.

452. said Dr. Wright was well aware of Plaintiff's ADA issues, dated back to 2018. He was then the MD at Northern correctional Institution ["northern"] where Plaintiff was then housed in the Infirmary at Northern. OR He was coming there administer-ing health care. He was also aware of ortho-spine\APRN Wells' Notes.

453. Dr. Wright created false reports\notes of the assessment he did to downplay Plaintiff's claims which were clearly substantiated by APRN Well and the Neurologist-(dated Jan 26, 2021 \Wells' Report; Nov. 2020\Neurologist's Report.) to prevent Plaintiff from receiving the treatment ordered\recommended by these "specialists."

454. As a result of his action several appointments and\or followups with specialists to receive treatment were put off, cancelled and unprovided; causing Plaintiff's pain and anguish to exacerbate and\or placing him at future health risk, etc.

455. Dr. Wright also requested for an EKG to be done as a means of covering up the length of time that he spent with me. There was no complaint (s) made by Plaintiff concerning chest pain to Dr. Wright (or anyone else). "EKG ORDER\REQUEST" for chest pain was

87

88

initiated by him. Plaintiff declined it, due to his excellent vital-signs readings that were done prior to his meeting with Me ...

NOTE: The EKG results/reading was so obvious a RN asked me what that... We met too long ago did your vitals and you were fine!

456. Around November 2020 through December 2020, Plaintiff made several requests via Inmate Request Forms/Letters to obtain a copy of his health/records for litigation purpose. He also made requests to review his medical charts/records to specifies which are(s) he needs. These requests were denied.

457. Plaintiff contacted the Warden's office about this action and someone who identified him/her self as the Warden's assistant/secretary forwarded my Inmate Request Form to the medical records officer/clerk at Cambria (to FLC my request); but nursing supervisor Kerri Phillips intervened and shipped it. She then emailed Medical Records Supervisor Ann-Mary Donnazur about my request(s).

458. Ann-Mary Donnazur ("Dinna Zur") then wrote me a letter, dated around Jan 2021 using covid-19 as an excuse not to provide me with my health records, but promised that she would give me a copy of it (after covid-19 crisis clearance is made to review health records, etc.) This was never done like she promised. I had to take prison officials to court to obtain these records. To this date. Some of the health records Plaintiff seeks is withheld or removed from these that he received at later date(s).

459. Plaintiff was unable to present these health records as exhibits, evidence on more than one matter/case. Nor was able to access the court adequately, by presenting evidence to substantiate his claims. If this was done in a timely manner, he would receive intervention from CHRO, DRCT, New Britain Superior Court/Rockville Superior Court, etc., and also from DOJ.

460. Director Colleen Gallagher who is the State of Connecticut Disability Rights coordinator specifically told me in a letter dated May 2021, that "I am not entitled to obtain those records, etc." Both her and Donnazur who shared the same address, Doc Health Services unit decided not to give...

me these records as a means to prevent plaintiff from having knowledge of his health\treatment and from seeking advocacy or from winning in court(s). While some of the ones that I received are removed from my property by prison officials

461. Numerous complaints were made to: first to Region Chief Operating Officers ("Rcoo") Kristen Shea and then to Kimberly St. Pierre who took over at Corrigan district, about my unfilled requests for a copy of these health records, and medical issues, but to no avail. Note: Said Rcoo Shea was the Rcoo at Macdougall since 2017-2022

462. Between February 2021 and September 2022, Plaintiff made numerous requests via Inmate Request Form, addressed to clerk, Julio Rodriguez to obtain health records. Several parts of these records were taken out from those records that he gave me and\or he was selective in what\which parts he gave me. He also denied the requests for a copy of electronic health records, such as: emails, Alert\Flag messages, etc. saying that he was unable to access these records to print them out, etc.

463. According to Julio Rodriguez ("Rodriguez") these health records are stored in a separate computer that unable to print out copies. He also said that he has direct instructions \orders from Nikki (Nikia Henderson) and Tawanna (Tawanna Furtick) and from "higher-ups" (superior staff) not to give me these records.

464. Medical staff (at Macdougall) use two (2) computers to store prisoners health records. One of these computers stores health records that they give to prisoners upon their request. The second computer stores health records [Alert\Flag messages] To and From Providers that they keep from prisoners and their lawyers, courts, etc. * I discovered this secret from investigations and\or discussions with medical staff around Oct 2020 and June 2021

465. Between April 2021 and May-April, 2022, Plaintiff wrote and spoke to "Alvarez" who is the facility's gym-coordinator about getting in the Wellness Program that he runs. I also wrote and spoke to Gallagher, Doran, Barone, Furtick and Whiteley about it. First, he told me that there was no

Wellness Program, due to covid-19... then at a Later date; after I shared a Letter with him on what <u>Gallagher</u> said about my name is on the List, etc he changed his decision and story. He told told me that he'd Keep me informed or called me down, but this never happened at all.

466. I spoke to him and others again multiple times, but was given the runaround each time. I specifically told them about my NEEDS for exercising in the gym in the wellness Program, but was ignored or denied.

467. Alvarez and Furtick coordinate (as a Team) EXERCIZES for Persons with disabilities, such as, Plaintiff. While Heidi (Whiteley) Coordinates \ supervises CNA to assist. Gallaghers role is Providing treatment in accordance with the ADA Policy, etc. and DW Doran is responsible for programs at MacDougall. neither Person Provide me with this treatment.

468. While I was housed at Corrigan, Dr. Feder ordered me a walker for me to exercize to Prevent muscular atrophies. This walker was taken from me at MacDougall, based on False allegations made concerning a wheeled-walker I had back in 2018. DW Doran manipulated his way and had APRN Caplan cancelled it.

469. Around ~~May~~ April 2022, Director Gallagher told me that the walker will be given to me at the wellness Program, supervised by staff. This was never done. while DW Ogando who was incharged of operation \ security at MacDougall had a different view on the situation with the walker. According to DW Ogando, "No Paper works was placed on his desk concerning [IT] he would've <u>approved</u> for me to have it... People (Doran) Likes to step on other peoples toes and denies Inmates of their devices \ equipments, etc?

470. As a result of the Lack of adequate ~~EXERCISE~~ EXERCISE with CNA's help \ nursing assistance and \ or the use of a walker m. Injuries exacerbated. Plaintiff's toes developed crookedness \ claws; ankylosis \ severe Joint-Pain; Lower extremeties weakness; Loss of sensation, numbness, tingling, muscle-spasms (asided with urinary issues) By the time he saw Physical therapist in

March 2021 and July 2021, he was unable to ambulate. Plaintiff also Loss Power in his back and is unable to sit uprightly (without a back support.) He reported it to nurse Janette Markland-White and nurse Carolyn around February 2022, and to other medical staff thereafter.

471. Around March 2021, while I was housed in the Macdougalls medical Infirmary, I asked a nurse name Lashawn to sign me up for the "covid shot" [ie put on List]. Two other inmates were inside the medical room [Ward#4] when I spoke to her about it. She told me that she would sign by (adding) name to the List. Several more requests were made via Inmate Request Forms and verbally with the appropriate staff for this injection \covid-shot, but to no avail.

472. Plaintiff received and reviewed medical records at a later date and saw in it that Lisa Candellaro a Licensed Practice nurse ["LPN Candelaro"] documented that she offered me the covid shot but I declined. Her notes concerning this issue contridicts the date that I spoke to LaShawn and the date when I asked the "TESTER" who came in from the streets about getting this injection done. (Her note states, March 21, 2022, I was in RHU)

473. Plaintiff's contacts with several Persons who were tested Possitive for COVID-19 Led to his contraction of the virus in January 2022. If he would've received the injection It's a Possibility that he wouldn't have contracted it. Then when he requested a covid-test, due to his symptoms Robert Benetti refused to do it. Plaintiff had to Protest to get a test done.

474. Prior to contracting covid, Around June 2021, Plaintiff made another attempt to get the injection \covid-shot, but Lisa Candelaro Refused to Provide Plaintiff with ALL Three (3) Pamphlets (The Johnson, PFizer and _____. AFTER I read through the ones (2) that she gave me that day and decided which one I'd Choose (Later) she told me that they wouldn't be doing the covid shots until Another (5) months from June 2021

91

475. Plaintiff made several complaints via Inmate Request Form Letters to Nursing supervisors (Furtick and Henderson), RCOO Shea, DW Doran and wdn. Barone about the "refusal" and seek to get it done, but was unsuccessful.

476. Between April 2021 and December 2021, Plaintiff was seen multiple times by sick call nurses for several medical issues that were (still are) effecting his daily life. He specifically spoke to Lashonda "Epps" and Sengchanh "Vilayvong" about the covid shot. They told him that nurses "Kathy" and "Lisa" (Candela) are the ones who do the shots and that they would reach out to them about it. This was not done as Promised by them.

477. Around June 2021, "Vilayvong" delivered a wheelchair to Plaintiff. At that time, Plaintiff again requested the covid shot that was available. Vilayvong works with COVID-19 Prisoners in the facility's covid-unit, and is trained in this department. Both Vilayvong and Epps failed to document these encounters and discussions concerning the requests to have the covid-shot done that we had. They also failed to send FAX\ALERT messages to Plaintiff's Provider Jean Caplan concerning complaints of high blood pressure, Pain management, Foley (Retention (urinary issue), hemorrhoids, hand injuries, allergies, etc; dated May 2022 through _____.

478. After filing grievances against Vilayvong she retaliated and refused Plaintiff SICK CALL ASSESSMENT. She then documented these REFUSALS as refusals on Plaintiff's Part. Around _____ while housed at the Infirmary said Vilayvong ignored my complaints of chest pain. Sometime she work in the OUTPATIENT department and refused to notify the ONCALL MD concerning these complaints

479. Plaintiff made numerous complaints to the supervisors. (Furtick, Henderson, Mushi and Cummings) about these nurses (Epps and Vilayvong) action. but to no avail. He also made complaints to RCOO Shea. Most of these complaints were not responded to. Nor was the issues resolved

480. Around February 2022; June-July 2021 and November 2021, Plaintiff was admitted to the MacDougall Infirmary. During these periods, a nurse name Cecillia was working there on second-shift (3:00pm-11:00pm) and\or double-shift (3:00pm - 7:00 AM) would denied me EKG, Meds,

such as: BP medications \ ASPirin, Muscle-spasm\Nerve medications and Eye-drops, because of complaints that I made to her supervisor (Michelle) who is a head-nurse. She also refused to provide me with drinking water, assist with cleaning-up (when I wet my bed and myself). I also saw her made notes of my vital signs writing down the wrong numbers. When I caught her doing this she lied, and painted me as a person who seeing things that's not existed. She was also caught switching my Baclofen medication. I reported it to Adam Cummings ("Cummings") and R. O'Shea.

481. Around ___July 2022___, said nurse (Cecillia) did an assessment of Plaintiff in PROD medical room. She used a Manual Blood pres-sure device to do my BP. It was very high. A nurse who was accompanying her asked her what was my BP Reading and she told her [142/96 I noted] a different number from the one she told me. That nurse did it over and saw that Cecillia's number was incorrect (after seeing the number she got.)

482. Cecillia's intention was to prevent Plaintiff from an out-side trip to the Hospital, because she'd have to notify the oncall Doctor then file reports etc. (Something she was always LAZY to do. She was also taking advice and instructions from cummings that when she sees my BP High (asided with intermittent chest pain talks I made,) Not to pay it any mind. It will go down eventually, etc

483. Around April\may 2022, Plaintiff filed grievance(s) concerning his therapeutic diet aka "special diet", due to multiple Breaches of EtI. Counselor Bennett who is the Grievance Coordinator failed to conduct a proper investigation into Plaintiff's claims.

484. "Bennett", who is close with kitchen supervisor Stepanian has access to the menu sheet(s) \ written-Agreement, but didn't read through it. She then provide wardens Barone and them Dougherty with misleading information concerning my diet, leading to them denying the grievances. in their responses.

485. Plaintiff appealed both wardens' decisions with DA Rodri-guez, but Loss. Bennett Like the others, feels that Plaintiff shouldn't get this diet [under any circumstance]

She told me that she agrees with Damian (Doran) and Kristine (Barone) that I was never suppose to have this diet in the first place and that she's not gonna help me resolve the issues surrounding it. The court will have to do that.

486. As a result of Bennett's improper investigation and/or covering up for Stepanian Plaintiff was denied multiple nutrients that led to him consuming food items to get these nutrients. Some of which contain nitrate / gluten, etc that worsened his medical conditions and caused him additional pain.

487. On November 05, 2022, Plaintiff slashed both of his wrists, due to lack of MH treatment. Prior to slashing his wrists he asked Officer "Riddick" to call the MH unit, but he didn't. Plaintiff then slashed his wrists and went to the officers' station to report it.

488. Riddick saw Plaintiff bleeding and told him "Don't show me. Go show the nurses in the back." Two nurses (Henry Mushi and Gloria) were passing out AM-meds in P-Pod that morning. Plaintiff repeatedly asked for help, but was denied by Riddick.

489. It was a long-line in the back of the unit where several inmates were waiting to receive their medications and have their diabetic-checks. Riddick decided not to call it in and kept me waiting until the nurses were finished in the back.

490. Both nurses (Gloria and Henry) were notified by Riddick on their way out, but they told him to call Medical (services unit ("MSU"). However, he decided not to call MSU, but rather left the officers' station and came where I was.

491. Riddick told me that it was "count-time" (institutional count) and I gotta take it in my cell until he finished the count. When I refused he put on his pair of (street) GYM like Gloves and used excessive force to remove me. He got behind my wheel chair that was up against the wall (between that space) and started to push the wheel chair. It tripped over and I fell.

Note: Another officer who was accompanying both nurses stood by (in the officers' station) tried to talk Riddick out of what he was doing, but he ignored him. 94

96

492. Someone (possibly Riddick) then called him and several staff responded. Riddick then Lied to captain Roy who was among the group of staff who responded. He told him that I threatened him and he acted in self-defense. Note: No DR was issued for Threats, but Prison officials wrote on the Administrative Detention ("AD") sheet, "RHU Placement, pending Dr. for Threats on staff, etc;"

493. Plaintiff was placed on Suicide Watch in the Infirmary from around 11/08/2021 through 11/12/2022. During this period, Vivian Martell, Henry Mushi, Adam Cummings, Cecillia Divine, Heidi Whitely, Gina Burns and other nurses Like Sherry Pickett, Nicole Ring and Janett Markland-White Refused Plaintiff adequate treatment, As follow:

494. *Gina Burns and Heidi Whitely who work on day-shift refused me Vital-signs monitoring, Eye-drops, BP meds Nasin, Use of bedside commode, diapers and sometime drinking water.

* Sherry Pickett, Cecillia Divine and Adam Cummings who mostly work on night-shift would push my buttons then when I got agitated they refused me these medications. Then told me, if You don't act up on day shift maybe (emphasis) Gina or Heidi will give them to you, sometime other nurses Fill in for Gina and Heidi did the same not only in the Infirmary, but in the Restrictive Housing Unit ("RHU"), where they later put me-

495. Several photographs of the incident were destroyed or witheld. I made requests through the FOI Liaison Reaves, Fleming to obtain these Photos and paperworks, but was told that there weren't any... I reported it to Wdn Barone and Capt. Masse, but to no avail.

496. Around November 08, 2021, Vivian Martell instructed a nurse who she was accompanying (training) NOT to take my complaints for my Hunger strike. I missed around six (6) consecutive meals and as Protocol they assessed me. Lts and officers were present when she (Vivian) told the nurse NOT to take my complaints. Lt. Radkovich had an officer recorded it (why this nurse should not take my complaints; Vivian wouldn't state why due to the audio device (but as soon as the camera was turned off and Lt Radkovich and the officers were gone.

she came back, knocked on my window and made multiple threats and PREA allegations towards me.

497. I reported it to staff who notified the Connecticut State Police ("CSP"). I gave a statement to the CSP later that day (11\08\2021) about Vivian Martell's sexual explicit comments, statements and the threats.

498. Around 11\08\2021 or the next day, Lieutenant Frank who I reported the Vivian "Martell's incident to gave me a DR For making False statment. Though no False statement wasn't made to Prison officials nor to the CSP, Wdn. Kristine Barone gave Capt. Masse instructions to have Lt Frank write me A DR.

* A camera that was inside my room and another that was outside captured Martell's action. Not to mention her telling that nurse not to take my complaints.

499. During my stay in the Infirmary [11\05\21 and 11\12\21], Plaintiff Fell off his bed multiple times. Lieutenant Legassey who claimed that he was watching it From the Lieutenant's office rushed over to assist me or supervise medical staff, As my status was: "Not to Open\Enter my Room, unless A LT is there." Plaintiff was banging his head on the wall when he Fell and Lt Legassey came over.

500. Lt. Legassey bragged about the coverup by destroying the photos of slashed-wrists and video-Footage of the incident concerning Riddick. He said, "Johnson: Riddick is about to retire... we cant. Just Fire a man who is on his way out the door (after he gave us twenty-years of service!) So we did the right thing, No video\photos No case, etc" Good Luck!

501. On November 08, 2021, Plaintiff spoke to MH staff Kumeh Bestman. She saw him banging his head on the wall, but ignored it, because shift was about to change. She said to me, Johnson, not now! I don't have the time to do no paper work "(In retaliation)

502. Kumeh "Bestman" then wrote me a DR For threats. According to the DR she said I made threats to kill Barbara Kimble-Goodman

* A profile was later created between APRN Barbara Kimble-Good -man and Plaintiff. I RECALLED Kumeh Bestman asking me if and who I have homicidal thoughts towards, but nothing was specifically said about killing APRN Barbara Kimble-Goodman

96

503. At a later date, I spoke again to MH staff Bestman. She told me that "They" made her do it. Johnson, you know how this system works. They don't want you here!" So I did what they want me to do..." The DR was written around Jan./Feb. 2022.

504. Plaintiff was placed on the transfer-list and two (2) attempts were made to transfer him back to Corrigan, but Corrigan refused to accept me. DW Damian "Doran" then told me after the (6) days... Guess we're stuck with you. They then put me back in P-Pod \ P5 cell that was broken.

505. Plaintiff made numerous requests through MH staff to be transferred to Garner Correctional Institution ("Garner") where he can be properly facilitated or received adequate MH treatments, but his requests were denied.

506. Dr. Pieri in one of her written responses stated, that I don't need the level of mental health care to be transferred to Garner, contrary to Plaintiffs multiple transfers to Garner in the past, and the treatment she administered me while I was there between 2017-2019.

507. A "Reliable-source", unknown person told me, "Johnson its politics! Your MH meds weren't supposed to be discontinued in the first place and they don't want to send you back to Garner because they know Doctors there are gonna put you back on psyche-meds".

508. On November 05, 2021, Officers Cardona and an unknown Person \ John Doe #4 packed \ inventoried my property that was inside my cell. They never listed my two (2) photo Albums with family, loved-ones, friends photos. Being that Plaintiff was on Behavoral Observation Status ("Bos") \ suicide-watch he wasn't allowed to read \ sign the property matrix sheet, and no one read it or went over it with me.

509. On November 12, 2021, I saw the property matrix sheet and searched through my property and realized that my two (2) photo albums were missing. I reported it to unit staff verbally and in-writing. I also spoke to DW Ogando and DW Maldonado about these photo albums and to property staff but they Never located them.

510. Plaintiff made inquiry about the Photo albums. Officer Monroe who was working in D-Pod told me that prior to my release from the infirmary intel staff were searching through my property. They might have taken them, etc. Said Monroe was working over-time ["OT"] on November 12, 2021 in the property room and was one of the staff who gave me back my property that was packed in several bags\boxes sitting on 2\3 carts waiting.

1. Around November 15\17, 2021, I spoke to Unit counselor Angela maiorana about my missing photo albums and other issues. she told me that intel-Unit placed JJ (Diaz # ? ? Hector ) in RHU for photos (Nude-photo) that they accused her of bringing in the facility and gave him. At a Later date, I saw JJ (Diaz) who confirmed it. He also told me That "intel" said that I confidential-Informant ["CI"] gave them information that counselor maiorana gave these nude Photos to him and Johnson, etc.

2. Around December 2021         , Plaintiff saw Counselor supervisor Stanley who runs the intel-Unit. He told me that my photo Albums were "confiscated" for investigation concerning maiorana and his staff will return them. They were never returned to me.

3. Around January\February 2022 Plaintiff saw officer "cordona" whose name is on the Property matrix sheet, dated 11\05\21 in RHU. Cordona was tight-lip about the identity of who John Doe #4 is, but admitted that he saw those "two" Blue photo Albums inside my cell while "they" were packing\inventorying my Property, etc. note: Plaintiff's attempts to receive the name of the second officer\intel-staff who took the photo albums were denied. Prison officials told me that For security reason(s) they can't give me his name. They also denied me it through FOI Request. Counselor Reeves and captain Fleming approved of it.

4. Though no photos of Nudity were in my photo albums, they threw away these photo albums and denied ever seeing them. According to intel-staff, Batra       "we don't have to provide

98

You with any Paperwork concerning <u>confiscation or search</u>. We're I-T-E-L. Sue us!"

515. Several complaints were later filed with DW Johnson who took over as the operation\security person at macDougall about the missing Photo Albums and safety concerns. She was transferred to macDougall around April 2022. Since then and present date, DW Johnson refused to respond in writing about these complaints. She told plaintiff, Am <u>not</u> gonna get involved ... You should've gotten DW Ogando resolved these concerns while he was here!"

516. Plaintiff's two Photo Albums have Photos that can never be replaced; memories that can never be re-stored, etc. This loss caused him great emotional distress and other Medical\mental health issues and pain-suffering

517. On or about <u>July 2022</u> June 2022, Lt Legassey went by Plaintiff who was sitting in his w/c by his cell door. He said (sarcastically)"Did anyone find your Photo Album? bet they're still investigating it oh!".. Let me know if they found them or Not."

* He was insinuating that c\s santana is not investigating it and lor they will never be found at all because they're thrown away.

518. Plaintiff filed a Habeas Corpus in Rockville Superior court Docket #TSR-CV-22-5001147-s. One of the issues brought forth in the writ for Habeas Corpus is concerning said Photo albums. That case is still Pending. In A Motion for Discovery He requested for any\all paper works concerning the Illegal confiscation of these Photo albums. The AAG in his Response said it was too much of a <u>Broad Request</u>. Plaintiff also filed grievance(s) to resolve this issue, but Grievance(s) was denied.

519. Between <u>December 2020 & September 2022</u>, Plaintiff made numerous complaints via Letters to Director santiago who is a supervisor of Doc-Internal Affair\security Division concerning the Nov.20, Sexual Assault, occurred at corrigan\safety concerns at mac-Dougall's staff's Action and about the Photo albums. I also made complaints to him via certified mail about two (2) Assaults.

99.

occurred in June 2021 and August 26, 2022. None of these Letters were responded to. Nor anyone collected statement(s) from Plaintiff concerning these complaints.

520. Prior to the June 2021 **Assault**, DW Ogando gave captain masse and counselor supervisor ("CW") Santana instructions to place Plaintiff and another Inmate who I was arguing with in RHU. His instructions weren't Followed. Plaintiff was later assaulted by this Inmate. He then wrote to Director Santiago about it, but he failed to remedy it, allowing me to be assaulted. He did the same with the second assault.

<u>Note</u>: June 2021 Assault \ threats led to the actual assault in <u>November 2021</u>. Prison officials later moved the Inmate to another unit. He brought a mattress to my cell (accompanied by **counselor** maiorana) who witnessed it. She begged me not to report the incident to anyone, because she had Just got back From LEAVE For working Intoxicated (and FEAR That they might Fire her)

521. On or about September 12, 2022, Prison officials moved me to Another Housing unit (M-Pod \ #m-49 cell). According to Staff "the move is to Accommodate me". [Privacy with Legal Phone calls \ Access to TYPE-writer and Larger-cell]

522. Plaintiff filed multiple Requests For Reasonable Accommodations concerning CNA's Help, Nursing Assistance, Showering, Laundry and Assistive Devices (commode, Plastic shower chair, sliding-Board), but these ADA issues Are un-resolved.

523. Prior to moving me to M-Pod, several Prison officials [Including Director Gallagher] Examined the unit (showers, cell, Rooms for legal calls \ type-writer). Plus back in march 2021, Gallagher examined my cell (L-49) that is identical to m-49 and the unit Itself. She then moved me to P-Pod saying "the cell (49) was too clustered, shower un-wide, etc, but she now placed me back in the same conditions.

524. On <u>September 27th, 2022</u>, she visited M-Pod (after Lying in her testimony at A CHRO FACT-FINDING CONFERENCE that she didn't know that M-Pod is identical to L-Pod) and saw that the Handicapped

100.

shower is wheelchair inaccessible (un-wide and location of shower-seat prevents WLC from going in), leaving Plaintiff no space between himself and wall\shower-seat to transfer himself, etc.

524. After Filing these Requests For Accommodations, prison officials (including medical staff) retaliated and have APRN Jean Caplan stopped CNAs from Assisting Plaintiff to the MSU for medications\treatment.

525. Plaintiff asked for CNAs Help To and From Programs, Medical services Unit, Library, Religous-services but he's being denied. CNAs and volunteers were Assisting, but Jean Caplan told staff (and put it in writing) NOT to call for CNA to do this... The volunteers decided not to help, because of threats they received from staff to put them in the Box (ie RHU)
   ※ while there's a "Notion" on Inmates' Part "Not to be Seen with me, etc. So they wont assist me anymore.

526. On October 13, 2022, officer Greene informed me that I have a trip to UCONN\ophthalmology appointment. I missed it because medical staff refused to send a CNA to assist me. According to staff, Plaintiff is capable of doing it on his own. I FEAR THIS WILL HAPPEN AGAIN FOR MY OTHER UPCOMING APPOINTMENTS.

527. From M-Pod to Medical Services Unit are Four (4) Heavy steel doors with broken hinges (un-like P-Pod, where medications deliver in the back of the housing-unit) If it's a trip to the MSU or to A&P room where officers would've gotten me ready For the trip - CNA would've sent out to do this.

528. Plaintiff has two injured Hands from Pinched-nerve and back injuries that preventing him from opening these doors and at the same time maneuvering himself through each door. Because am not able to push open \ hold these doors the above treatment is being denied. He's also missing other appointment\sick call visits, etc, due to his inability. Note: CNAs are assisting Inmates in M-Pod \other Housing Units with escorting, cleaning, etc

529. On October 13, 2022 (and on other dates, dated back to 9\12\22)

101

Plaintiff spoke to Warden Daugherty and DW Doran about the denial of his medications/treatment; CNA Strachan, showering and assistive devices mentioned herein (in paragraph #527) to this date, these issues are not resolved. Instead, on 10/3/2022, DW Doran entered my cell and shook it down while he was doing it he was literally threatening me that if I don't stop complaining, it will get worse... and that all I do is whine whine whine!

530. Between March 2021 and September 2022, Plaintiff made several complaints to MH staff [including Dr. Kocienda, Dr. Burns] concerning his stay at P-Pod Housing Unit and asked for a relocation else where/transfer to Garner. [but was TRANSFERED].

531. P-Pod is a multipurpose Housing unit. Around Eighty-percent of the inmates housed there are sex-offenders. Being around these sex-offenders daily have an impact on Plaintiff's Life, Mental Health and/or daily activities. I literally Re-lived episodes, events (instances) of an old sexual assault/occurred back in 2007 At CHESHIRE CORRECTIONAL INSTITUTION (Cheshire), some-time Plaintiff hallucinate incidents/events of being sexual/assaulted.

532. Though housing in P-Pod caused "Retraumatization" of what he suffered by the hands of inmates in 2007 and he made MH staff aware of it, they decided not to relocate me or trans-fer me to Garner to get adequate MH treatment. Then when Two[2] Providers at Saint Francis Hospital done Assessment/Evaluation of Plaintiff [INDEPENDENTLY] and prescribed psychotic medications to help him get through his pain and suffering Dr. Burns, Jr. Kocienda and others instructed MH staff not to let me have these medications and/or to house me in a safe/healthy environment.

533. According to a "RELIABLE-SOURCE" [RS.] Prison officials/medical staff (in the first-part) at my stay at MacDougall wanted to get rid of me, (Transfer) because am preference, ISU/ after meeting's and discussions were HELD. The TopDept's (Top-Doc officials) decided not to. They then use Korn communi/minimized several orders that I had * DW Doran confirmed it in February 2022 after he made numerous attemp ts to transfer me out. "He told me that ITS above him. They gave me fuel 102

103

534. Around May 2022, ARG JoAnn Varnnes who represents the DOC Commissioner on the writ for Habeas Corpus \medical issues spoke to Plaintiff via telephone conversation. She told me that she was gonna have Dr. Burns, Dr. Reston and Plaintiff sit in one room to resolve both medical \mental health issues. At a Later date, she told me that both doctors declined.

535. Plaintiff received a Respondent's Response from Staff Attorney Jennifer LePore who represents Doc employees on multiple complaints, filed with The Commission on Human Rights and Opportunities ("CHRO") by Plaintiff concerning Ada violations \Discrimination \etc.

536. In Her "Respondent's Response" she denied that Respondent [Jean Caplan] pushed Plaintiff back to L-pod \#L-4 & cell on 3/15/2021 when she did and a video is available to sub-stantiate it. I wrote Attorney Lepore about it and told ARG Varnnes that there is such a video available that I Preserved.

537. ARG Varnnes told me on the phone that she knows Jennifer and she was gonna talk to her about it, soon after my con-versation with ARG Varnnes (and later to Ms. Lepore) the video that was preserved becomes un-available or non-existed.

538. Dr. Damian Doran and Capt. Fleming conspired to destroy it and tampered with the MCT-Tracking # [Changing # ]. A copy of the Log concerning all videos that Plaintiff Preserved though FOI requests were for the month of March 2021 were thereafter not met, while Fleming claiming there is no such "VP" [e video Preservation] for 3/15/2021, [These are documents that Prison officials (intel-unit staff) removed from my property disregarding the FACT THAT MH staff Katherine Ferenc was with US [Jean Caplan and Plaintiff] when she pushed me back to my Housing Unit.

539. Around September 2021, when Plaintiff was yet housed in Prod \HP-5 cell, Angela Maiorana came to my cell to drop off mul-tiple boxes of Legal documents. The counselor was drunk \High (Intoxicated) and behaving erotical, using sexual explicit comments, statements and making advances 1 towards me. She Leaned in-side, my cell where I was sitting in, my wheel chair and started touching my private-parts inappropriately. I stopped her and asked

her to leave, but she insisted. She was out of control. She then reached over to a tray of apples that were sitting on a plastic chair by the wall inside my cell. AFTER she picked up the largest apple she stated "Did you do anything to it? (meaning if I rub it on my pecker). She then wiped it off and started to bite on it.

540. According to Counselor Maiorana she was up <u>from around</u> <u>2:00 AM "getting wasted" \ high, etc.</u> Several inmates were out for AM-Recreation that day. who witnessed this incident. Someone notified her supervisor(s) about her behavior and CTS Santana and DW Maldonado came to the unit later that day. Reports were made that she left her handbag on a table that is infront my cell. I called down "JJ" (Mr. Hector Diaz) down stairs to have her come back and RETRIEVE her hand-bag, which she did. BUT it was too late.

541. Angela Maiorana was put on LEAVE for her action. Several legal documents that were in her care (possession) went missing. Unit staff told me that they looked, but haven't seen them anyway around. These documents were complaints, motions, letters, requests, etc. that were due in court. Responses for CHRO complaint(s); letters to attorneys and responses from advocates, etc. Some of these documents are ~~replaceable~~ irreplaceable. Others ended up in the wrong-persons hands.

542. Numerous complaints were filed with DW Maldonado, Wdn Barone and Comr. Quiros concerning Maiorana's action and the missing documents. To this day, no response or investigation was made concerning the above.

543. Maiorana was later transferred to another housing unit (after completing her "suspension \ leave") to L-pod. She was eventually <u>fired or forced to retire for similar action</u> that she did in L-pod: (Drunk \ high); behaving erotical, etc.

544. Plaintiff had known Angela Maiorana for over 18 years or so, starting at Northern to Walker CI and then at MacDougall. - We had \ have a good report, until she placed plaintiff in a position to be assaulted in June 2022. DW Ogando instructed CTS Santana and Capt. Masse to put plaintiff and her assistant \ acquaintent

104

505

¶45. On June 23rd, 2021, she protected this inmate by witnessed in RHU for the assault/threats And/or argument that he educating for him. She spoke to DW Doran who slapped him from going to RHU, disregarding DW Oganda's instruction/order.

¶46. After she was transferred to L-Pod from P-Pod, she Later had Prison officials moved this said inmate to L-Pod where she was (Unit) Fired/retired). Several inmates who were out for recreation on June 23,2021, heard Malorana telling staff "Not to take this inmate to Seg" (RHU) she's her Assistant. "Take Johnson he's problematic, etc."

¶47c. Several attempts were made to resolve the safety issue with this inmate who prison officials kept in P-Pod. I wrote/spoke to DW Oganda about it. He told me, Johnson, you were there when I gave staff instruction to put both of you in Seg. (RHU), 'Boss-Lady' (ie Kristine Barone) and Damian (ie. Doran) made that call to keep him in P-Pod, take it up with them." Note: Both Barone and Doran's inten-tion was to have this inmate and plaintiff get into it, be-cause both parties were aware of plaintiff's 2018 assault-inci-dent occurred in P-Pod, they believe that I can Walk and

¶47. Is Taking my injuries. (Like they Later did 8/26/2022.) After numerous harassments by this said inmate ~ In november 2021 > counselor Malorana (accompanied by her assistant) came to drop off Legal-boxes, paper-work, mattress, etc. As he entered my cell and put-down the mattress he slapped me in the facial-area and said, "Bitch, I do something now you crip, bastard," She(Angela) asked me not to report it with the promise of taking care of it (which was made later) by her so I let it go. I was also in fear of what would've happened if I follow up with complaints because she's very "Popular" and has influence and "Pulls" with both staff and inmates. Plus she's very "spiteful" and "Revengeful," I've seen malorana cut work (dis-closing inmates personal information to other prisoners) and her having gang-members assault them.

548. For many years the Department of Correction ("Doc" or "the department") has suffered Systematic deficiencies in the Provision of constitutionally adequate medical care \ mental Health care, and Compliance with ADA requirements, to Inmates within its Custody.

549. The state of Connecticut ("The state") and the department accept Federal Funding and are thereby subject to The Rehabilitation Act of 1973, Codified at 29 u.s.c. §794 (a); and the mandatory Compliance with The Americans with Disabilities Act ("ADA"), in the Provision of benefits, privileges, and equal access and participation in the Programs, services and activities of the departments including in the Provision of medical \mental care, Pursuant to 42 U.S.C. §12101, et seq.

550. Johnson is an individual who suffers from numerous and Varying disabilities cognizable under the ADA; that Prohibits and limits his access to Programs and services of the department, including medical care, mental health care; absent amelioration by the department.

551. Johnson has numerous medical Issues, mental health Issue(s) and ADA Issues that remain Un-resolved by the department, and are deemed as serious medical needs; that greatly worsen his disabilities management and his access to Programs, and services.

552. ALTHOUGH Johnson was Placed on High Blood Pressure ("HBP") medications and aspirins, as a Blood-Thinner; to alleviate his symptoms, the Current Prescriptive therapy regimen has Proven inadequate to regulate Plaintiff's HBP to within safe and effective standards.

553. Around July 2022, August 2022 and September 2022, Doctor(s) at Saint Francis Hospital asked for Johnson's Provider (or a Provider) to reduce his HBP medications, due to the side effect(s) of the Flomax that urologist put him on. This was not done [His HBP becomes extremely Low on Flomax]

554. ALTHOUGH Johnson was given a slide-board(s), commode and removed to another housing unit for accommodations, this issues with showering are un-resolved; the slide boards are inadequate like wise the commode. Leaving these issues unresolved. Its also should be noted that "the move" to M-Pod creates other ADA Issue(s). (Four (4) Heavy steel doors Prevent him from going to the Medline(s) to receive his AM and PM Medications, because APRN Caplan wrote A memo stating; "No CNA Help must be given to Plaintiff"... Since then Johnson is refused several Medications treatment(s), etc.

555. As a Handicapped individual, confined to a wheel chair, MY FREEDOM OF MOVEMENT IS EXTREMELY LIMITED Yet the Defendants expecting me to propel my wheel chair, open each door (on my own) and then maneuver myself though them. These doors close as soon as someone opens them. THEREFORE, Plaintiff need someone to hold each door open while he enters through it, but Not receiving this Assistance.

556. The Lack of devices and medical care cause Plaintiff extreme emotional distress, and place him at greater risk of suffering a heart attack or stroke.

557. Due to the narrow or unwide space in the M-Pod Handi-capped shower an AGREEMENT was made to accommodate Plaintiff with a Plastic shower chair that fits inside the Unit shower. To this date, one is not Provided to him.

558. Defendants, went as far as to Maliciously allege that Plaintiff was\is malingering, despite the medical testing(s) and independent "specialist(s)" diagnoses confirming the Plaintiff's injuries and handicapped status.

559. Johnson's suffering has been so severe, at the hands of the defendants malicious actions; that he has sought MH treatment and contemplated suicide.

360. Defendants knew or should have known that their actions or lack thereof would cause Plaintiff harm and injury, knew of the conspiracy to deprive Johnson of his equal rights, how the power to prevent or aid in preventing the violations and failed.

361. Plaintiff was harmed and injured as herein alleged, including, but may not be limited to: Plaintiff's feet and toes swell and for that cause he cannot elevate them in a comfortable position; Plaintiff's back pain has increased depriving him of sleep; Plaintiff's abdomen and urethra, bladder and testicles are in constant pain; Plaintiff emits a constant foul odor alienating him from other inmates and sometime staff; being left unable to adequately shower, Plaintiff suffers a constant odor and irritation in his groin that affect him physically and psychologically; Plaintiff is not receiving adequate management for his HBP or Low Blood Pressure ("LBP") after put on Flomax, and Pain leaving him to suffer needlessly and extreme emotional distress that he may suffer a heart attack or stroke he cannot timely repair; Plaintiff remains vitamins/nutrients deficient and Plaintiff is unable to properly re-position himself or independently transfer to and from his wheelchair, bed and chair(s) absent his assistive devices including the slide board.

362. THEREFORE, Plaintiff prays this court grant the following relief:

## RELIEF

1) Compensatory Damages of $1,500,000.00
2) Punitive Damages of $1,750,000.00
3) Cost and Attorney Fees.
4) Injunctive relief commanding defendants Provide Mr. Johnson meaningful and effective medical\mental Health care, (including nursing Assistance, CNA's Help) and;
5) Injunctive relief commanding defendants Provide Mr. Johnson

168

Handicapped Assistive Devices, Equipments, and enjoined from removing them from his possession.

6) Injunctive relief commanding defendants provide Mr. Johnson Specialist's care and treatment; and Evaluation by Psychiatrist at a Hospital un-affiliated with the department of correction.

7) Injunctive relief commanding defendants renew Plaintiff's Prescriptive therapy regimen, medical and Mental Health.

8) Injunctive relief commanding defendants provide Plaintiff a BALANCE. Therapeutic diet (including unbreaded fish, non-soy milk and Nitrate-Free Beans).

9) Such Other **Relief** as this Court deems Just and equitable.

## LEGAL CLAIMS

563. Defendants Acts and omissions constitute as deliberate indifference to Plaintiff's serious medical and mental health needs in Violation of the Cruel and Unusual Punishments Clause of the Eighth Amendment to the United States Constitution, and Punishments not clearly Warranted by Law under Article Firsts §§ 8 and 8 of the State of Connecticut Constitution.

564. Defendants' Conduct, acts, and omissions constitute as retaliation in violation of Plaintiff's right to redress of grievances and access to the courts under the First and Fourteenth Amendments to the United States Constitution and Article First, §§ 4, 5, 10 and 14 of the State of Connecticut Constitution.

565. Defendants' conduct, acts and omissions constitute as denial of equal protection in violation of the Fourteenth Amendment to the United States Constitution and Article Firsts §§ 1 and 20., as amended by Article XXI of the Amendments to the State of Connecticut Constitution Prohibition of exclusive public emoluments and denial of equal

109

Protection rights.

566. Defendants' conduct, arts and omissions Constitute as deprivation and retaliation in violation of Plaintiff's right to Freedom of Religion and Peaceful Protest of the First Amendment to the United States Constitution, Article First.

567. Defendants conduct, acts and omissions Constitute as the Negligence Infliction of Emotional Distress.

568. Defendants' conduct, acts and omissions Constitute as a violation(s) of the Americans with Disabilities Act, and; 42 U.S.C. § 12101, et seq., and;

569. Defendants conduct, acts and omissions constitute as a violation(s) of the Rehabilitation Act of 1975, 29 U.S.C. § 794 et seq,

570. Defendants' Acts, omissions and conduct constitute multiple violations of the Doc. policies, State Law and U.S. Constitutional Rights of Plaintiff.

DECLARATION UNDER PENALTY OF PERJURY

The Plaintiff, Mr. Gregory Johnson, #128262 declare under Penalty of Perjury that the information, statements, facts and allegations I have provided in this civil-matter is TRUE, and ACCURATE to the best of my knowledge, beliefs and understanding. (G.J)

Respectfully Submitted,

Date: October 17th, 2022

By: Gregory Johnson
Mr. Gregory Johnson
Id # 128262

170